UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

140

DERRICK LEE CARDELLO-SMITH, #267009,
SEXUAL ASSAULT SURVIVOR, and for other
survivors of Rape and Sexual Assault,

Plaintiff,

Vs        Case No 2025-cv-

Honorable:_

USA TODAY,
USA TODAY, CO. INC,
USA TODAY NEWSPAPER, Publishing Company,
GANNETT, CO. INC,
GANNETT COMPANY IN. Owners of USA Today,
CAREN BOHAN, Editor-in-Chief,
for USA Today,
KRISTON ROBERT(S) Chief Content Officer,
GINA BARTON, Journalist, Reporter,
Writer, Employee of USA Today,

Defendants,
_____/

Case: 2:25-cv-11737
Assigned To : Murphy, Stephen J., III
Referral Judge: Patti, Anthony P.
Assign. Date : 6/10/2025
Description: CMP DERRICK LEE
CARDELLO-SMITH V. USA
TODAY ET AL (JB)

**COMPLAINT
AND DEMAND FOR JURY TRIAL**

Plaintiff brings this action in pro per and under the 28
U.S.C.§1332 DIVERSITY, ASSAULT, LIBEL AND SLANDER, and
Plaintiff provides that the Proper Code for the cause of action and
nature of suit is under 320.

Plaintiff states that the Defendant have offices and businesses
in the State of Michigan and Michigan Compiled LAws at the State
and FEderalLevel have been violated in this courts jurisdiction and
Plaintiffs have relied upon their Source of Confirmation as that of
the Wayne County Prosecutor's Office which is locate din Detroit,

(a)

Michigan County of Wayne, and are therfeore subject to this courts jurisdiction in this matter of the Defendants using their office, media group, and publishing company known as USA Today to Slander this Plaintiff, Attack this Plaintiff, COmmit Libel against this Plaintiff, Defame this Plaintiff, and AId in the Cover-up of thisPlaintiffs Sexual Assault by the Wayne County Prosecutor and its employees listed within the offers of proof to Destroy this Plaintiffs claims as a Survivor of Sexual Assault by publishing a Fake News Story, and knowing or should have known that the Story was **FAKE NEWS** and used it to defame this Survivor of Sexual Assault, contrary to the Grounds stated within.

This matter must be allowed to proceed to a Jury Trial.

Thank you.

June 5, 2025/

Derrick Lee Cardello-Smith, #267009
Sexual Assault Survivor
Plaintiff.
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

(b)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DERRICK LEE CARDELLO-SMITH, #267009,
SEXUAL ASSAULT SURVIVOR, and for other
survivors of Rape and Sexual Assault,
     Plaintiff,


Vs                                  Case No 2025-cv-_____

                                   Honorable:_____

USA TODAY,
USA TODAY, CO. INC,
USA TODAY NEWSPAPER, Publishing Company,
GANNETT, CO. INC,
GANNETT COMPANY IN. Owners of USA Today,
CAREN BOHAN, Editor-in-Chief,
for USA Today,
KRISTON ROBERT(S) Chief Content Officer,
GINA BARTON, Journalist, Reporter,
Writer, Employee of USA Today,
     Defendants,
_____/

## ADDRESS OF DEFENDANTS

     Defendants Main address, public locations, publishing place,  place of business, operations for the defendants is as follows:

     USA TODAY,  7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     USA TODAY, CO. INC, 7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     USA TODAY NEWSPAPER, Publishing Company, 7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     GANNETT, CO. INC, 7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     GANNETT COMPANY INC. Owners of USA Today, 7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     CAREN BOHAN, Editor-in-Chief, for USA Today,   7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

     KRISTON ROBERT(S) Chief Content Officer, for USA Today,  7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

(i)

GINA BARTON, Journalist, Reporter, Writer, Employee of USA Today, 7950 Jones Branch Drive, Mclean,Virginia 22108 and 1675 Broadway, New York, New York, 10019

These are the current addresses of the defendants and it is what has been provided to the Plaintiff by defendants and is avilable tothe public as their main base of Employment, operations and others.

Thank you for your time in this matter.

June 4, 2025

Derrick Lee Cardello-Smith #267009,
Sexual ASsault Survivor
Plaintiff
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

(ii)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DERRICK LEE CARDELLO-SMITH, #267009,
SEXUAL ASSAULT SURVIVOR, and for other
survivors of Rape and Sexual Assault,
      Plaintiff,

**Vs**
                                      Case No 2025-cv-_____

                                      Honorable:_____

USA TODAY,
USA TODAY, CO. INC,
USA TODAY NEWSPAPER, Publishing Company,
GANNETT, CO. INC,
GANNETT COMPANY IN. Owners of USA Today,
CAREN BOHAN, Editor-in-Chief,
for USA Today,
KRISTON ROBERT(S) Chief Content Officer,
GINA BARTON, Journalist, Reporter,
Writer, Employee of USA Today,
      Defendants,
_____/

**CAPACITY DEFENDANTS ARE SUED IN**

USA TODAY, Sued in its Official Capacity
USA TODAY, CO. INC, Sued in its Official Capacity
USA TODAY NEWSPAPER, Publishing Company, Sued in its Individual & official capacity
GANNETT, CO. INC, Sued in its Official and Individual Capacity
GANNETT COMPANY IN. Owners of USA Today, Official and Individual Capacity
CAREN BOHAN, Editor-in-Chief,  for USA Today, Official & Individual Capacity
KRISTON ROBERT(S) Chief Content Officer, Individual and Official Capacity
GINA BARTON, Journalist, Reporter, Writer, Employee of USA Today, Official and
Individual Capacity

(iii)

## DEFAMATION CLAIM AGAINST DEFENDANTS

1. DID THE DEFENDANTS COMIT LIBEL,SLANDER,ASSAULT AND DEFAMATION WHEN THEY ISSUED A PUBLIC REPORTERS STORY ON MAY 20, 2025, MAY 21, 2025 MAY 22, 2025 STATING THAT THEIR "EXCLUSIVE SOURCE" CONFIRMED THAT THE SEXUAL ASSAULT KIT IDENTIFYING SEAN "DIDDY" COMBS AS THE PLAINTIFFS RAPIST WAS FALSE AND THEY USED THAT SOURCE OF THE WAYNE COUNTY PROSECUTOR TO DENY THE EXITENSE OF THE RAPE KIT WHEN THE WAYNE COUNTY PROSEUCTORS OFFICE HAS HELD THE EVIDENCE FOR MANY YEARS KNOWING IT WAS SEAN DIDY COMBS AND CHOSE TO NOT PROSECUTE IT, LIBEL, SLANDER, MACLICE, DEFAMATION AND ASSAULT CONTRARY TO MICHIGANCOMPILED LAW 600. 2911?

Plaintiff says yes and it is the foundation of the Plaintiffs Demand for the Jury Trial, and it was done for thesole Purpose of harming this Plaintiffs claims of Sexual Assault and did so with malice when the issue of the Rape Kit is still being litigated and pending appeal in the United States Court of Appeals in the case of In re: Cardello-Smith v. Sean Combs. Case No 25-1245 and still has many motions still pending in the District Court case of Cardello-Smith v. Sean Combs 5:24-12647 and the Source of the Information is a defendant accused of framing the Plaintiff and hiding the Rape Kit andis still being litigated in the Criminal Appeals under the Petition for Writ of Habeas Corpus Doctrine in the Appeals docketed as Derrick Lee Cardello-Smith v. Sean Combs et al, US District Court Eastern District of Michigan Case #'s 2:25-cv-10754 and 2:25-11466.

For the Defendants to deliberately take the side of a Source who is named as a DEFENDANT IN THESE CASES is clearly maliciously backed and rooted in FAKE NEWS and even further, it is done for the one sole purpose of SLANDER, LIBEL,DEFAMATION AND ASSAULT on this Plaintiff who is a Survivor of Sexual Assault by Sean Combs.

The denials of the Rape Kit and use of the Person who has hidden it for decades is Slander, Libel,Defamation, and Assault and it is subject to review in this court because it violates MICHIGAN COMPILED LAW 600.2911 and other Laws protecting this Plaintiff from Slander, Libel, and Defamation, and it is a question that should be brough before a Jury as triers of facts.

Thank you for your time in this matter.

June 5, 2025

Derrick Lee Cardello-Smith, #267009
Sexual Assault Survivor
Plaintiff
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

(iv)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DERRICK LEE CARDELLO-SMITH,#267009,**
**SEXUAL ASSAULT SURVIVOR,** and for other
survivors of Rape and Sexual Assault,
         **Plaintiff,**


**Vs**                              Case No:2025-cv-_____

                                 Honorable:_____

**USA TODAY,**
**USA TODAY,CO. INC,**
**USA TODAY, NEWSPAPER,**Publishing Company,
**GANNETT, CO.INC.**
**GANNETT COMPANY INC.** Owners of USA Today,
**CAREN BOHAN,** Editor-in-Chief,
for USA Today,
**KRISTIN ROBERT,** Chief Content Officer,
**GINA BARTON,**Journalist, Reporter, Writer,
**Employee of USA Today**
         **Defendants,**
_____/


### COMPLAINT
### AND DEMAND FOR JURY TRIAL

     This is a Complaint and Demand for Jury Trial in this
Court by Derrick Lee Cardello-Smith #267009 and Sexual Assault
Survivor, against the Defendants USA Today, Gannett, CO, Inc,
Editor-in-Chief Caren Bohan, Chief Content Officer Kristin
Roberts, and USA Today Journalist, Reporter, Author of the May
20, 2025, May 21, 2025, May 22, 2025 Article Claiming that the
Rape Kit was Fabricated when the case is still being
litigated, for the commission of Libel, Slander, Attacks and
Defamation now files this Action for the Amount of Damages
totaling **$1,000,000,000.00 (One-Billion Dollars)** against
defendants jointly and severally for Said Acts of Slander,
Libel & Defamation.

**(1)**

Plaintiff hereby presents the court with this Lawsuit and Cause of Action against the Defendants seeking the courts scheduling of a Jury Trial in this matter based on the Claims being raised by the Plaintiff, a Citizen and Individual named in a New Paper Publishing Article involving Sean Combs, a/k/a/ P. Diddy, Puff Daddy, and Diddy, Kym L. Worthy, Chief Wayne County Prosecutor, A Sexual Assault Rape Kit that was tested and identified Sean Combs as the Contributor of the Semen and Blood from this Plaintiffs 1997 Sexual Assault and held in the Personal Custody of the Wayne County Prosecutor Kym L. Worthy since 1997 and not prosecuted, but provided to this Plaintiff in 2024 identifying Sean Combs as that Contributor of the Semen and Blood from this Plaintiffs Person and Body.

Defendants at Gannett Co. Inc, USA Today issued a report that was personally motivated by the Defendants and done with Intentional Malice, Attacking this Plaintiff for Financial Gain and Newspapers Sales to their over 6 Million Subscribers and to inflict slander, libel, attack and defaming this plaintiff as a Sexual Assault Survivor and without any regard for this Plaintiffs Status as a victim of Sexual Assault by P. Diddy and the cover up committed by Wayne County Prosecutor Kym L. Worthy and Other Wayne County Officials to cover up and hide their own corruption and involvement, and only for the purpose of seeking financial gain by getting more press and customers to purchase their papers when they have not allowed the State or Federal Courts to Fully Conduct the Appeals that this Plaintiff has filed and most certainly where there has never been a Court or a Judge that ever said NO RAPE TOOK PLACE, AND NO RAPE TEST KIT EXISTS, no Judge or Jury has ever refuted this Plaintiffs claims, nor cover-up committed by the very person that the Defendants USA Today relied upon when that person, Kym Worthy is the one who also lied under oath when documentary and eyewitness evidence supports this Plaintiffs Claims or not only a Rape taking place, but the cover up by officials as well.....Resulting in this Lawsuit being filed against USA Today.

Respectfully Yours,                                                                                    June 2, 2025

Derrick Lee Cardello-Smith #267009
Sexual Assault Survivor
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

(2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DERRICK LEE CARDELLO-SMITH,#267009,
SEXUAL ASSAULT SURVIVOR, and for other
survivors of Rape and Sexual Assault,
    Plaintiff,



Vs                              Case No:2025-cv-_____

                                Honorable:_____

USA TODAY,
USA TODAY,CO. INC,
USA TODAY, NEWSPAPER,Publishing Company,
GANNETT, CO.INC.
GANNETT COMPANY INC. Owners of USA Today,
CAREN BOHAN, Editor-in-Chief,
for USA Today,
KRISTIN ROBERT, Chief Content Officer,
GINA BARTON,Journalist, Reporter, Writer,
Employee of USA Today
    Defendants,
_____/


## DEMAND FOR A JURY TRIAL
## PURSUANT TO RULE 38 (a)(b)(c)

   Plaintiff, Derrick Lee Cardello-Smith, under 38 (a)(b)(c) and hereby
Entered this DEMAND FOR A JURY TRIAL under the
Seventh (7th) Amendment to the Constitution of the
United States, as allowed by Michigan Statute, as a
Citizen, Individual of the State of Michigan and
the United States, this right is preserved under
38(a).

   Plaintiff seeks to have this Court Order a
Trial be conducted on Any and All **issues triable by
a jury, under 38 (b).**

(3)

Plaintiff **Demands** that a Jury Trial all issues contained within the complaint and attached or connected to it, under **38(c)**.


## CIVIL COMPLAINT SEEKING MONETARY, PUNITIVE AND COMPENSATORY DAMAGES AGAINST DEFENDANTS FOR LIBEL, SLANDER DEFAMATION AND FURTHER CONDONING SEXUAL ASSAULT BY DEFENDANTS USA TODAY FOR MONETARY GAINS AND NOT CARING ABOUT SURVIVORS OF RAPE BY PUBLISHING FALSE INFORMATION AGAINST PLAINTIFF IN A MANNER OF MALICE, RECKLESSNESS AND WITH UTTER MALICE AGAINST PLAINTIFF SOLELY FOR PROFITEERING ON THE STORY.


## PLAINTIFFS OPENING STATEMENT FOR THIS CAUSE OF ACTION AT BAR


In 1997, Plaintiff was brutally, violently beaten and sexually assaulted by Sean 'P. Diddy' Combs.

A Rape Kit was Conducted by hospital Staff and said Rape Kit was then provided to the Detroit Police Department.

The Rape Kit was then turned over to Former Judge and Current Chief Wayne County Prosecutor Kym L. Worthy, who ordered the Detroit Police Department to Provide her the Sexual Assault Kit where she held onto said Kit until March 2024 when it was finally tested and identified the Contributor of the Semen, Blood, Biological and Other materials as that of Sean 'P. Diddy' Combs.

Kym Worthy, Police and other Wayne County Officials were paid money, gifts and other things to cover the sexual assault of plaintiff by Diddy up and to ensure that it never saw the light of day.

**(4)**

Kym Worthy was required by Michigan Compiled law 750.520 to Prosecute Sean Combs in 1997 and even more so, in 2024. She failed to do it because it would cost her and multiple other Wayne County Officials their investment into Bad Boy Records and the Continued Criminal Enterprise of Crooked Police Officers and Others in Wayne County. So, she failed to Prosecute the Case against Sean Combs.

Kym Worthy, and the Wayne County Prosecutors Office has the Rape Kit since 1997, as Proven by the Police Reports, Affidavits of Investigating Officers and other documents filed in this case and other cases confirming the True existence of the Sexual Assault Kit.

Plaintiff was then made aware by others in the Prosecutor's Office, Wayne County Sheriff's Department, Detroit Police Department and the Michigan Department of Corrections and through legal channels that the Sexual Assault Kit existed and then, Plaintiff presented that information to the Court conducting the litigation on the plaintiffs Sexual Assault, See Cardello-Smith v. Sean Combs, Case 5:24-cv-12647 US District Court, Eastern District of Michigan, Presiding Judge Judith E. Levy

Plaintiff and Defendant Combs have been litigating this Issue of the Sexual Assault Kit since its discovery and there has been no decision by the Judge or Jury on this issue.

Sean Combs, through his Employees, Connections and others in the Detroit Police Department, and Wayne County Prosecutors Office have covered up the Sexual Assault Kit and its results for monetary reasons and to hide this Plaintiffs Victimization by Diddy.

Sean Combs, Kym Worthy, Detroit Police Officer Patricia Penman, David Cobb of the Detroit Police Department Sent men to Kill this Plaintiff in 1997

(5)

and Plaintiff defended himself and was charged with 2nd degree murder, this was then changed to a false rape charge, with DNA taken from False Rape Kits that Worthy knew about in 1997 and it was also covered up because it all led back to Worthy and Combs.

The Very Person who committed the crime of not prosecuting the rape of this plaintiff is the source of confirmation that the Staff of USA Today and Other defendants relied upon to 'Confirm" their story that the Sexual Assault Kit did not exist and was fabricated, and in doing so, did violate ,slander, commit libel and defame this Plaintiff when it relied upon the Sole Word of The Corrupt Office of the Wayne County Prosecutor as their Source of Information.

No Court, Jury Of Trier of Fact has ever Stated that there was no rape of this Plaintiff by the Defendant.

No Court, Jury or Trier of Fact has ever said that there is or was Sexual Assault Kit and Indeed the Court has docketed the Sexual Assault Kit and has never adjudicated it.

Therefore, USA Today never sought anything on this matter from this Plaintiff and only sided with those who hid the Rape Kit and Also those who have shown that they have lied about the Rape kit.

Kym Worthy has been Proven to be a Liar when She said that Her Office "Discovered" thousands of Untested rape Kits in 2010, when in fact, Kym Worthy is on Record and Documented by Police Officers and Witnesses that know she knew about the Warehouse Full of rape Kits in 1997, 12 years before they were 'Discovered'.

This is the Source of Information taken as facts by the Defendants USA Today!!

(6)

USA Today, Took the Side of the Police Officers and Prosecutors that were Paid to hide and cover up the Rape and Sexual Assault of the Plaintiff by The Rapist Sean 'Diddy" Combs When the Issue of the Existence of the Sexual Assault Rape Kit being Tested and Identifying Sean Combs as the Contributor of the Semen and Blood, and still after it was Held by Wayne County Prosecutor Kym Worthy since 1997, when the Issue of the Sexual Assault Kit is still being reviewed by the Appellate Courts and It was Never Adjudicated on in the Federal Court. Choosing to side with the Rapist Sean Combs and Corrupt Wayne County Prosecutor Kym Worthy, Police Officers who have admitted that the Rape Kit Exists and that this Plaintiff was raped and the issue still being litigated violating this Plaintiffs Rights to Be Free from Assault, Libel, Slander and Defamation by the Defendants and Any Press Agency covering this False Report showing they do not care about Survivors of Sexual Assault and only Care about, Profits and Customer Increase for Sales of their New Paper Profits.

A Today, Gannett CO, Inc, Caren Bohan Editor-in-Chief, Kristin Robert, Chief Content Officer, and Gina Barton, Reporter, Writer, Journalist Do not Care about Survivors or Sexual Assault and only Prefer Monetary Gain, Attention, Profits, sales, increasing their already 6 million subscribers base, and do not give any regard to Survivors of Sexual Assault, and do not case or have any regard to the Psychological Damage it has done to the Survivor's), Victims of Rape, Beatings, Torture and have sided with the Rapist, Attacker-Abuser and have taken the side of Corrupt Police and Prosecutors that are Defendants in Pending Civil Litigation and Subjects of Criminal Investigations themselves such as the Chief Wayne County Prosecutor Kym Worthy and have taken the Word of Said Prosecutor as true when in fact, there is nothing to support the Statements of the Prosecutor and instead of getting Both Sides of the Story, the Staff of USA Today chose to deliberately go with

(7)

the very people that are defendants in pending
actions and have chosen to rely upon False
Statements and Profits over that of the Truth and
that is defamation, slander and libel and violates
this Plaintiffs Constitutionally Protected Rights
to be free frrm Assault, Libel, Slander and
Defamation.

It is the Plaintiffs Assertion, Claim,
Statement, Allegation, Charge, and submission
against the Defendants USA Today, Gannett, Co. Inc
as Companies, News Publishers, Agencies, employees,
½gents of the Press, Editor-In-Chief Caren Bohan,
Chief Content Officer Kristin Roberts, and Gina
Barton, Individual Reporter, Journalist, Writer for
USA Today that they each contributed individually
and jointly with the express written, verbal and
contractual permission of the Owners, Supervisors
of USA Today to Publish a Story that directly
assaults this Plaintiff as a Victim of Sexual
Assault and as a Survivor of Sexual Assault by
printing a Story in the USA Today press magazine,
paper print and digital media and that it was
released to its over 6 million subscribers who were
able to read this False Statement, False Story, and
a Story that was not fully investigated and done so
for the sole purpose of Choosing Monetary Gain have
that of the Rights of this Plaintiff and Sexual
Assault Survivor by publishing a story that they
knew to be false and should have known to be false,
failing to fully investigate the story, failing to
fully review all court records contained within the
and related to the story, failing to get both sides
of the story, failing to get the facts correct,
taking the side of 1 party in pending legal cases
and not getting both sides of the story, only doing
it for the connection that the main reporter Gina
Barton has with the person charged with the very
heart of the story and not conducting a fair review
and investigation into the whole story and in that,
they have Raped this Plaintiff all over again and
did so for one reason, MONETARY GAIN and not even
caring about the results and impact it would have

(8)

upon the Plaintiff as a Survivor of Sexual Assault after being brutally attacked by Sean "Diddy" Combs

## JURISDICTION AND VENUE TO
## REVIEW COMPLAINT AGAINST DEFENDANTS

1. This Court has Jurisdiction and Venue to review this Action based on the following factors granting said Venue, Subject-matter and Personal-Matter Jurisdiction to this court based on the following:

1. Subject-Matter, Personal-Matter Jurisdiction and Venue is proper in this court under 28 U.S.C. § 1391.B2 and 1b, 3, 28 U.S.C. § 1332.a and state the following supporting grounds why this court has proper jurisdiction and venue to review this lawsuit against the defendants.

2. The Parties are Diverse and the Amount in controversy exceeds $75,000.00.

3. The time frames of the operational period for the defendants occurred within the jurisdiction of this court.

4. This court possesses jurisdiction over the defendants based on a Michigan Statute that defendants operated and engaged or carried on a Business in this state and/or has an office or agency in this state.

5. a Substantial part of the events or omissions giving rise to the plaintiffs claims occurred in this district by virtue of the transmission and publication of defamatory and false statements, words, statements, claims, answers and reports given to the defendants by the Wayne County Prosecutors Office Spokesperson Maria Miller, and then printed by the defendants, contrary to this Plaintiffs rights, and contrary to the defendants Licensing, operational and mission case statements and personal jurisdiction is afforded to this court by way of the defendants conducting business in the State of Michigan, and more specifically, the City of Detroit, and the Eastern District of Michigan, rendering personal jurisdiction to this court.

### MICHIGAN LAW VIOLATED

Petitioner states that Michigan Compiled Law 600.2911 is the statute that has been violated by these defendants defamatory, libelous, slanderous, assaultive actions resulting in this survivor of sexual assault being victimized all over again, by the defendants greed and need for false statements contrary to said state law.

### STATUTE OF LIMITATIONS

This matter is clearly within the Statute of Limitations as that it occurred on or around May 20, 2025, and is therefore clearly timely filed. Compliance with all State and Federal Law regarding time limits is not an issue at the State or Federal Level as that the action just happened.

7. Defendants have intentionally broke the law in this case and have constitutionally violated this plaintiffs rights as a citizen and most importantly, a sexual assault survivor, and done so solely for profits and other gain.

## SOME BACKGROUND OF EVENTS

### PLAINTIFF MADE A DEAL WITH KYM WORTHY, WAYNE COUNTY PROSECUTORS OFFICE AND SEAN 'DIDDY' COMBS, ON MAY 2, 2019 FOR DISMISSAL OF THE RAPE CHARGES AND TO SERVICE ON SECOND-DEGREE MURDER AFTER PLAINTIFF DEFENDED HIMSELF AGAINST 3 MEN SENT BY SEAN , KYM WORTHY, DAVID COBB AND DETECTIVE PATRICIA PENMAN OF DETROIT, MICHIGAN WHICH BECAME EFFECTIVE MAY 2, 2019 AS FILED

PETITIONERS SUBMISSION OF THE RESPONDENTS PRESENTENCE INVESTIGATION REPORT OF PLEA AND SENTENCE REACHED ON MAY 2, 2019 IN THE WAYNE COUNTY CIRCUIT COURT CONFIRMING THE PETITIONERS SUBMISSION OF FRCP 410 EVIDENCE

Plaintiff, Derrick Lee Cardello-Smith, in the above cause and in full compliance with Federal Rules of Civil Procedure 26 hereby provides this Court with the Mandatory Disclosure of All Documents for the Case at bar and to ensure the respondents have all relevant documentation as it has been agreed upon in 1997 and again in May 2019.

The Documents are as follows:

1. Michigan Department of Corrections Presentence Investigation Report.

2. Plea & Sentence Agreement of May 2, 2019 Confirming Plaintiff plea to 2nd Degree Murder and Full Dismissal of the Kidnapping and Criminal Sexual Conduct Charges.

3. Confirmation that Respondent Sean Combs, Kym L. Worthy and Detective Patricia Penman, Sent 3 Men to Execute Plaintiff in 1997 and Plaintiff Defended himself while protecting a Woman.

4. Confirmation of Plaintiff being Cleared by the Detroit Police Department of Any Sex Crimes.

5. Plea agreement to Dismiss the Sexual Offenses.
These documents are submitted as confirmation that the Plaintiff was originally sentenced to Prison for the crime of 2nd Degree Murder and then was falsely charged with the offenses of Kidnapping Rape Charges.

(10)

Plaintiff is providing these documents to the Court for Full Compliance with the Federal Rules of Evidence and Mandatory Disclosure and Discovery for this court.

Plaintiff, hereby Submits the May 2, 2019 Plea and Sentencing Agreement entered into by all parties and filed in the Wayne County Clerks Office confirming that the Plaintiff entered into a signed agreement with the Defendants and that this is the deal made by all parties and that it was done to keep the Defendants from being held accountable for their roles in the attempted murder plot of this Plaintiff by the Defendants Individual and Joint Actions.

This concludes this part of the mandatory disclosure, discovery and rules of evidence compliance duties of the petitioner.

### HISTORY OF OFFICERS INVOLVED
### WHICH DEFENDANTS RELIED UPON
### FOR "EXCLUSIVE" STORY CONTENT

Police Officer Teresa Baker, has proof that the Plaintiff has been framed, wrongfully convicted and incarcerated by a combined conspiracy f people working together and working for Respondent Sean Combs with the goal of ensuring that this plaintiff is incarcerated on charges that are false and completely invalid and based on a Plea of No-Contest entered only as results of the Petitioners Trial Court witnesses either being Killed or committing suicide.

Sean Combs paid to have the Plaintiff incarcerated in 1997 throughout this period of incarceration.

Kym L. Worthy, was a Detroit Recorders Judge and Is Currently the Chief Wayne County Prosecutor who authorized these actions in 1997, 2008 and 2019 to maintain and keep the Plaintiff incarcerated on false charges on orders of Sean Combs and other Wayne County Officials, to hide the original charge of second-degree murder that was originally charged against this plaintiff and then hidden because the victim would be linked back to Combs and Worthy.

Patricia Penman, is the Detective and Ex-Girlfriend of Plaintiff and she paid Contract Killer Vincent Smothers to Kill this Plaintiff on orders of Combs, David Cobb and other Wayne County Officials when the Plaintiff refused the Contract to kill the Wife of David Cob, she then paid Carli Boike, Carpenter to lie and say that Plaintiff Sexually Assaulted her in 1997 and then waited until 2019 to frame this Plaintiff on a Case where the Victim was actually a Victim of Sean Combs, as she has indicated and proven in her own affidavits and legal actions in which she settled the case with the plaintiff and admitted to lying about the false police reports all on orders of Patricia Penman, who paid her money to frame the Plaintiff.

Detroit Police Department employees knew this Plaintiff was innocent of any criminal violations and still went ahead and did the criminal prosecutions as that they were and are part of a criminal enterprise directly linked to Sean Combs and other corrupt

(11)

officials in Wayne County and went about their own way to ensure that this plaintiff did not collect on the rights monetary claims of the entitled claims to Bad Boy Entertainment.

Tina Bommarito, Lied about a Kidnapping and false rape charge in January 2008 against this Plaintiff and did so for the purpose of ensuring that this Plaintiff would not gain his freedom on orders of Sean Combs, Kym Worthy, Patricia Penman, and this is proven by her own affidavit recanting the rape claims.

Andrea Walker, has also recanted her rape claims and stated that it is all false and done so for the purpose of ensuring that the Plaintiff is serving on crimes that he is not guilty of.

Nicole Sanistaj, the officer who issued the original report in January 2008 admitted that she filed false police reports and that she did so for the purpose of framing this plaintiff for crimes the plaintiff is not guilty of.

Patrick Jackman, has issued police reports completely clearing this Plaintiff of any criminal wrongdoing and provided proof that the plaintiff was the victim of an attempted murder plot involving the Wayne County Officials on orders of Sean Combs.

Jose Ortiz, of the Detroit Police Department has recanted his police report that was used to form the basis of the January 2008 victim this Plaintiff is serving on.

Kym L. Worthy ordered all homicide filed destroyed and did so on the orders of Former Prosecutor Duggan and Patricia Penman for the purpose of hiding the actual crime that this plaintiff came to prison for in 1997 (See attached) and then kept it hidden for the sole purpose of ensuring plaintiff would not collect on the rightful 49% of Bad Boy Entertainment, and to hide the sexual assault committed upon this plaintiff by defendant Combs, because it would be linked directly to Kym L. Worthy, and other respondents.

Homicide Division of the Detroit Police Department Deliberately knowingly and completely engaged in Obstruction of Justice, Due Process rights violations of this Plaintiff by purposely transforming the 1997 Criminal case of <u>People of the State of Michigan v. Derrick Lee Cardello-Smith 1997-10147-FC</u> Second Degree Murder into a Criminal Sexual Conduct under the Case number of 1998-004133-FC in the county of Wayne, Third Judicial Circuit Court with Judge Harvey F. Tennen Presiding.

<u>**This was done for the purpose of hiding the fact that the men who came to kill this Plaintiff in 1997 worked for Sean Combs and were sent by Kym L. Worthy and knowing that it would link back to them, instead placed the plaintiff in prison for Sex Crimes, that the plaintiff was in fact cleared of by the Detroit Police Department—See Attached reports.**</u>

The Homicide section of the DPD allowed this action to take place and it was done for the purpose of not allowing the Plaintiff to Call witnesses in from the Wayne County Prosecutors Office or the Detroit Recorders Court or the Detroit Police Department, because it would have resulted in the Defendants being exposed for what they did when they were acting on orders of Sean Diddy Combs.

JUST LOOK AT THE FACT THAT THE WAYNE COUNTY PROSECUTORS OFFICE DESTROYED HOMICIDE FILED FROM 1996 THROUGH 2003, WHEN THE LAW REQUIRED THE PROSECUTORS OFFICE TO KEEP THE HOMICIDE FILES FOR 55 YEARS...This was done to hide this Petitioners homicide that was rally an act of self defense, committed upon the plaintiff by the respondents, as proven by the affidavit of Teresa Baker (attached).

(12)

The affidavit completely exonerates the Plaintiff and confirms the claims that have been raised by the Plaintiff for Decades, and it must be considered by this Court because the Defendants USA Today did not give any credence or care to the Truth of the Matter and it has resulted complete Libel, Slander and Defaming this Plaintiff by the defendants.

PETITIONERS OFFER OF PROOF AND AFFIDAVIT
OF FORMER SEAN COMBS EMPLOYEE BRIAN WIREMAN
CONFIRMING PETITIONER WAS SEXUALLY ASSAULTED
BY RESPONDENT SEAN COMBS AND THEN FRAMED BY THE
RESPONDENTS TO HIDE THE RAPE OF PETITIONER AND
TO STOP PETITIONER FROM COLLECTING HIS RIGHTFULLY
ENTITLED 49% OF BAD BOY ENTERTAINMENT, INCORPORATED

Petitioner submits this offer of proof and affidavit of Brian Wireman to this Court confirming that the Petitioner was Raped by the Respondent Sean Combs, and then his codefendants Framed the Petitioner for Multiple Rapes and even hired a Contract Killer to Kill the Petitioner, and that mans name is Vincent Smothers.

This affidavit even further confirms and proves the Petitioners claims and shows the deliberate malice of the defendants USA today who only wanted to make profits from selling a fake story and story that is built on Fake News resulting in the Defaming of this Plaintiff.

### OFFER OF PROOF BY WITNESS
### TO THE RAPE AND COVERUP

Plaintiff provides this Court with the Affidavits of Witnesses that confirm that Rape of this Plaintiff did take place and that Defendants "Source" was the very person who held the Rape Kit and failed to prosecute Sean Combs on it because it completely led back to her office maintaining it and keeping it since 1997, Kym Worthy and Defendants USA Today failed to consider this and did not even care about this information which was very clearly available for them, had they bothered to take the time and effort to investigate the full court record that they obtained the Rape Kit Information from and in doing so, were Malicious and did so with utter malice against this Plaintiff and chose profits over that of the Plaintiffs right to be free from Sexual Assault, by having it relived against through the publishing of the May 20, 2025, May 21, 2025 Story that they chose to do.

### OFFER OF PROOF OF FORMER DETROIT
### POLICE OFFICER AND COURT CONFIRMED
### EYEWITNESS TERESA BAKER CONFIRMS
### THAT EVIDENCE WAS HIDDEN AND THAT
### IT WAS DONE ON ORDERS OF KYM WORTHY
### AND SEAN COMBS AND WAS A COMPLETELY
### UNRELIABLE SOURCE TO USE FOR THEIR "EXCLUSIVE"

(13)

Plaintiff submits that the section #4 of the Eyewitness Teresa Bakers Affidavit confirms that She Hid evidence for kym Worthy and that she participated in the Attempted Murder of this Plaintiff and that Kym Worthy's Office helped to orchestrate the attempted murder of this plaintiff to Cover up the Sexual Assault of this Plaintiff by the Defendants Source for their Exclusive Story and that it was done with malicious intent and they knew it was false when they claimed that the Rape Kit was Fabricated.

Plaintiff states that the words of Teresa Baker Confirm that the case Source of Information that was used for the Exclusive Story Written by USA Today Defendants and Published was in fact False and Fraudulent and that The Wayne County Prosecutors Office is the very person and agency that hid the rape kit.

These are the words of Teresa Baker, a Former Detroit Police Office who has atted to these events.and confirmed that Wayne County Prosecutor Kym Worthy did in fact Hide evidence and that evidence was the Rape Kit at issue and that the Report Gina Barton only sought out, Publicity, Press, Subscribers, money, fame, admiration, glory and most importantly, profits for the company that that of the rights of the Survivor of the Rape and Sexual Assault of this Plaintiff by the Person of Sean Diddy Combs when and that itself is liable and slander and defamed this Plaintiff.

### OFFER OF PROOF
### OF POLICE REPORTS CONFIRMING
### THE RAPE KIT EVIDENCE WAS SUBMITTED
### TO KYM WORTHY PERSONALLY IN 1997 AND
### HELD AMONGST THE RAPE KITS IN THE DETROIT
### POLICE DEPARTMENTS WAREHOUSE FOR YEARS
### AND KYM WORTHY LIED ABOUT ITS EXISTENCE TO THE PUBLIC

Plaintiff submits to this court that the Police Reports of the Detroit Police Department Completely confirm that the Plaintiffs Rape Kit was in the Possession of the Defendants Source of Information which was the Wayne County Prosecutors Office operated by the Chief Wayne County Prosecutor, Kym Worthy, and that it was false and should have been known by the defendants when they were engaged in their person attacks on this plaintiff with the Liable, Slander and defaming attacks on this plaintiff.
I submit these police reports showing the extent of the confirmation related to this story that was relied upon by the Defendants USA Today.

The Police Reports confirm the existnce of the Rape Kit and it confirms that Kym Worthy had the Rape kit and it confirms that she held onto it to frame this Plaintiff for multiple rapes

Plaintiff submits the Defendants have relied upon a Crooked, Corrupt, Unethical, Official who has actually subourned perjury herself in affidavits as the sitting Wayne County Prosecutor in documents filed during her Re-election Bid in 2020 when she stated that he had claimed all that was necessary in an affidavit and then find out that he had not been honest, and instead of her being charged with Perjury, they just let it slip under the rug and she was given a pass, because of her connections in Wayne County and with other Government Officials that are tied into the Silencing of the Rape Kit that shows Sean Combs Raped this Plaintiff and that Former Judge and Current Chief Wayne County Prosecutor Kym Worthy maintained that Rape Kit Evidence adn Combined it with the Homocide Evidenec that this Plaintiff was Originally Sentenced to prison for.

(14)

## CLAIMS AGAINST DEFENDANTS

The defendants have committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

**USA TODAY,** Committed the acts of LIBEL when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that

(15)

contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT WAS ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

(16)

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

(17)

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

The defendant is guilty of Libel, slander Assault, and Defamation.

**USA TODAY, INC** The defendants have committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

Committed the acts of LIBEL, SLANDER, ASSAULT & DEFAMATION when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court

(18)

never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT WAS ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain,

(21)

suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

(22)

The defendant is guilty of Libel, slander Assault, and Defamation.

**USA TODAY, NEWSPAPER,Publishing Company,**

The defendants have committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

Committed the acts of LIBEL when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that

(23)

contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT WAS ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

(24)

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

(25)

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

The defendant is guilty of Libel, slander Assault, and Defamation.

**GANNET, CO.INC.**
The defendants have committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

Committed the acts of LIBEL when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was

in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND

(27)

CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE
ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive
when the source was actually presented with a
COMPLAINT AND FELONY REPORT and a WARRANT WAS
ISSUED FOR SEAN COMBS and her office, KYM WORTHY,
refused to Prosecute Sean Combs, as proven by the
enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms
and proves that there was in fact a RAPE KIT
AMONGST THOUSANDS OF RAPE KITS and that the
SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN
1997 CONTRARY TO HER CLAIMS THAT IT WAS
FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW
AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this
Plaintiff all over again, destroy this Plaintiffs
character, name, status, and reputation and
committed the act of RAPE OF THIS PLAINTIFF ALL
OVER AGAIN when they published this report which
contained information that harmed this Plaintiffs
character, name and reputation and they knew it
was false, because all of the evidence shows it
is false, and was false.

The Defendants relied upon the very person
who aided in the conspiracy to cover up the crime
of the rape because of her own personal
investment into Bad Boy Entertainment and other
crimes as their "SOURCE" when that person is the
very person who has helped to conceal the crime
and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named
criminal in 2 different cases with proof and
evidence of the source failing to prosecute Sean
Combs as a result of her own guilt, it committed
SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME
AND REPUTATION, considering that the Source is
the person who helped frame the Plaintiff for
Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this
Plaintiff all over again by denying this
plaintiffs claims of rape and sexual assault and
that the Wayne County Prosecutor Covered it up

(28)

and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this

(29)

article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

## GANNETT, COMPANY, INC, OWNERS OF USA TODAY

The defendants have committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

THIS DEFENDANT ONLY CARED ABOUT MAKING MONEY FOR THEIR COMPANY AND DOES NOT AND DID NOT CARE ABOUT THE IMPACT IT WOULD HAVE ON THIS PLAINTIFF AS A SEXUAL ASSAULT SURVIVOR AND ONY CARES ABOUT MONEY AND DOES NOT CARE ABOUT SURVIVORS OF SEXUAL ASSAULT This is proven as acts Committed the acts of LIBEL AND SLANDER when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

(30)

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT WAS ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs

(31)

character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving

(32)

that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

The defendant is guilty of Libel, slander Assault, and Defamation.

**CAREN BOHAN, EDITOR-IN-CHIEF FOR USA TODAY, THIS DEFENDANT ONLY CARED ABOUT MAKING MONEY FOR THEIR COMPANY AND DID NOT FULLY DO HER DILIGENCE AND DOES NOT AND DID NOT CARE ABOUT** THE IMPACT IT WOULD HAVE ON THIS PLAINTIFF AS A SEXUAL ASSAULT SURVIVOR AND ONY CARES ABOUT MONEY AND DOES NOT CARE ABOUT SURVIVORS OF SEXUAL ASSAULT This is proven as acts

The defendant has committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

**(33)**

Committed the acts of LIBEL, SLANDER, ASSAULT & DEFAMATION when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

The Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY,

(34)

INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT WAS ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

(35)

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

The defendant is guilty of Libel, slander Assault, and Defamation.

### KRISTIN ROBERT (S) CHIEF CONTENT OFFICER FOR USA TODAY

**THIS DEFENDANT ONLY CARED ABOUT MAKING MONEY FOR THEIR COMPANY AND DID NOT VERIFY FULLY THE CONTENT OF THE ARTICLE, ITS SOURCE OR THE RELIABILITY OF ITS SOURCE AND DOES NOT AND DID NOT CARE ABOUT** THE IMPACT IT WOULD HAVE ON THIS PLAINTIFF AS A SEXUAL ASSAULT SURVIVOR AND ONY CARES ABOUT MONEY AND DOES NOT CARE ABOUT SURVIVORS OF SEXUAL ASSAULT This is proven as acts

The defendant has committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

Committed the acts of LIBEL when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the

(37)

record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

the Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES

FOR HER ROLE IN THE WRONGFUL PROSECUTION AND CONVICTION OF THIS PLAINTIFF AS PROVEN BY THE ORIGINAL JUDGMENT OF SENTENCE FOR THE PLAINTIFF.

Defendant used the Source for their exclusive when the source was actually presented with a COMPLAINT AND FELONY REPORT and a WARRANT ISSUED FOR SEAN COMBS and her office, KYM WORTHY, refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and

(39)

that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the

(40)

defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies.

The defendant is guilty of Libel, slander Assault, and Defamation.

**GINA BARTON, REPORTER, JOURNALIST,K AUTHOR, WRITER, AND EMPLOYEE FOR USA TODAY,**

**THIS DEFENDANT GINA BARTON HAS A WORKING RELATIONSHIP WITH HER "SOURCE" KYM WORTHY AND IS PAID PERIODICALLY TO LIE, PRINT FALSE STORIES AND COVER-UP THE ACTUAL TRUTH ABOUT THE RAPE KITS THAT WERE FOUND IN THEH CRIME LAB, WHEN KYM WORTHY KNEW ABOUT THEM IN 1997 AND LIED UNDER OATH AND TO THE PUBLIC ABOUT IT AND ALL FOR THE GREAT LIE THAT HAS BEEN TOLD ABOUT THIS PLAINTIFF AND IS INDEED FAKE NEWS, AND FAKE NEWS IS WHAT THIS DEFENDANT HAS REPORTED**

**THIS DEFENDANT ONLY CARED ABOUT MAKING MONEY FOR THEIR COMPANY AND DOES NOT AND DID NOT CARE ABOUT** THE IMPACT IT WOULD HAVE ON THIS PLAINTIFF AS A SEXUAL ASSAULT SURVIVOR AND ONY CARES ABOUT MONEY AND DOES NOT CARE ABOUT SURVIVORS OF SEXUAL ASSAULT This is proven as acts

The defendant has DELIBERATELY committed clear acts of Libel, Slander, Defamation, and Assault upon this Plaintiff by committing the following acts as a whole company, individually and in unison for the one act of ensuring sales, profit and destroying this Plaintiffs name as a SEXUAL ASSAULT SURVIVOR and only wanted to have it done for the purpose of financial gain where the following acts occurred with each defendant.

Committed the acts of LIBEL when they knowingly published the False Story stating that this Plaintiff used a Fabricated Sexual Kit in the Civil Case of Cardello-Smith v. Sean Combs, Case NO 5:24-12647, US District Court, Eastern District of Michigan, and accepted the word of a False Source for their "Exclusive" when they relied upon Kym L. Worthy, Chief Wayne County Prosecutor for their source.

The facts are that the evidence in the court docket of said case has tons of evidence on the record that support that a Sexual Assault Kit was in fact completed and that the District Court never ever ruled that there was no rape kit identifying Sean Combs as the Contributor of the Semen and Blood from the Plaintiffs Body.

Facts further show that USA Today Only Cared about SALES, and NOT THE TRUTH because

(42)

Court records in said case and court records in the other cases of CARDELLO-SMITH V. SEAN COMBS, ET AL, CASE # 2:25-cv-10754 and CARDELLO-SMITH V. SEAN COMBS ET AL, CASE # 2:25-11486, Both US District Court Cases that are open and pending have evidence that show that there was in fact a Rape Kit from the Plaintiffs Sexual Assault in 1997 by Sean Combs and evidence that clearly proves that the Wayne County Prosecutor's Office, Specifically KYM L. WORTHY held the evidence since 1997 and tested it in 2024.

The Facts show that Plaintiff was framed by Sean Combs through the Office of Kym Worthy, who hid the rape kit, and the record shows that the defendant only cared about profits and failed to look at the rest of the documents that are clearly available from the same court docket that contained the rape kit, but they failed to or did not even care to conduct the proper research on this serious claim and only cared about money, sales and other things and not the impact this would have on this Plaintiff as a Sexual Assault Survivor.

The Facts show that the defendant committed this act DELIBERATELY, MALICIOUSLY, INTENTIONALLY, AND WITH FULL SUPPORT OF THE WAYNE COUNTY PROSECUTOR KYM WORTHY WHO WAS ONLY WORKING TO HIDE HER ROLE IN THIS PLAINTIFFS FALSE CONVICTIONS OF RAPE AND SEXUAL ASSAULT BY SEAN COMBS AND TO HIDE THE FACT THAT 3 MEN SENT TO KILL THIS PLAINTIFF IN JULY 1997 WAS ON ORDERS OF KYM WORTHY, SEAN COMBS AND OTHERS AND THE RAPE KIT EVIDENCE WOULD LEAD BACK TO THIS CRIME AND THE ATTEMPTED MURDER OF THIS PLAINTIFF WOULD LEAD BACK TO THE DEFENDANTS "SOURCE" WHO IS HERSELF A CRIMINAL THAT WILL BE FACING MULTIPLE FELONIES FOR HER ROLE IN THE WRONGFUL PROSECUTION AND refused to Prosecute Sean Combs, as proven by the enclosed warrant on the record with this filing.

Defendant presents the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY ABOUT IT IN 1997.

Defendant states that the Warrant which confirms and proves that there was in fact a RAPE KIT AMONGST THOUSANDS OF RAPE KITS and that the SOURCE, KYM WORTHY KNEW OF THEIR EXISTENCE IN 1997 CONTRARY TO HER CLAIMS THAT IT WAS FABRICATED AND HER CLAIMS THAT SHE DID NOT KNOW AND THAT IT WAS NOT TESTED.

Defendant did this act to Assault this Plaintiff all over again, destroy this Plaintiffs character, name, status, and reputation and committed the act of RAPE OF THIS PLAINTIFF ALL OVER AGAIN when they published this report which contained information that harmed this Plaintiffs character, name and reputation and they knew it was false, because all of the evidence shows it is false, and was false.

The Defendants relied upon the very person who aided in the conspiracy to cover up the crime of the rape because of her own personal investment into Bad Boy Entertainment and other crimes as their "SOURCE" when that person is the very person who has helped to conceal the crime and never prosecuted the Rapist Sean Combs.

When the defendant relied upon a named criminal in 2 different cases with proof and evidence of the source failing to prosecute Sean Combs as a result of her own guilt, it committed SLANDER, LIBEL AND ASSAULTED THIS PLAINTIFFS NAME AND REPUTATION, considering that the Source is the person who helped frame the Plaintiff for Crimes that the Plaintiff did not commit.

The defendant has Sexually Assaulted this Plaintiff all over again by denying this plaintiffs claims of rape and sexual assault and that the Wayne County Prosecutor Covered it up and hid it and then said that there is no sexual assault kit and caused great anguish, pain, suffering and harm to this plaintiff that will last eternally through the writings of the published article and the defendant did so with malice, hate, deceit and to support their ONGOING RELATIONSHIP WITH THE SOURCE, KYM L. WORTHY....

(44)

The defendants have relied upon a Source that has been proven to have allowed so many crimes to have been committed, that will be brought up at trial in this case to a Jury.

The Defendant knew or should have known that this Statement, Publication, Transmission and Report was FALSE, NOT ADJUDICATED AND WOULD CAUSE HARM to this plaintiff and printed it anyway, without any regard to the Plaintiff being a Sexual Assault Survivor, confirming and proving that they do not care about victims of Rape and Sexual Assault and only care about profits, and other monetary gains, as proven by their lack of caring, knowledge and informational research that could have easily been conducted had they just checked it out more carefully.

The defendant has destroyed this Plaintiff and many others survivors of sexual assault and the Defendant should be held accountable for the atrocious action committed by the defendant.

This defendant only cared about money and not the defendant being a survivor of sexual assault and in doing so, did defame this Plaintiff requiring compensation for this actions.

This defendant contracts and is responsible for the story individually and jointly and did rely upon a source that is rooted in corruption where they have framed the Plaintiff to hide the rape of this plaintiff by falsely imprisoning the plaintiff as plaintiff has filed in his Many appeals that are pending, and further NO COURT HAS EVER SAID THAT A RAPE DID NOT TAKE PLACE, and no Court has ever ruled that THERE IS NO RAPE KIT, and that factor alone shows that the defendant does not care about survivors of rape or sexual assault when they published this article read by over 6 million viewers and shared on other platforms, newspapers and agencies, further placing the pain and degradation of this plaintiff at eternal harm because of the defendants malice to plaintiff.

(45)

The defendant is guilty of Libel, slander
Assault, and Defamation.

Defendant Bartons reliance on the Wayne County
Prosecutors Office as her "Source" is completely
unlawful and devoid of rationale whatsoever and is
completely divorced from all reality in that the
defendant's only reason to publish this story is
for the following reasons that will be proven in
Court.

1. Kym Worthy is Financing Her, (Barton's)
Coverage of the Story.

2. The Purpose is to discredit this Plaintiff.

3. Defendant Barton has a long history of
aiding, following, and essentially worshipping
Corrupt Government Officials, in Wayne County and
most importantly, Chief Kym Worthy's Office and
taking her words as GOLD, LAW AND COMMANDMENT.

4. Defendant Barton knew or should have known
that this information is false, and that the
plaintiff has in fact proven it to the reviewing
Sister Courts and again, NO COURT HAS EVER SAID
THAT THERE IS NO RAPE KIT.

5. Kym Worthy's Office was the Source and Is
the Source of the Claim about the Rape Kit being
fabricated, as has been stated in the Published May
20, 2025 News Article. However, Kym Worthy's
Involvement, lies, and corruption dates all the way
back to 1997 when she 'Worthy' was an sitting
Detroit Recorders Court Judge and she took part in
2 serious events. A Plea Hearing Waiving her
Judicial Immunity on May 1, 1998 and She was named
in the Actual Warrant that had been issued for the
Arrest of Sean Combs by Sgt. Patrick Jackman of the
Detroit Police Department--See attached offers of
proof.

6. The Felony Complaint clearly proves that Kym
Worthy played a serious role in aiding and abetting
the concealment of the Rape by hiding the Rape Kit
as far back as 1997, where the language in the
warrant that was approved for Sean Combs Arrest
contained the proof and supportive claims listed
the following language--

(46)

"did engage in the acts of concealing the evidence of a crime from one location, Adrian, Michigan to the <u>aiders and abettors</u> in the City of Detroit, Michigan County of Wayne, by providing the parties, persons of **Patricia Penman, Dearborn Police Department, Kym L. Worthy, Detroit Recorders Court Judge, Harvey F. Tennen, Detroit Recorder's Court Judge, Adrian Police Department Evidence Technicians, DETROIT CRIME LABORATORY SEXUAL ASSAULT KIT TECHNICIANS,** the evidence to Hide and conceal it from the full prosecution of Sean Combs in the Rape of Plaintiff."

This language is very clearly detailed in the Warrant and The Wayne County Prosecutor did not proceed with the Prosecution of this matter, because of Judge Kym Worthy's Connection to it and instructions and as such, her office held it personally and then lied about the rape kit evidence existing, and that is the 'Source" relied upon by Defendant Gina Barton....IT IS UTTERLY SHOCKING TO THE PUBLICS CONSCIENCE and it is even more deplorable for that of a News Agency such as USA Today to condone, approve, allow and support this type of behavior when so much evidence exists to counter the false claims used to destroy this Plaintiffs name, reputation, honor, character, life, and most importantly, TO DENY THAT OF A SEXUAL ASSAULT SURVIVOR, and in doing so, did commit the crime of LIBEL, SLANDER, ASSAULT AND DEFAMATION against this Plaintiff.

7. Defendant Barton relied upon a Source that has in fact struck a deal with a Contract Killer named Vincent Smothers, who was hired by an employee of Detective Patricia Penman, to execute this Plaintiff in 2007, as Plaintiff was one of 10 investors into Bad Boy Entertainment in 1997 as well as Kym Worthy and other Wayne County Officials and Mr. Smothers, admitted to being targeted by Detective Patricia Penman, who is an employee of Kym Worthy to this date, and had been hired to kill this Plaintiff as PROVEN BY THE AFFIDAVIT OF THE CONTRACT KILLER...-SEE ATTACHED.

(47)

This Contract killer clearly details the
lengths that the Office of the "Source" went
through to terminate this Plaintiff, including the
payment of the Murders of 4 of the investors into
Bad Boy Entertainment, and then, to add insult to
this injury, KYM WORTHY GAVE THIS MAN A DEAL OF 50
YEARS FOR 10 BODIES--See <u>People of Michigan v.
Vincent Smothers, Wayne County Circuit Court</u>, and
see the Affidavit of Mr. Smothers himself in his
own words.

8. Plaintiff submits that this 'Source' that
was relied upon by Defendant Barton is completely
corrupt and full of felonies that have been
committed by her office since 1997 and most
importantly it is proven by her public lies stating
that she never knew abut the Rape Kits every being
discovered until 2010 which is a complete lie base
don the CONFIRMED DOCUMENTARY EVIDENCE that shows
Kym Worthy was aware of it in 1997, disputing and
disproving her claims that no rape kit was ever
done for identifying Sean Combs as the assailant in
this matter and in this case...

8. The Police Reports from One Good Police
Officer named Patrick Jackman confirms multiple
areas where Kym Worthy Used the words "RAPE KITS IN
A WAREHOUSE" and that is as far back as 1997, See
Attached Offers of Proof submitted by the
Plaintiff.

Plaintiff stands by the Documents and
Authenticity of the Details contained within them
and even further submits that Kym Worthy openly
participated in the Execution of Tupac Shakur, and
Attempted murder of Suge Knight in 1997 as detailed
in the Police Report Submitted by this Plaintiff as
further proof of the Unreliability of the
Defendants "Source' when in fact, it is in the
interest of the source to in fact deny the Rape Kit
exists, to cover up her crimes that she committed
for decades and has committed them with no one to
correct or stop her....And Defendant Barton just
approved her behavior and lies by publishing this
story and did so for money and glory and not caring
about survivors of Rape and Sexual Assault.

(48)

## PLAINTIFFS EVIDENCE PROVING THE "SOURCE" IS IN FACT CORRUPT, AND HIDING FELONIES BY HER OWN WORDS CONFIRMING IT IN THE CRIMINAL PROSECUTION OF PLAINTIFF AS A DEFENDANT WHERE JUDGE WORTHY WAIVED HER JUDICIAL IMMUNITY IN A 1998 SEALED HEARING

Plaintiff submits to this Court verification that The "Source" of the Claim that the Rape Kit was Fabricated is in fact a Criminal Herself and Operating as the Current Chief Wayne County Prosecutor and submits to this Court the OFFER OF PROOF entitled "JUDGMENT OF SENTENCE COMMITMENT TO THE CORRECTION DEPARTMENT" effective May 26, 1998.

The Offer of Proof submitted confirms that this Plaintiff was originally sentenced to a term of 25-35 years for 2nd degree murder-self-defense variables.

The Judgment of Sentence specifically contains the following language:

"Closed Session Hearing For Plea-Sealed."

"Concurrent with 97-10147, 97-10146 Dismissed with no-Contest Plea,"

"Restitution deferred per Judge's Kym Worthy & Harvey Tennen."

This was completely documented, docketed and did happen--See attached Offer of Proof.

This is also supported by the fact that there was a Court Stenographer Present when the following language was used by Kym L. Worthy:

"I relinquish my Judicial Immunity for conferring and allocution to the terms outlined in the Plea Agreement with The Office of John D. O'hair, Current Wayne County Prosecutor, for placing Cardello-Smith in the Custody of the Corrections Department for the offense of 2nd degree murder."

I understand that if I fail to uphold my terms of the Plea agreement as it pertains to Sean Combs,

(49)

also known as Puffy, Puff Daddy, and CO-Owner of Bad Boy Entertainment, and Derrick Lee Cardello-Smith, Bartender, and Private Investor into Bad Boy Entertainment, and others in Detroit, Michigan, that the Sexual Assault Rape Kit, and the Payments made to the 3 Men who attacked Cardello-Smith in July 1997, on orders of Myself, and Sean Combs, that I will be prosecuted for Falsifying reports, Concealing Evidence, and Accessory to Murder in the Case of People of Michigan v. Derrick Lee Cardello-Smith, Case No 1997-10146, 1998-004133-01 will be amended from the False Judgment of Sentence of Criminal Sexual Conduct Third Degree to Second Degree Murder and that I will be subject to the criminal prosecution for my actions in the concealment of these charges."

"It is further understood to this Court, that Cardello-Smith, will in fact be released from State Prison in 10 years for Review of the Investment into Bad Boy Entertainment and will be issued a Court Writ that will be under either Bond Pending Appeal or, A Parole Release, and upon his decision related to the Sexual Assault Kit, Investment and Defending himself resulting in the death of Carl Bishop, and negotiating the dismissal of the Contrived Sexual Assault Charges by Sean Combs Employees."

These words can be found in the Transcript of the Sealed Records related to the Judgment of Sentence that is included as the Plaintiffs Offer of Proof and is submitted with the full expectation that this court will order its production from the stenographer who transcribed the court proceedings and its closed session.

## KYM WORTHY IS NOT CREDIBLE

Plaintiff states and submits to this court that the Source Kym Worthy and the Wayne County Prosecutors Office is not credible for this reason-

They have prosecuted thousands of People in the entire History of Kym Worthy and John O'hair Terms

for crimes they were alleged to have committed and those prosecutions have resulted in many sentences of life without parole and they were all on cases that the "Prosecution has Sworn Defendants were guilty of. Yet, they approved a "Conviction Integrity Unit."

The purpose of the Conviction Integrity Unit is to REVIEW THE CONVICTION BASED ON THE PROSECUTIONS OF KYM WORTHY'S OFFICE.

THEY HAVE OVERTURNED MULTIPLE CONVICTIONS confirming that DNA SHOWED THOSE DEFENDANTS DID NOT COMMIT THE CRIMES Alleged to have been committed by the defendants, resulting in those men being released from prison.

This means that the Wayne County Prosecutors Office FABRICATED CONVICTIONS, REPORTS, AND EVIDENCE and it is all proven BY ANYONE THAT SHE PROSECUTED WHO HAS CLAIMED INNOCENCE AND WAS PROVEN TO BE INNOCENT AND YET, HER OFFICE ONLY SOUGHT TO CONVICT INNOCENT PEOPLE BASED ON FABRICATED AND FALSE EVIDENCE....This is proven by ANY CONVICTION THAT HAS EVER BEEN OVERTURNED ON APPEAL OR EXONERATION OF THE OFFICE OF THE WAYNE COUNTY PROSECUTORS KYM WORTHY, showing that the use of Kym Worthy's office to Confirm the evidence as THE SOURCE is clearly not credible in anyway, because the Office of Wayne County Prosecutor Kym L. Worthy has been proven and shown to be MANUFACTURES OF EVIDENCE and **HAVE REPEATED HISTORIES OF WITHHOLDING EVIDENCE THAT COULD EXONERATE O LEAD TO THE PROSECUTION OF THE REAL SUSPECTS as IS BEING DONE IN THIS CASE BEFORE THE COURT NOW!**.

There is not and should not be ANY RELIANCE UPON THE OFFICE OF THE WAYNE COUNTY PROSECUTOR AS A "SOURCE OF INFORMATION OR CREDIBILITY and the moment that these defendants relied upon the Source of the Wayne County Prosecutors Office as their Source, it committed LIBEL, SLANDER, DEFAMATION AND ASSAULT ON THIS PLAINTIFF AS A SEXUAL ASSAULT SURVIVOR.

Defendants never cared about what ths would do to the plaintiff as a Survivor of a brutal rape.

(51)

There is overwhelming evidence that the office of the Wayne County Prosecutor and is NOT CREDIBLE and is IN FACT a HORRIBLE SOURCE OF INFORMATION and CANNOT AND SHOULD NOT BE Considered a credible source for ALL OF THE OVERWHELMING AFFIDAVITS, POLICE REPORTS, AND OTHER EVIDENCE THAT THE PLAINTIFF IS SUBMITTING WITH THIS CAUSE OF ACTION.

Plaintiff submits to this Court that the reliance on the Ofice of Kym Worthy by USA Today is a Complete farce when they have committed crimes and then used the power of their office to hide those crimes and it is a SLAP IN THE FACE TO THIS SURVIVOR OF SEXUAL ASSAULT and TO THOSE OTHER VICTIMS OF SEXUAL ASSAULT WHO ARE SURVIVORS OF SEXUAL ASSAULT.

The Defendants relied SOLELY ON THE WORD OF THE CRIMINAL INVESTIGATOR WHO SELECTED AND CHOSE TO NOT PROSECUTE SEAN COMBS WHEN HE WAS CLEARLY IDENTIFIED AS THE RAPIST OF THIS PLAINTIFF And the Defendant also Relief upon the words of the Defendants who themselves elected to NOT ARREST THE DEFENDANT WHEN A COMPLAINT FELONY WARRANT WAS ISSUED FOR HIS ARREST AND THE DEFENDANTS RELIED UPON THAT SAME OFFICE WHO FAILED TO PROSECUTE A CRIME AND THEN COMMIT FURTHER CRIMES BY CONCEALING IT AND FRAMING THIS PLAINTIFF as their source of Information to Confirm Exclusively their STORY PUBLISHED ON MAY 20, 2025

Plaintiff demands that the DEfendanta re to be held accountable for their SLANDER, LIBEL, DEFAMATION AND ASSAULT of this Plaintiff by their publishing of the story about the Fabricated Rape Kit evidence and it is something that should be placed before a TRIER OF FACT, and that is what this plaintiff seeks to have done in this court with this action seeking damages for the money sought by the plaintiff against the defendants.

THERE WAS A SEXUAL ASSAULT RAPE KIT DONE AND HELD BY KYM WORTHY AND WAS DONE CONTRARY TO MICHIGAN COMPILED LAWS AND FEDERAL LAWS.

(52)

## SOME BACKGROUND OF EVENTS

**PLAINTIFF MADE A DEAL WITH KYM WORTHY,
WAYNE COUNTY PROSECUTORS OFFICE AND
SEAN 'DIDDY' COMBS, ON MAY 2, 2019 FOR
DISMISSAL OF THE RAPE CHARGES AND TO
SERVICE ON SECOND-DEGREE MURDER AFTER
PLAINTIFF DEFENDED HIMSELF AGAINST 3 MEN
SENT BY SEAN , KYM WORTHY, DAVID COBB AND
DETECTIVE PATRICIA PENMAN OF DETROIT, MICHIGAN
WHICH BECAME EFFECTIVE MAY 2, 2019 AS FILED**

PETITIONERS SUBMISSION OF THE RESPONDENTS
PRESENTENCE INVESTIGATION REPORT OF PLEA
AND SENTENCE REACHED ON MAY 2, 2019 IN THE
WAYNE COUNTY CIRCUIT COURT CONFIRMING THE
PETITIONERS SUBMISSION OF FRCP 410 EVIDENCE

Plaintiff, Derrick Lee Cardello-Smith, in the above
cause and in full compliance with Federal Rules of Civil
Procedure 26 hereby provides this Court with the Mandatory
Disclosure of All Documents for the Case at bar and to
ensure the respondents have all relevant documentation as
it has been agreed upon in 1997 and again in May 2019.

The Documents are as follows:

1. Michigan Department of Corrections Presentence
Investigation Report.

2. Plea & Sentence Agreement of May 2, 2019
Confirming Plaintiff plea to 2nd Degree Murder and Full
Dismissal of the Kidnapping and Criminal Sexual Conduct
Charges.

3. Confirmation that Respondent Sean Combs, Kym L.
Worthy and Detective Patricia Penman, Sent 3 Mean to
Execute Plaintiff in 1997 and Plaintiff Defended himself
while protecting a Woman.

4. Confirmation of Plaintiff being Cleared by the
Detroit Police Department of Any Sex Crimes.

5. Plea agreement to Dismiss the Sexual Offenses.
These documents are submitted as confirmation that
the Plaintiff was originally sentenced to Prison for the
crime of 2nd Degree Murder and then was falsely charged
with the offenses of Kidnapping Rape Charges.

(53)

Plaintiff is providing these documents to the Court for Full Compliance with the Federal Rules of Evidence and Mandatory Disclosure and Discovery for this court.

Plaintiff, hereby Submits the May 2, 2019 Plea and Sentencing Agreement entered into by all parties and filed in the Wayne County Clerks Office confirming that the Plaintiff entered into a signed agreement with the Respondents and that this is the deal made by all parties and that it was done to keep the Respondents from being held accountable for their roles in the attempted murder plot of this Plaintiff by the Respondents Individual and Joint Actions.

This concludes this part of the mandatory disclosure, discovery and rules of evidence compliance duties of the petitioner.

### AFFIDAVIT OF FORMER DETROIT POLICE OFFICER TERESA BAKER CONFIRMING THE EXISTENCE OF A SEXUAL ASSAULT KIT IDENTIFYING SEAN COMBS AS THE RAPIST OF THIS PLAINTIFF.

Police Officer Teresa Baker, has proof that the Plaintiff has been framed, wrongfully convicted and incarcerated by a combined conspiracy f people working together and working for Respondent Sean Combs with the goal of ensuring that this plaintiff is incarcerated on charges that are false and completely invalid and based on a Plea of No-Contest entered only as results of the Petitioners Trial Court witnesses either being Killed or committing suicide.

Sean Combs paid to have the Plaintiff incarcerated in 1997 throughout this period of incarceration.

Kym L. Worthy, was a Detroit Recorders Judge and Is Currently the Chief Wayne County Prosecutor who authorized these actions in 1997, 2008 and 2019 to maintain and keep the Plaintiff incarcerated on false charges on orders of Sean Combs and other Wayne County Officials, to hide the original charge of second-degree murder that was originally charged against this plaintiff and then hidden because the victim would be linked back to Combs and Worthy.

Patricia Penman, is the Detective and Ex-Girlfriend of Plaintiff and she paid Contract Killer Vincent Smothers to Kill this Plaintiff on orders of Combs, David Cobb and other Wayne County Officials when the Plaintiff refused the Contract to kill the Wife of David Cob, she then paid Carli Boike, Carpenter to lie and say that Plaintiff Sexually Assaulted her in 1997 and then waited until 2019 to frame this Plaintiff on a Case where the Victim was actually a Victim of Sean Combs, as she has indicated and proven in her own affidavits and legal actions in which she settled the case with the plaintiff and admitted to lying about the false police reports all on orders of Patricia Penman, who paid her money to frame the Plaintiff.

Detroit Police Department employees knew this Plaintiff was innocent of any criminal violations and still went ahead and did the criminal prosecutions as that they

were and are part of a criminal enterprise directly linked to Sean Combs and other corrupt officials in Wayne County and went about their own way to ensure that this plaintiff did not collect on the rights monetary claims of the entitled claims to Bad Boy Entertainment.

Tina Bommarito, Lied about a Kidnapping and false rape charge in January 2008 against this Plaintiff and did so for the purpose of ensuring that this Plaintiff would not gain his freedom on orders of Sean Combs, Kym Worthy, Patricia Penman, and this is proven by her own affidavit recanting the rape claims.

Andrea Walker, has also recanted her rape claims and stated that it is all false and done so for the purpose of ensuring that the Plaintiff is serving on crimes that he is not guilty of.
Nicole Sanistaj, the officer who issued the original report in January 2008 admitted that she filed false police reports and that she did so for the purpose of framing this plaintiff for crimes the plaintiff is not guilty of.

Patrick Jackman, has issued police reports completely clearing this Plaintiff of any criminal wrongdoing and provided proof that the plaintiff was the victim of an attempted murder plot involving the Wayne County Officials on orders of Sean Combs.

Jose Ortiz, of the Detroit Police Department has recanted his police report that was used to form the basis of the January 2008 victim this Plaintiff is serving on.

Kym L. Worthy ordered all homicide filed destroyed and did so on the orders of Former Prosecutor Duggan and Patricia Penman for the purpose of hiding the actual crime that this plaintiff came to prison for in 1997 (See attached) and then kept it hidden for the sole purpose of ensuring plaintiff would not collect on the rightful 49% of Bad Boy Entertainment, and to hide the sexual assault committed upon this plaintiff by respondent Combs, because it would be linked directly to Kym L. Worthy, and other respondents.
Homicide Division of the Detroit Police Department Deliberately knowingly and completely engaged in Obstruction of Justice, Due Process rights violations of this Plaintiff by purposely transforming the 1997 Criminal case of <u>People of the State of Michigan v. Derrick Lee Cardello-Smith 1997-10147-FC</u> Second Degree Murder into a Criminal Sexual Conduct under the Case number of 1998-004133-FC in the county of Wayne, Third Judicial Circuit Court with Judge Harvey F. Tennen Presiding.

<u>**This was done for the purpose of hiding the fact that the men who came to kill this Plaintiff in 1997 worked for Sean Combs and were sent by Kym L. Worthy and knowing that it would link back to them, instead placed the plaintiff in prison for Sex Crimes, that the plaintiff was in fact cleared of by the Detroit Police Department--See Attached reports.**</u>

The Homicide section of the DPD allowed this action to take place and it was done for the purpose of not allowing the Plaintiff to Call witnesses in from the Wayne County Prosecutors Office or the Detroit Recorders Court or the Detroit Police Department, because it would have resulted in the Respondents being exposed for what they did when they were acting on orders of Sean Diddy Combs.

JUST LOOK AT THE FACT THAT THE WAYNE COUNTY PROSECUTORS OFFICE DESTROYED HOMICIDE FILED FROM 1996 THROUGH 2003, WHEN THE LAW REQUIRED THE PROSECUTORS OFFICE TO KEEP THE HOMICIDE FILES FOR 55 YEARS...This was done to hide this Petitioners homicide that was rally an act of self defense, committed upon the plaintiff by the respondents, as proven by the affidavit of Teresa Baker (attached).

(55)

The affidavit completely exonerates the Plaintiff and confirms the claims that have been raised by the Plaintiff for Decades, and it must be considered by this court and a Jury as that it proves that this Plaintiffs claims about a Sexual Assault Kit are real and true.

### AFFIDAVIT OF FORMER DETROIT POLICE OFFICER BARBARA SIMON CONFIRMING THAT THE SEXUAL ASSAULT KIT IDENTIFYING SEAN COMBS EXISTS AND IT BEING GIVEN TO JUDGE KYM L. WORTHY.

The Affidavit of disgraced former Police Officer Barbara Simon, known for corruption and getting false confessions leading to he arrests of innocent men has provided an affidavit acknowledging her corruption and her actions in this Plaintiffs case and the actions she did in providing the Homicide File, The Sexual Assault Kit and the other evidence being given to then Judge Kym Worthy who held it for quite awhile.

This Police Officer's Affidavit confirms many different things that have happened and that have occurred on behalf of the SOURCE that the Defendants have used to rely upon for their exclusive.

### THE FELONY COMPLAINT AUTHORIZED BY POLICE OFFICER PATRICK JACKMAN FOR THE ARREST OF SEAN COMBS.

The attached Complaint shows that Detroit Police Officer Patrick Jackman authorized the arrest and prosecution of Sean Combs for the Rape and Sexual Assault of this Plaintiff and that it was not prosecuted by the Wayne County Prosecutors Office as that all the evidence was turned over to Kym Worthy in 1997, but it still does not take away from the fact that a Sexual Assault Kit was turned over to JUDGE KYM L. WORTHY as the document confirms was done and which confirms the roles of so many law enforcement officials to cover it up and hide the actual rape kit evidence contrary to state and federal law.

### THE 1998 COMMITMENT OF SENTENCE TO THE DEPARTMENT OF CORRECTIONS FOR SECOND-DEGREE MURDER AND JUDGE KYM WORTHY'S TESTIMONY AND ROLE IN SAID SENTENCE OF THE PLAINTIFF DURING A SEALED HEARING WITH JUDGE HARVEY TENNEN PRESENT DURING THE HEARING WHERE JUDGE KYM WORTHY WAIVED HER JUDICIAL IMMUNITY PERTAINING TO THE DEAL MADE WITH THE PLAINTIFF, PROSECUTORS OFFICE AND KYM WORTHY TO CONCEAL THE MURDER ATTEMPTS TO ELIMINATE THIS PLAINTIFF TO HIDE THE RAPE OF THE PLAINTIFF BY COMBS.

The Plaintiff submits to this Court that the original Judgment of Sentence was for the crime of 2nd Degree Murder which was orchestrated by the Persons of Sean Combs, Kym Worthy and other officials, all with the express intent to silence this Plaintiff and the hearing held in the courtroom of judge Harvey Tennen confirms it and can confirm it by viewing the hearing held on May 1, 1998, See Attached Judgment of Sentence.

### OTHER OFFERS OF PROOF

Plaintiff submits that there are multiple other offers of proof covering every spectrum and facet to prove that there was and is a sexual assault kit that was held by Kym worthy and NOT TESTED UNTIL THE FINAL REMAINING UNTESTED RAPE KIT IN MARCH 2024 AND IT CONFIRMED THAT SEAN COMBS WAS THE PLAINTIFFS RAPIST.

(56)

The evidence covers every spectrum or documentary proof, including, AFFIDAVITS, PRIVATE INVESTIGATORS REPORTS OF MR. WILLIAM PROCTOR confirming that DETROIT POLICE HIRED CONTRACT KILLER VINCENT SMOTHERS TO EXECUTE THIS PLAINTIFF ON ORDERS OF KYM L. WORTHY, as his affidavit confirms.

**AFFIDAVIT OF FINANCIAL TRANSACTION SERVICES PROVIDER CONFIRMING PAYMENTS TO WAYNE COUNTY PROSECUTOR KYM L. WORTHY AND OTHER OFFICIALS ON BEHALF OF BAD BOY ENTERTAINMENT STAFF AND LABEL**

This affidavit confirms that Mr. Goodwin effected the payments from Sean Combs directly to Kym L. Worthy as proven by viewing #5 of his affidavit confirming the payments were made by him to these staff members and it was all done from Sean Combs, to silence this Plaintiff as part of the conspiracy of those involved in this matter and confirms this Plaintiffs claims--IT IS ALSO NOTARIZED BY A LICENSED NOTARY PUBLIC IN THE STATE OF MICHIGAN for this purpose and submitted as PROOF THE DEFENDANTS HAVE THEMSELVES LIED IN THIS MATTER AND IN THIS CASE and HAVE RELIED UPON A SOURCE OF INFORMATION FOR THEIR EXCLUSIVE WHEN THEY KNEW OR SHOULD HAVE KNOWN THAT IT WAS ALL FALSE AND THEY DID SO FOR SALE AND PROFITS OF THEIR COMPANIES NEWS PAPER and only for that purpose.

**FINANCIAL INVOICE CONFIRMING PLAINTIFFS 1997 INVESTMENT INTO BAD BOY ENTERTAINMENT FOR $150,000.00 AS ONE OF 10 INVESTORS PROVIDING 1,500,000.00 (One and a Half Million Dollars) TOTAL TO SEAN COMBS IN EXCHANGE FOR 49% (Forty-Nine Percent) OF BAD BOY ENTERTAINMENT IN 10, 20 and #30 YEAR KICKBACKS AND RETURNS.**

The enclosed NOTARIZED FINANCIAL INVOICE supports it and proves this Plaintiff invested and was to be given a return of 49% of Bad Boy Entertainment based on the investment into Bad Boy Entertainment back in 1997 and supports this plaintiffs contentions and cannot be disputed and in fact, should have been reviewed by the defendants and yet, they failed to consider this serious matter and in doing so, did violate this Plaintiffs rights to be free from LIBEL, SLANDER ASSAULT AND DEFAMATION and they need to be held accountable for their actions and will be held accountable by a Jury of his Plaintiffs Peers.

These many documents are also listed by witnesses who saw the rape of this plaintiff by the Person of Sean Combs and it is supported by the documents that have been completely ignored by the Defendants in this matter and in this case, confirming that they only cared about profits and gave no care or regard to what their words and actions would do to this Plaintiff by publishing their article, violating Michigan Compiled Laws at the State and Federal Level.

Plaintiff submits to this court that the defendants actions are in fact libel, slander, malicious and defamatory under Michigan Law and is the basis of this cause of action against the defendants completely requiring this court to grant judgment in favor of the Plaintiff and the plaintiffs demand for a Jury Trial on this matter.

## CONCLUSION

Plaintiff states that the Defendants Deliberate publishing, transmission, printing, placement, broadcast and speaking of the article on May 20,2025, May 21, 2025 and May 22, 2025 Article in the USA Today from Gina Barton stating that the SEXUAL SSAULT KIT CONTAINED IN THE CIVIL LAWSUIT FILED BY PLAINTIFF HAVING FABRICATED EVIDENCE, and its reliance on the Office of Wayne County Prosecutor Kym L. Worthy as its source of this information, and plaintiff states that the Cause of Action is the report published by USA Today is filled with false statement and it is completely not true on any level whatsoever and it was done so with the intent to cause harm, and numerous people read the article, heard the article and knew that the report was itself done with malicious intent and it was made out of Hatred for this plaintiff and it was directed at this plaintiff and it was done WITHOUT ANY REGARD FOR THE TRUTH TO BE HEARD, where The Source of the Information is a Prosecutor that is proven to be a Criminal Herself, and having committed Criminal activities and actions that are proven by the OFFERS OF PROOF submitted by this Plaintiff requiring the Court to conduct a hearing on this matter and allow this matter to proceed to a Jury Trial and to grant this Plaintiffs request immediately with regard to the relief demanded in this complaint.

### ISSUE REGARDING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS PRIOR TO ACTION BY THIS COURT.

Plaintiff hereby asks that this court allow the clerk to provide and issue Summons for Each Defendant and that it is Returned with the issuance of the Summons and Complaint to this Plaintiff so that the Plaintiff can effect service upon the defendants at their place of business identified in the action so that the defendants can have the proper time of notice of the lawsuit before this Court conducts a full review of the claims and to ensure that the Defendants are not prejudiced in anyway and to ensure that the Plaintiff is not denied the right to have the claims be reviewed by the Jury to be sat in this case and to ensure that this court does not summarily review this claim and dismiss it as that the Plaintiff requires the Summons to be issued for Service upon the Plaintiff and because of Plaintiffs current position of not being a lawyer and also being incarcerated, and wanting to ensure that this court does not deprive the plaintiff of the right to have this matter heard in court and to ensure that the defendants are not prejudiced by the presentation of this case prior to review in this matter.

### PLAINTIFF CLOSING PRE-RELIEF SOUGHT
### REGARDING PRELIMINARY REVIEW, SCREENING AND SERVICE PROCESS AGAINST SUMMARY DISMISSAL PRIOR TO SERVICE

Wherefore, plaintiff prays this court will enter an order to GRANT this matter will proceed to a jury trial, grant the case will be stayed while the Plaintiff is provided with the Summons to Serve the Defendants at their main address and place of business, Grant the court will NOT CONDUCT A REVIEW OF THE CLAIMS UNTIL AFTER SERVICE HAS BEEN MADE ON THE DEFENDANTS, so that the Plaintiff and defendants are not prejudiced, grant that the Court will provide the Plaintiff with an opportunity to resubmit this lawsuit prior to ANY FULL REVIEW that will result in the Plaintiff being prejudiced.

Plaintiff is seeking full and immediate consideration on the issues of the Summons being issued so that the Plaintiff can in fact provide the Defendants with their rightful notice to this lawsuit being served upon them.

Plaintiff further claims that Court can in fact provide the Plaintiff with an opportunity to serve the defendants without this court ruling on the merits of the claims presented within the action itself to ensure the case itself is properly served and treated accordingly pertaining to the Rules of Preliminary Screening, such as under other similar cases. Simply put, Plaintiff does not want the Reviewing District Court to Simply Dismiss this case for lack of service on the defendants or under the guise Failure to State a Claim when only a jury can make that full determination on the merits of the claims presented herein this Matter because it will deprive this plaintiff the right to full review of the defamation claims of the plaintiff seeking to hold the defendants accountable for breaking Michigan Compiled Law 600.2911.

**DEFENDANTS RELIED UPON A CRIMINAL ORGANIZATION KNOWN AS THE WAYNE COUNTY PROSECUTORS OFFICE THAT FRAMED THIS PLAINTIFF FOR MULTIPLE RAPES AND TRIED TO KILL THE PLAINTIFF ON 2 DIFFERENT INSTANCES WHEN THEPLAINTIFF REFUSED A CONTRACT MURDER FOR HIRE SCHEME BYA DETROIT POLICE OFFICER TO KILL THEWIFE OF SAID POLICE OFFICER DAVID COBB AND THEN RELIED UPON THIS SAME WAYNE COUNTY PROSECUTOR TO BE THEIR "SOURCE" FOR THEIR EXCLUSIVE REPORTING WHEN IT WAS THE VERY SOURCE WHO KEPT THE SEXUAL ASSAULT KIT IN HER POSSESSION AND STILL HAS HIDDEN IT TO THIS VERY DAY AS THEIR SOURCE AND IN DOING SO, DEFAMED THIS PLAINTIFF.**

Plaintiff states that the defendants very source is itself a criminal enterprise operated by Sean Combs and Kym Worthy and they did in fact violate MCL 600.2911 when it reported the story and transmitted it all over the Natuon and did so with malice and on orders of Kym Worthy, and should be held to account for this action.

Kym L. Worthy is a Criminal who framed this Plaintiff and the defendants relied upon her and her office as the source and covered it up, and of course she hid the evidence and has been hiding the evidence.

### FINAL PROOF OF THE SOURCE NOT BEING CREDIBLE

Plaintiff states that the Wayne County Prosecutors Office an Most specifically, Kym Worthy, has Prosecuted Crimnal Defendants for many many years, and she did so under teh contention that THEY WERE GUILTY OF CRIMES....Yet, when those cases were reviewed by the innocenc clinic, DNA showed they did not commit the crimes, and those cases were overturned and yet, this is theoffice that the defendants have relied upon, as their Source".
How can this Be a trusted source, when in fact, it has been proven that Kym Worthy has Fabricated Evidence in her criminal cases and they were completely exonerated and proven to have been false evidence used to convict those defendants.

This most certainly cannot and should not be a reliable source of evidence that the defendants have used in their published story and in their exclusive content and each defendant should be held accountable for their false statements, voiced statements, and their lies told in this case because it has shamed this Sexual ASsault Survivor and it must be completely corrected and they must be held accountable for their actions and violations of this plaintiffs rights under the law.

Plaintff seeks justice for these defendants actions  and a jury trial.

## PRIMARY RELIEF SOUGHT AND REQUESTED

Wherefore, Plaintiff prays this court will enter an order Granting this Matter will proceed to a Jury Trial, Enter damages into the amount of 1,000,000,000,.00 against Defendants and have said award be entered as Monetary, Punitive, and Compensatory and grant any further relief this court deems necessary and appropriate.

Respectfully Yours,                                                        June 4, 2025

Derrick Lee Cardello-Smith, #267009
Sexual Assault Survivor
Plaintiff
Ionia Maximum Correctional Facility
Ionia, MI 48846

**PLAINTIFFS PRE-SENTENCING INVESTIGATION REPORT**
**CONFIRMING PLEA BARGAIN ISSUED IN 1997 AND REAFFIRMED**
**ON MAY 2, 2019 AND FILED IN THE WAYNE COUNTY CLERKS**
**OFFICE ON MAY 3, 2019**

Michigan Department of Corrections
Presentence Investigation
New Conviction Update Report

# PEOPLE OF THE STATE OF MICHIGAN
# -VS-
# DERRICK LEE CARDELLO-SMITH
# MDOC #267009

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK

MAY 3, 2019

WAYNE COUNTY CIRCUIT COURT DESCRIPTION OF THE OFFENSE & SENTENCING INFORMATION FOR PLACEMENT ON PUBLIC INFORMATION SYSTEM & STATE PRISON INFORMATION SYSTEM IN FULL COMPLIANCE WITH SETTLEMENT AGREMENT OF MAY 2, 2019 REGARDING THE CORRECTED AND UPDATED RELEASE DATE & INFORMATION FOR MR. DERRICK LEE CARDELLO-SMITH #267009 CASE NO'S 1997-010147-01-FC-2008-008639-01-FC RESOLVED IN THE SETTLEMENT AGREEMENT OF 2019-000756-01-FC ON MAY 3, 2019 IN DETROIT, MI NEW RELEASE DATE OF AUGUST 18, 2026

267009 - Smith, Derrick Lee 19000756-01-FC
05/02/2019-10:47:55

CFJ- 284



# HOMICIDE REPORT

## AMENDED

detroit police

FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
MAY 27, 1998

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0811306.1

REPORTED ON JULY 24, 1997 00:45AM OCCURRED ON JULY 8, 1997
AT EAST 8 MILE & VAN DYKE ROADS-DETROIT, MI SCA/10:09PM SECTOR A 9TH

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENSE IS A REGISTERED SELF-DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS 7 HAND-TO-HAND COMBAT-OFFENSE HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-OFFENDER KNEW THAT THE 3 ATTACKERS WERE CIVILIANS & NOT TRAINED COMBATANTS

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24 SEX MALE:RACE:BLACK-ITALIAN-MEX-ADDRESS:▆▆▆ ▆▆▆-DETROIT, MI 48205-26--Phone ▆▆-▆▆▆-▆▆▆
HOMICIDE VICTIM/ATTACKER:CARL BISHOP:AGE 47:SEX:MALE-RACE:CAUCASIAN/WHITE- No Relationship to Suspect/Offender--
3.ASSAULT VICTIM/ATTACKER:ROBERT GUNTER:AGE:53:SEX:MALE-RACE:CAUCASIAN/WHITE-No Relationship to Suspect/Offender
4.ASSAULT VICTIM/ATTACKER:DAVID BROCK:  AGE:$$:SEX:MALE-RACE:CAUCASIAN/WHITE-No Relationship to Suspect/Offender
OFFENDER DESCRIPTION: On or About July 7/8, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age 24, and His Female Companion ▆▆▆▆ ▆▆▆▆ age 20, were leaving the AMC Movie Theater on 8 Mile & Van Dyke Roads in Detroit, MI when the 2 were approached by Three Strangers known now as the above Three Named Victim/Attackers. The deceased Victim CARL BISHOP and his 2 friends were leaving a Tavern/Bar Adjacent to the Theater when they came upon Derrick Lee Cardello-Smith and his Girlfriend heading to their Car (1997 Chevy Camaro Z-28) and as they passed by the 3 Victims/Attackers, Comments were made about the pair being an "Interacial-Couple" and words were exchanged--An argument ensued between all Men with the Leader, Carl Bishop becoming enraged that the Suspect was with a "Woman of the Opposite Race!" hat she is White and Needs to 'Stay within Her own Race". The Trio them Started Yelling to Offender Cardello-Smith that "O.J. KILLED HIS WOMAN, so Will this Nigger Your With!"
Offender Cardello-Smith was attempting to keep the matter from getting more aggressive, when, according to Witnesses and bystanders, two of the three men started fighting Cardello-Smith, who saw the Third Mail, Carl Bishop was physically attacking his Girlfriend by slapping her with his Hand to face contact, and calling her a "Nigger-Lover" and "Race Traitor!"
Cardello-Smith was still Engaged with Gunter & Brock when his Girlfriend yelled out, "Derrick Help!", Derrick then saw her and saw that the (Decedent) Carl Bishop had in fact Brandished a Sharp Edged Weapon and/or Knife and was about to Stab his Girlfriend while the Other 2 Men were keeping Derrick Busy and they were Laughing, and then, According to Witnesses, Cardello-Smith broke Gunter's Arm, Broke the Leg of Brock, immobilizing them both and Cardello-Smith then Ran & Intercepted the knife by Placing His Own Arm in between the Blade of the Weapon and His Companions Body/Upper torso, the Knife then Penetrated Cardello-Smith's Right Forearm and Cardello-Smith grabbed Carl Bishop's Wrist Pulling the Knife out and Forced it into the Lungs of the remaining Victim/Attacker Carl Bishop. Offender Cardello-Smith was then heard saying "You were going to Stab my Date! Now Your Going to Die in a Filthy Parking Lot, You should have Just Let us Be!" "Die Where You Are You Racist Bitch!" Cardello-Smith then went to his Companion who was Shaken.
Derrick then Went to the Other 2 Pair that were already immobilized and proceeded to Kick them and Fracture other parts of their bodies until he was Subdued by Officers who arrived on Scene--The Victim Carl Bishop was taken to Emergency Triage at St. Johns Hospital where he Succumbed to his Injuries 2 Weeks later--Cardello-Smith was then taken into Custody for Open Murder.
Arrestee transported to 9th Precinct for Holding/Charging Purposes review by Detective Jose' Ortiz and Sgt. David Cobb.



# HOMICIDE INCIDENT REPORT

REPORTING AGENCY: DETROIT POLICE DEPARTMENT
CASE REPORT NUMBER: 0801130106.1

**FILED**
CATHY M. GARRETT
WAYNE COUNTY CLERK

**MAY 3, 2019**

**police**   REPORTED ON JULY 8, 1997 12:45AM OCCURRED ON JULY 24,1997,10:09PM
AT EAST 8 & VAN DYKE ROADS-DETROIT,MI SCA/CENSUS:10:09pmSECTOR A

OFFENSE:HOMICIDE-SPECIAL CIRCUMSTANCES-MURDER:OFFENDER IS A REGISTERED SELF-DEFENSE EXPERT WITH TRAINING IN MARTIAL ARTS & HAND-TO-HAND COMBAT-OFFENSE HIGHTENED--BY INTENTIONAL OVERKILL & INTENTIONAL OVERUSE OF DEFENSE TACTICS-OFFENDER KNEW 3 ASSAILANTS WERE CIVILIANS & NOT TRAINED COMBATANTS

---

1. ARRESTEE: DERRICK LEE CARDELLO-SMITH:AGE:24SEXMALE:RACE:BLACK-ITALIAN-MEX-ADDRESS: ███ ███-DETROIT, MI 48226--Phone███████████
2. HOMICIDE VICTIM: CARL BISHOP:  AGE:47:SEX MALE RACE CAUCASIAN/WHITE -No Relationship to Suspect/Offender
3. ASSAULT VICTIM:  ROBERT GUNTER: AGE:53:SEX MALE:RACE CAUCASIAN/WHITE NO Relationship to Suspect/Offender
4. ASSAULT VICTIM: DAVID BROCK:  AGE:44:  SEX:MALE:RACE  CAUCASIAN/WHITE No relationship to Suspect/Offender
OFFENSE DESCRIPTION: On July 7, 1997, Suspect DERRICK LEE CARDELLO-SMITH, Age 24, and His Girlfriend, ███ ███████ Age 20, were leaving the AMC Movie Theater on 8 Mile & Van Dyke Roads in Detroit, Michigan when the 2 were approached by three Strangers known now as the above three named Victims. The Deceased Victim CARL BISHOP and his two friends were leaving a Tavern/Bar, when they came upon Derrick Lee Cardello-Smith & his Girlfriend were heading to their car in the parking Lot and then passed the three Men who made comments about the pair being an "Interracial Couple" and words were then exchanged--an Argument ensued between all the men involved with the Leader, Carl Bishop becoming Enraged that the Suspect was with a woman of the Opposite Race-She is Caucasian and Needs to stay within her own race, the three men were saying. The Trio Started yelling obscenities at Cardello-Smith and his Girlfriend. OJ KILLED HIS WOMAN so what this Nigger Here your with!
    Offender Cardello-Smith was attempting to keep the matter from getting more aggressive, when, according to witnesses and bystanders, two of them men started fighting with Cardello-Smith, who saw that the Third Male, Carl Bishop was physically attacking his Girlfriend, by slapping her and calling her a "Nigger-Lover"" and "Race Traitor'".
    Cardello-Smith was still engaged in fighting Gunter & Brock, when his Girlfriend then yelled out, "Derrick Help!"", Derrick then saw her and saw that the (Decedent) Carl Bishop had in fact possessed a Sharp Edged Weapon and/or knife and was about to Stab Derrick's Girlfriend while the other 2 Men were keeping Derrick Busy and they were laughing, and then, the next thing, Offender Cardello-Smith Broke Gunters Arm, Broke the Leg of Mr. Brock, immobilizing both parties and Cardello-Smith then Ran and Intercepted the knife by placing His Own Arm in between the Weapon and his Girlfriends Upper Torse and then, the knife penetrated Mr. Cardello-Smith's Right Forearm, and then, Cardello-Smith grabbed Carl Bishops Wrist and Pulled the knife out of his arm and forced it into the Lungs of the Remaining Assailant, Carl Bishop, Offender was heard saying to the now deceased Victim "You do not like Interracial Couples!  "You were going to Stab my Girl! 'Now Your Going to Die ina Filthy Parking Lot with Your Own Knife in your chest!"And then, Cardello-Smith Punch the Victim Car Bishop 17 times and then the pair "Fell" to the ground... Cardello-Smith then told the Victim, "You should have let this go andjust left us alone!" Die where you are YOu Racist Bitch!"
    Derrick then went to the other 2 pair that were immobolized and proceeded to kick them and break their bones on their bodies until he was subdued by Officers who arrived on Scene.-The Victim Carl Bishop was taken to Emergency Care at St. Johns Hospital where he succumbed to his injuries 2 weeks later---Derrick Cardello-Smith was taken in to custody for Open Murder.

Arrestee  Transported  to  9th  Precinct-Eastern  District  for  holding  and processing pending Charges Review by Detectives Jose' Ortiz & David Gobb

MICHIGAN DEPARTMENT OF CORRECTIONS
PRESENTENCE INVESTIGATION REPORT

Rev. 11/09

| | | |
|---|---|---|
| **Honorable:** Bridget Mary Hathaway | **County:** Wayne County | **Sentence Date:** 05/02/2019 |
| **MDOC Nbr.:** 267009 | **Attorney:** Clifford Woodards | **Appointed/Retained:** Appointed |
| **Defendant:** Smith, Derrick Lee | **Age:** 46 | **D.O.B.:** 11/01/1972 |

## CURRENT CONVICTION(S)

| Final Charge(s) | | | Max | | | Jail Credit Days | Bond | Convicted By | Conviction Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yrs | Mo. | Days | | | | |
| Charge(1): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(2): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(3): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |
| Charge(4): 19000756-01-FC | 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | | | 113 | Not Posted | Nolo Contendere | 04/18/2019 |

**SOR Required:** Y    **Date SOR Completed:** 04/24/19

**Plea Agreement:** Cobb's Evaluation: 17.5 to 35 years MDOC    **HYTA:** No

**Pending Charges:** None    **Where:** N/A

**Status at Time of Offense:** None

*Received By Derrick Smith 4-18-19*

## PRIOR RECORD

**Conviction: Felonies:** 1    **Misdemeanors:** 4    **Juvenile Record:** Yes

**Probation: Active:** No    **Former:** Yes    **Pending Violation:** No

**Parole: Active:** No    **Former:** Yes    **Pending Violation:** No

**Current Michigan Prisoner:** Yes

**Currently Under Sentence:** Yes

| Sentence Date | Offense | County/State | Sentence | Min. | Max. |
|---|---|---|---|---|---|
| 05/26/1998 | Criminal Sexual Conduct, 3rd Deg (Force or Coercion) | Wayne County | Prison | 6y | 15y |
| 05/26/1998 | Criminal Sexual Conduct, 3rd Deg (Force or Coercion) | Wayne County | Prison | 6y | 15y |
| 10/29/2008 | Kidnapping (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Kidnapping (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony) (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony) (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony) (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony) (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |
| 10/29/2008 | Criminal Sexual Conduct, 1st Deg (During Felony) (Hab Crim 4th Off.) | Wayne County | Prison | 22y - 6m | 75y |

# PERSONAL HISTORY

Where Employed:  Unemployed

Education:

Psychiatric History:  No

Physical Handicaps:  No

Marital Status:  Married

Substance Abuse History:  No

PA511 Eligible:  No

Investigating Agent:  ARNITA D MURRAY
Worksite:  Wayne/Detroit Court Serv./Probation

Caseload No.:  1928
Phone No:  ( 313 )224-2692

Date: 10/27/2008

## DEPARTMENT OF CORRECTIONS RECOMMENDATION

**Jail Credit:**

| Date(s) | Action | Sentence Details | Days |
|---|---|---|---|
| | | | 289 |
| 01/13/08 - 10/28/08 | Arrest | | |
| | | Total Days Jail Credit | 289 |

DOCKET NO.  08008639-01

It is respectfully recommended the defendant be sentenced to the Michigan Department of Corrections for a period of incarceration with credit for 289 days served.

Supervisor: MARY K NISUN

Date: 10/27/2008

| Victim / Relationship | | Code Description | |
|---|---|---|---|
| Boike, Carli - No Relationship | | None | |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 03rd Circuit Court - Wayne County | Bridget Mary Hathaway | Clifford Woodards | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Nolo Contendere | 10/12/1997 | 01/09/2019 | 01/09/2019 | 04/18/2019 | 113 | No |

## DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | Fine | | Cost | | Restitution |
|---|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

| Attorney Fees | | Forensic Fees | | Restitution Fund Fees | | Other Fees |
|---|---|---|---|---|---|---|

Sentencing Guidelines

| RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|
| Low: | High: | | X | | |

Comments:

MICHIGAN DEPARTMENT OF CORRECTIONS
BASIC INFORMATION REPORT

1896-6101
12/06 CFJ-101

| Court Name (Last, First, Middle) | | MDOC Nbr. | Given Name(Last, First, Middle) |
|---|---|---|---|
| Smith, Derrick Lee | | 267009 | Same |

| Name Type | Other Names (Last, First, Middle) |
|---|---|
| Alias | Moore, Derrick; Moore, Derrick Lee; SMITH, DERRICK LEE |
| Court/Commitment Name | SMITH, DERRICK |

| Place of Birth | | Citizenship | Last Known Address & Telephone No. |
|---|---|---|---|
| Michigan | | USA | |
| State & DLN   None. | | DOB   11/01/1972 | 470 Martin Luther King |
| SID No.   1504755E | | FBI No. 498829LA9 | Detroit, Michigan 48208 |
| Race | Sex | Hair | Eyes | (989) 871-9103 |
| Black or African American | Male | Black | Brown | |

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 5' 10" | 180 | | None | No | No | No |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| Married | 0 | Catholic | Army | 1972-1991 | Medical |

| | Drug Abuse | Alcohol Abuse | Mental Health Treatment |
|---|---|---|---|
| Marks, Scars, Amputations, Tattoos | No | No | No |

| | | | |
|---|---|---|---|
| Tattoo Right Upper Arm | Tattoo Left Arm | Scar Right  Forearm | |

## CRIMINAL HISTORY

| Juvenile | | | | Adult | | | | Status at Time of Offense | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | | Jail | Pris. | Prob. | Esc. | X | None | | Delayed Sentence |
| 0 | 1 | 0 | | 3 | 1 | 2 | 0 | | HYTA | | Parole |
| Age of First Arrest | Sex Offense Convictions | | SAI Eligible | | | | | | Probation | | Jail |
| 20 | 12 | | No | | | | | | District Probation | | State Prison |
| Pending Charges in Court | No. of Prior Felony Convictions | | | | | | | | Federal Probation | | On Bond |
| No | 2 | | | | | | | | Federal Parole | | Juvenile Court Supervision |

| Type of Report | County   Wayne County | | Agent & Caseload No.   JACLYN M. DRAHEIM - 1911 | | |
|---|---|---|---|---|---|
| Presentence | DOC Recommended Disposition   4 | Probation Violation New Sentence   No | Probation Violation Technical   No |

## CURRENT OFFENSE

| NO.     1   OF     4 | Docket No.: Charge (1): 19000756-01-FC | Last Name:  Smith | |
|---|---|---|---|
| PACC Code | Offense | Max | Consecutive Sentence |
| 750.520B | Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | LIFE | No |

| Victim / Relationship | Codefendant(s) |
|---|---|
| Boike, Carli - No Relationship | None |

| Circuit | Judge | Attorney | Retained / Appointed |
|---|---|---|---|
| 03rd Circuit Court - Wayne County | Bridget Mary Hathaway | Clifford Woodards | Appointed |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| Nolo Contendere | 10/12/1997 | 01/09/2019 | 01/09/2019 | 04/18/2019 | 113 | No |

## DISPOSITION

| Sentence Type | | Sentence Date | CTN 821872216301 | Fine | | Cost | Restitution |
|---|---|---|---|---|---|---|---|

| MINIMUM | | | MAXIMUM | | | LIFE | | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | | Months | Days | | |

| Attorney Fees | | Forensic Fees | | Restitution Fund Fees | | Other Fees | |
|---|---|---|---|---|---|---|---|

| Sentencing Guidelines | | | | | | |
|---|---|---|---|---|---|---|
| RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total | |
| Low:     240 | High:     480 | | | 65 | 100 | |
| Comments: | | | | | | |

Smith, Derrick Lee  -  267009
05/02/2019  10:57:24

CFJ-101     Page:1

MICHIGAN DEPARTMENT OF CORRECTIONS
BASIC INFORMATION REPORT

4836-6101
12/06 CFJ-101

## CURRENT OFFENSE

| NO. 2 OF 4 | Docket No.: Charge (2): 19000756-01-FC | | Last Name: Smith | |
|---|---|---|---|---|
| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max LIFE | Consecutive Sentence No |
| Victim / Relationship Boike, Carli - No Relationship | | Codefendant(s) None | | |

| Circuit 03rd Circuit Court - Wayne County | | Judge Bridget Mary Hathaway | | Attorney Clifford Woodards | | Retained / Appointed Appointed |
|---|---|---|---|---|---|---|
| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |

## DISPOSITION

| Sentence Type | | | Sentence Date | CTN 821872216301 | | Fine | | Cost | | Restitution | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MINIMUM** | | | **MAXIMUM** | | | **LIFE** | **JAIL** | | Supervision Fees | Crime Victims Assessment | |
| Years | Months | Days | Years | Months | Days | | Months | Days | | | |
| **Attorney Fees** | | | **Forensic Fees** | | | **Restitution Fund Fees** | | | **Other Fees** | | |

| Sentencing Guidelines | | | | | | |
|---|---|---|---|---|---|---|
| **RANGE** | | LIFE | NA X | Prior Record Total | | Offense Variable Total |
| Low: | High: | | | | | |

Comments:

## CURRENT OFFENSE

| NO. 3 OF 4 | Docket No.: Charge (3): 19000756-01-FC | | Last Name: Smith | |
|---|---|---|---|---|
| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max LIFE | Consecutive Sentence No |
| Victim / Relationship Boike, Carli - No Relationship | | Codefendant(s) None | | |

| Circuit 03rd Circuit Court - Wayne County | | Judge Bridget Mary Hathaway | | Attorney Clifford Woodards | | Retained / Appointed Appointed |
|---|---|---|---|---|---|---|
| Method of Conviction Nolo Contendere | Date of Offense 10/12/1997 | Date of Arrest 01/09/2019 | Date of Bond 01/09/2019 | Date of Conviction 04/18/2019 | Jail Credit 113 | Guilty But Mentally Ill No |

## DISPOSITION

| Sentence Type | | | Sentence Date | CTN 821872216301 | | Fine | | Cost | | Restitution | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MINIMUM** | | | **MAXIMUM** | | | **LIFE** | **JAIL** | | Supervision Fees | Crime Victims Assessment | |
| Years | Months | Days | Years | Months | Days | | Months | Days | | | |
| **Attorney Fees** | | | **Forensic Fees** | | | **Restitution Fund Fees** | | | **Other Fees** | | |

| Sentencing Guidelines | | | | | | |
|---|---|---|---|---|---|---|
| **RANGE** | | LIFE | NA X | Prior Record Total | | Offense Variable Total |
| Low: | High: | | | | | |

Comments:

## CURRENT OFFENSE

| NO. 4 OF 4 | Docket No.: Charge (4): 19000756-01-FC | | Last Name: Smith | |
|---|---|---|---|---|
| PACC Code 750.520B | Offense Criminal Sexual Conduct, 1st Deg (Hab Crim 3rd Off.) | | Max LIFE | Consecutive Sentence No |

Smith, Derrick Lee - 267009
05/O2/2019  10:57:24

CFJ-101          Page:2

Rev. 10/03

Presentence Investigation
New Conviction Update Report

## Agent's Description of the Offense

The following information was garnered from the Wayne County Prosecutor's Office 'Criminal Investigation Division's Investigator's Reports dated October 22, 2018, and updated May 2, 2019, per new plea and settlement agreement with the Defendant, Complainant, Wayne County Prosecutor's Office, and Michigan Attorney General's Office. This information and report stays in the electronic and paper file -- hard copy ved by any MDOC or other official per settlement agreement between all parties involved in the case, effective on May 2, 2019.

This case has multiple layers to it, and it involves separate incidents which are: Second Degree Murder - - With Special Circumstances - - Self-Defense.

The criminal sexual conduct is a different case and is not related to each other for scoring and sentencing purposes.

On July 8, 1997, Defendant Derrick Lee Cardello-Smith and his female companion,                    were leaving a movie theatre when they were approached by the now deceased victim, Cari Bishop, and two companions who were exiting a tavern on 8 Mile and Van Dyke in Detroit, MI. When they came upon Defendant Derrick Lee Cardello-Smith and his female companion who were leaving a movie theatre when Defendant Cardello-Smith and his girlfriend bumped into each other at the corner of the parking lot and building - - an argument ensued with the three men becoming enraged that the Defendant was with a woman of the opposite race (Caucasian). They started yelling obscenities to the Defendant and his companion. Defendant was attempting to keep the matter from getting more aggressive, when according to witnesses, two of the men started fighting with Defendant Cardello-Smith, who then saw that his female companion was being attacked physically by one assailant, Carl Bishop (decedent). Cardello-Smith injured two of the men he was fighting, then ran over to the decedent, Carl Bishop who had pulled a knife on the female companion and was going to assault her with the knife. Defendant caught the decedent by his wrist and while they were grappling, Cardello-Smith then fell on top of the victim Carl Bishop, and the weapon had penetrated the assailant's/decedent's lungs. Defendant then was heard saying "Now you're going to die in a filthy parking lot with your own weapon in your chest" - - the victim was rushed to Emergency Care at St. Johns Hospital where he was kept in intensive care for two weeks, before he succumbing to his injuries. Two weeks later Cardello-Smith was taken into custody for 2nd Degree Murder and was sentenced to Parolable Life.

While in custody, and while representing himself, Defendant obtained an Appeal. Defendant then entered a Plea of No-Contest to a number of years and was given a new conviction from a sexual assault case that occurred in January 2008, while the Appellant was out on bond pending his original appeal.

CFJ-284    Page 3

267099 – Smith, Derrick Lee  19000756-01-FC
04/3 0/2019-13:25:22

See police report for full description of the crime as required by new settlement as to the sex crime, which Appellant successfully appealed in January 2019. Defendant is now before this court to be resentenced and has in fact taken a No-Contest Plea for the vacating and dismissal of six (6) counts of Criminal Sexual Conduct, 1st Degree (Adult); and two (2) counts of Kidnapping in January 2008. Please see Supplemental Incident report from the Detroit Police Department.

The terms of the sentence and new agreement are; twenty-five (25) years to thirty-five (35) years; no habitual, and a full dismissal of the Criminal Sexual Conduct Charges with the active sentence being second-degree murder. This new sentence takes effect upon the signing of the final Cobbs evaluation and all parties agreeing. Therefore, OTIS (Offender Tracking Information System) will reflect the criminal sexual conduct until the case is resolved- per the agreement between all parties.

The new sentence is the active sentence and will take active sentence status in 2026, and this information will remain in the file record until court approved.

Any party or agency removing this from the file will be subject to liability as agreed upon in the settlement and stipulation between all parties.

Defendant currently will receive a wrongful conviction settlement at $50,000.00 for each year on the Counts of Criminal Sexual Conduct upon final settlement for the 1997 and 2008 cases per agreement. not subject to forfeiture by the State Correction's Reimbursement Act per the agreed upon amount already paid to the STATE OF MICHIGAN (agreement not provided per privacy laws) - - Three Million, Six-Hundred thousand, dollar settlement will be released to Defendant upon the final resolution of the criminal sexual conduct case, which is currently under review by the parties of Wayne County Prosecutor's Office, Michigan Attorney General's Office, and the Defendant, upon release from the custody of the Michigan Department of Corrections, or an heir or spouse is named by defendant - -

### Sexual Offense Encounter Description

The following information was garnered from the Wayne County Prosecutor's Office Criminal Investigations Division Investigator's Report, dated 10/22/18:

On 10/12/97, Carli Boile reported to Detroit Police Officers she was sexually assaulted. She stated she had stopped at Shell Gas Station near 8 Mile and Schoenherr in the City of Detroit. As she was waiting to pull out into traffic, an unknown male jumped into her car and forced her to drive to an unknown location. Once there, he forced her into the backseat and sexually assaulted her. She stated she got off work at the Club between 2:30 and 3:30 am.

Michigan Department of Corrections
Presentence Investigation
**New Conviction Update Report**

A guy walked by and asked if she could give him a ride home and said he just got out of jail. She told him, "no", and went into the Shell Gas Station at 9 Mile and Regent. After getting gas, she was about to light a cigarette while waiting to pull out of the parking lot. The same guy got into her vehicle and told her to drive. She told him to get out, and he told her to shut up and drive, and said his mom lives on Carlisle and to take him there. While driving he told her, "oh yeah, my mom is dead." He told her to take him to a friend's house and was giving her directions that took them to an alley. The last street she recalled seeing was Alcoy. He said he was waiting for his friend to get home. He told her to turn the car off and it was a bad neighborhood, so she does not want to wake anyone up. About 15 minutes later, she told him he was going to have to wait by himself and she was leaving. She went to turn the car on and the keys were gone. She did not notice the defendant had taken them. She asked of the keys and he told her no. She promised not to star the car and he gave her the keys. He started getting closer to her. Carli said she grabbed her mace and he did not notice. He locked the doors and reclined her seat. He told her they were going to have sex, and he had not had sex in years because he was in federal prison. She started to say, "lets' get a hotel room or something, "and he began pulling her pants down and she told him no. He said, "we are going to have sex right here and right now." He pulled her pants down and told her to pull her clothes off. She told him, "no", and he pulled her shirt over her head. She kept fighting him and he saw the mace in her hand and asked what it is. She told him it was nothing and tried to hide it underneath her. He rolled her over, saw it, and then threw it in the front seat. He told her she could mace him, fight with him, but nothing she would do would stop him and he could kill her right there. He put his penis inside of her vagina. He attempted to force his penis in her mouth. After the assault, he had her drive him to the gas station. He left when another patron started paying attention to Carli. She said she was speaking very loudly trying to get him out of her vehicle. She described him as black or Puerto Rican, and indicated he had long hair tied back in a ponytail.

A group founded by the National Institute of Justice was formed to address the issue of sexual assault kits that were not tested in Detroit. This kit was tested in 2015, and the DNA obtained from the kit matched the defendant's.

On 10/11/2018, the victim was re-interviewed and stated she was working at Player Night Club and went to the gas station after work to get gas. She recalled the same circumstances as to how he got into her car. She added once he got in the car she said, "what do you need, you can go get drugs. He said, "Yeah, drive me there and I can go get drugs," I can't remember the street. He had me pull in the ally end and stopped and there was a house kitty corner with a light on. He said we gotta wait. I started to believe that once he got out, I'd be able to get away.

### Marital Update

The Defendant is a single widowed male. His wife passed away from natural causes. His son passed away in a traffic accident while on his way to visit the Defendant in 2010 due to a Drunk Driver. Defendant has a son-ln-law named James Preston and a daughter who resides in France named Bridgette Marie Preston—His other family

ties are four brothers and two sisters which he supports and has contact with. Defendant's mother, Rhonda Smith is deceased by natural causes in 2011. Defendant's father, Raymond Cardello-Smith died of natural causes when Defendant was nine-years old.

## Education Update

Writer verified the Defendant obtained a High School Diploma from Notre Dame High School while serving in the United States Army. Defendant obtained an Associate's Degree from Wayne State University in Criminal Law, Civil Rights Litigation, Post-Conviction Proceedings, Appellate Law, and two Certificates of Completion from Blackstone School of Law and Blackstone Career Institute. Defendant is a 4th Degree Black Belt in Tae Kwon Doe as verified by United Take Kwon Doe School Instructor, Master San Kwu Shim. Defendant also has hand to hand training in Close Quarter Combat. While in the Special Branch of the US Army - - Per HYTA DIVERSION PROGRAM - - Defendant was discharged with an honorable status.

## Financial Update

Defendant, as noted above, has cooperated with release of financial information and assets. Defendant has a Settlement Agreement with the Michigan Department of Attorney General; The Wayne County Prosecutor's Office; and Defendant himself, where the United States District Court has Jurisdiction over his finances from the wrongful convictions for the ten (10) counts of criminal sexual conduct; two (2) counts of kidnapping under the WRONGFUL CONVICTION CLAMS ACT at the rate of $50,000.00 for each year of December 1997, thru May 2019 which will be available upon his release on the second-degree murder charge, and new second-degree murder sentence when the case is resolved in civil litigation where defendant is representing himself. This Money is not subject to the State Corrections Reimbursement Act under the Cobb's agreement and settlement between MDOC, WCPA magistrate, and Defendant.



Received By
Derrick Smith
4-18-'25

/SE

CFJ-284
Rev. 10/03

# Michigan Department of Corrections
## Presentence Investigation

### Evaluation and Plan

Appearing before the Court for sentencing on two counts of Kidnapping, and six counts of Criminal Sexual Conduct First Degree, Habitual 4th Notice is Derrick Lee Smith, 35 year old married man, who acknowledges paternity of four children. The defendant reported he was born and raised in the City of Detroit and was residing at 470 Martin Luther King, Detroit, MI 48208 at the time of his arrest. There is no phone service at the residence.

Positively speaking, the defendant was cooperative during his Presentence Investigation interview in the Wayne County Jail, with the exception that he refused to sign or initial the Sex Offender Registration documentation. The defendant stated that he had been previously registered and further stated that he is innocent of the charges he is facing before this Court. The defendant's criminal record reflects he was originally registered 5/18/1998 on the charge of Criminal Sexual Conduct Third Degree.

The defendant continues to have the support of a family friend, Linda Gabriel. Ms. Gabriel reported she has known the defendant over several years and she also believes he is innocent of the charges.

The defendant reported he is relatively good physical health, however he suffers from back problems and arthritis for which he takes an aspirin daily. The defendant also reported he is allergic to penicillin. The defendant denies any history of mental health problems or treatment for same. The defendant was referred for a Competency Evaluation by this Court on 1/28/08 and was found competent to stand trial on 5/5/08.

The defendant denies any illegal drug or alcohol use. The defendant reported he voluntarily attended substance abuse classes while incarcerated, however he denies any drug or alcohol addiction. Parole records also indicate the defendant tested negative for all alcohol and drug tests while under parole supervision. Furthermore, the defendant reported that while incarcerated he obtained his GED in 1999 and he received certificates in Legal Research, and a Paralegal Certificate. The defendant reported he has a very limited employment history, however he worked a Library Clerk and Legal Writer while incarcerated with the MDOC.

Negatively speaking, the defendant has an adult criminal record which dates back to 1991 to the present time. The defendant is currently under sentence, serving six to fifteen years incarceration on two convictions of Criminal Sexual Conduct Third Degree, under Third Circuit Court Docket Numbers 97010147-01 and 98004133-01. The defendant was sentenced on the aforementioned convictions on 5/26/98. Parole violation charges have been served on the defendant as a result of his involvement in the within offense.

The defendant was first paroled on 10/4/07 to expire on 6/26/10 and 11/20/10. The within charges are the defendant's first known parole violations.

In addition, the defendant was unsuccessfully discharged from out-patient sex offender treatment on 1/24/08 by his counselor, Theadore Martin at Carefirst Community Health Services (313) 846-5020.

The defendant's prognosis for the future is extremely poor, in light of his pending parole violations and his continued involvement in criminally sexual assaultive behavior. The defendant denies culpability in the within offense and is adamant that he is innocent of the charges and was coerced into pleading Nolo Contendere.

The defendant's sentencing guidelines ranges on the charge of Criminal Sexual Conduct First Degree are 270 to 900 months which mandate incarceration. The defendant's sentencing guidelines on the conviction of Kidnapping are 270 to 450 months which also mandate incarceration. He is therefore ineligible for PA511 or participation in the SAI Prisoner Boot Camp due to the nature of the offense.

In view of the information reported above, it is therefore respectfully recommended that the defendant serve a term of incarceration on each felony conviction count.

## Agent's Description of the Offense

The following information was garnered from a Detroit Police Investigator's report dated: 1/13/08

On 1/13/08 at approximately 3:00 a.m., the complainants Tina Marie Bommarito, age 31 and Andrea Bommarito, age 21 were leaving the Oslo Bar located at 1456 Woodward, Detroit, MI, when the defendant Derrick Lee Smith walked out of the bar with them. Both complainants initially met the defendant when he walked in the bar at the same time and the complainants walked in the bar around midnight. The defendant walked the complainants to their car and opened the back door and sat in the back seat. A conversation ensued and the complainants agreed to take the defendant home. The defendant directed the complainant to Seven Mile and Gratiot and was instructed to turn on Lappin. The defendant then told the complaint Tina Bommartio to stop the car. The defendant then grabbed both complainants and told them that he had a knife and he would hurt them if they did not follow his instructions. The defendant made complainant Andrea Bommarito get in the back seat. He then tied her wrists with a scarf and made her lay down on the floor. The defendant made Tina Bommarito (Complainant No. 1) get in the passenger seat and told her to disrobe. The defendant forced his penis inside Complainant No. 1's vagina without a condom. Andrea Bommarito ( Complainant No 2) had her sister's cell phone in her hand and managed to dial 911 and left the phone on. The defendant drove the car and parked at a darker location. The defendant then made the complainants switch places again. The defendant then tied complainant No. 1's wrist and made her lay on the floor. The defendant forced his penis inside complainant No.2's vagina without a condom. The defendant made the complainants switch places again. The defendant complainant No. 1 perform oral sex on him then attempted to get on top of the complainant, when she opened the car door and ran to 7 Mile Road where she flagged down an unknown vehicle. Complainant No. 2 then called 911 again and spoke to a dispatcher. The defendant chased complainant No. 1 and grabbed her and took her back to the car.

The dispatcher instructed officers to go to 7 Mile and Hoyt, but the car was gone when the officers arrived. Detroit and Eastpointe Police were in the area looking for the car. The complainant No. 2 had left her cell phone on in the car and the dispatcher could hear the defendant say he was going to rape and kill the complainants. The defendant stopped the car in front of 13780 Edmore and forced his penis inside complainant

**Michigan Department of Corrections**

CFJ-284

**Presentence Investigation**

Rev. 10/03

No. 1's vagina for a second time. Complainant No. 1 was able to hit the hazard lights with her foot. The defendant then became enraged and was trying to turn the hazard lights off. The dispatcher informed officers to look for the car with the hazard lights on. Eastpointe Police located the car and arrested the defendant. There was no weapon found.

The defendant was charged with six counts of Criminal Sexual Conduct First Degree and two counts of Kidnapping and pled Nolo Contendere to all conviction counts on 10/14/08.

## Consecutive Sentences

The Assistant Prosecuting attorney offered no statement as to whether consecutive sentencing applies, however as the defendant was under parole supervision at the time of his arrest, consecutive sentencing applies.

## Victim's Impact Statement

Writer spoke with the victim, Tina Bommarito who was reluctant to discuss the case over the telephone. Writer faxed a Victim's Impact Statement to the complainant and is awaiting a return fax at the time of this writing.

It is therefore, recommended that restitution be set a zero unless further information is obtained.

## Defendant's Description of the Offense

The defendant gave the following statement when interviewed in the Wayne County Jail:

"I am not guilty of the charges. The only reason I pled no contest was to get out of the county jail after 10 months of being incarcerated. I didn't commit the crime, they are both liars. While I was representing myself, I was denied the chance to fully present a good defense for myself, due to being held in the Wayne County Jail since 1/13/08 the night of the case. 24 hours a day locked down against my will and coerced into resolving this matter, due to my present living conditions. I am innocent of the crime."

/s/ Derrick Lee Smith

## Criminal Justice

**Juvenile History:**

This investigation revealed no juvenile criminal history for this offender.

NO. 1 OF 1

| Offense Date: | None |
|---|---|
| Petition Date: | |
| Petitioning Agency: | |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

| | |
|---|---|
| Charge(s) at Petition: | |
| Court of Jurisdiction: | |
| Final Charges: | |
| Adjudication Date/Method: | |
| Sentence/Disposition: | |
| Sentence/Disposition Date: | |
| Attorney Present: | |
| Discharge Date: | |
| Notes: | |

## Adult History:

### NO.  1  OF  8

| | |
|---|---|
| Offense Date: | 10/21/1991 |
| Status at Time of Offense: | |
| Arrest Date: | 10/21/1991 |
| Arresting Agency: | Harper Woods Police Dept. |
| Charge(s) at Arrest: | Embezzlement |
| Court of Jurisdiction: | 32A District Court, CFN 91-50900CM |
| Final Charges: | Embezzlement |
| Conviction Date/Method: | 01/11/1993 / Plea |
| Sentence/Disposition: | 45 days confinement |
| Sentence Date: | 01/11/1993 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

### NO.  2  OF  8

| | |
|---|---|
| Offense Date: | 02/08/1992 |
| Status at Time of Offense: | |
| Arrest Date: | 02/08/1992 |
| Arresting Agency: | St Clair Shores Police |
| Charge(s) at Arrest: | Check Insufficient Funds $100 or more but less than $500 |
| Court of Jurisdiction: | 40th District Court, CFN DC91060SFY |
| Final Charges: | Check Insufficient Funds $100 or more but less than $500 |
| Conviction Date/Method: | 02/26/1992 / Plea |
| Sentence/Disposition: | F/C/R $100 |
| Sentence Date: | 02/26/1992 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

### NO.  3  OF  8

| | |
|---|---|
| Offense Date: | 04/15/1992 |
| Status at Time of Offense: | |
| Arrest Date: | 04/15/1992 |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284
Rev. 10/03

| | |
|---|---|
| Arresting Agency: | East Pointe Police |
| Charge(s) at Arrest: | Larceny>$100 |
| Court of Jurisdiction: | 16th Circuit Court, Dkt #92971FH |
| Final Charges: | Attempt Larceny>$100 |
| Conviction Date/Method: | Unknown / Plea |
| Sentence/Disposition: | 3 years probation, first 12 months Macomb Jail $45/mo + $628 F/C/R |
| Sentence Date: | 06/11/1993 |
| Attorney Present: | Yes |
| Discharge Date: | Unknown |
| Notes: | |

### NO. 4 OF 8

| | |
|---|---|
| Offense Date: | 04/21/1992 |
| Status at Time of Offense: | |
| Arrest Date: | 04/21/1992 |
| Arresting Agency: | Harper Woods Police Dept. |
| Charge(s) at Arrest: | False Pretense |
| Court of Jurisdiction: | 32A District Court, Dkt #9251799CM |
| Final Charges: | False Pretense |
| Conviction Date/Method: | 06/03/1992 / Plea |
| Sentence/Disposition: | Confinement 45 days |
| Sentence Date: | 06/03/1992 |
| Attorney Present: | |
| Discharge Date: | Unknown |
| Notes: | |

### NO. 5 OF 8

| | |
|---|---|
| Offense Date: | 09/04/1992 |
| Status at Time of Offense: | |
| Arrest Date: | 09/04/1992 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | Larceny by False Personation>$100 |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #92-01058701 |
| Final Charges: | Larceny by False Personation>$100 |
| Conviction Date/Method: | 09/21/1992 / Plea |
| Sentence/Disposition: | 5yrs probation and confinement 1 year |
| Sentence Date: | 12/01/1992 |
| Attorney Present: | Yes |
| Discharge Date: | Unknown |
| Notes: | |

### NO. 6 OF 8

| | |
|---|---|
| Offense Date: | 11/16/1997 |
| Status at Time of Offense: | |
| Arrest Date: | 11/16/1997 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | CSC 3rd |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

| | |
|---|---|
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #97-1014701 |
| Final Charges: | CSC 3rd |
| Conviction Date/Method: | 05/01/1998 / Plea |
| Sentence/Disposition: | 6yrs to 15yrs MDOC |
| Sentence Date: | 05/26/1998 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | Parole violation charges pending |

### NO. 7 OF 8

| | |
|---|---|
| Offense Date: | 03/17/1998 |
| Status at Time of Offense: | |
| Arrest Date: | 03/17/1998 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | CSC 3rd |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #98-413301 |
| Final Charges: | CSC 3rd |
| Conviction Date/Method: | 05/01/1998 / Jury |
| Sentence/Disposition: | 6 to 15 years MDOC |
| Sentence Date: | 05/27/1999 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | Parole violation charges pending |

### NO. 8 OF 8

| | |
|---|---|
| Offense Date: | 01/13/2008 |
| Status at Time of Offense: | Parole |
| Arrest Date: | 01/13/2008 |
| Arresting Agency: | DPD |
| Charge(s) at Arrest: | 2 Cts Kidnapping, 6 Cts CSC 1st Degree |
| Court of Jurisdiction: | 3rd Circuit Court, Dkt #08-8639-01 |
| Final Charges: | 2 Cts Kidnapping, 6 Cts CSC 1st Degree |
| Conviction Date/Method: | 10/14/08/ Nolo Contendere |
| Sentence/Disposition: | Pending sentence |
| Sentence Date: | 10/29/2008 |
| Attorney Present: | Yes |
| Discharge Date: | NA |
| Notes: | |

**Parole Adjustment:**

The defendant was initially paroled on 10/04/07 to the Kings Arms Hotel, he was placed under maximum supervision. His supervision plan was to remain crime free, no illegal drug use comply with the standard conditions of parole and to comply with Sex Offender Registration. The defendant remained unemployed during his parole supervision and tested negative for drug and alcohol use.

**Michigan Department of Corrections** CFJ-284

**Presentence Investigation** Rev. 10/03

The defendant was served with parole violation charges on 1/24/08 and pled not guilty to the charges. A parole violation hearing was held on 2/1/08 and probable cause was found on his parole violations.

**Misconducts:**

While incarcerated the defendant received misconducts on 12/17/99 for Possession of Forged Documents, and 11/10/01 and 6/2/02 for Out of Place/out of Bounds.

**Personal Protection Order(s):**

| Effective Date: | None |
|---|---|
| Issuing Location: | |
| Docket Number: | |
| Protected Person: | |
| Expiration Date: | |
| Notes: | |

**Gang Involvement:**
There has been no known prior gang involvement for the defendant.

| Start Date | End Date | Gang Name | Gang Location | Gang Role | Gang Rank/Status |
|---|---|---|---|---|---|
| | | | | | |

**Gang Marks, Scars, & Tattoos:**
None

**Gang Names:**
None

*Received By D.h.E.S 4-18-19*

**Family**

| Name | Relationship | Age | Address | Phone | Occupation |
|---|---|---|---|---|---|
| Smith, Rhonda | Mother | 59 | 19246 Hoyt Detroit, Michigan 48205-2312 | (313) 642-6565 | |
| Davis, Jacqueline | Sister | 40 | 22509 Woodcrest Harper Woods, Michigan | | |
| Perry, Willie | Brother | | Unknown Michigan | | |
| Robertson, Marie | Other Family | | 18890 Goddard Detroit, Michigan | | |
| Cordello, Raymond | Father | Deceased | | | |

**Comments:**

**Michigan Department of Corrections**
**Presentence Investigation**

CFJ-284
Rev. 10/03

The defendant reported he was born and raised in the City of Detroit to the union of Rhonda Smith and Raymond Cordelle on 11/1/72. The defendant reported that his parents were married until his father's death on 9/12/94 from natural causes. The defendant reported he was never neglected or abused during his formative years and he had a good relationship with his parents and siblings. According to the defendant there is no history of drug or alcohol abuse in the family or a history of mental illness. The defendant also denies any one else in his family has a criminal history. It should be noted that MDOC records indicate the defendant's brother, Eric Smith has a criminal record under MDOC 506413.

The defendant reported he has strong family ties, however he was unable to provide this writer with current addresses or phone numbers for his family as their addresses and phone numbers have changed and he has lost



The defendant does not pay child support for any of his children.

CFJ-284
Rev. 10/03

## Michigan Department of Corrections
## Presentence Investigation

## Employment

| Employer Name | Start Date | End Date | Position | Rate of Pay | Termination Reason |
|---|---|---|---|---|---|
| Fishbone's | 1997 | 1997 | | | |

The defendant reported that his last employment was with Fishbones Restaurant in 1997 prior to his incarceration. The defendant reported that while incarcerated, he worked in the Law Library as a Clerk and Legal Writer.

## Education

High School:

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| | | | | | |

The defendant obtained his GED while incarcerated on 1/15/99. He reported that while incarcerated he received certificates in legal Research and a Para Legal Certificate.

College/Advanced Degrees:

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

Vocational/Other Training:

| Name | Start Date | End Date | Level Completed | Area of Study | Certificate |
|---|---|---|---|---|---|
| None | | | | | |

## Substance Use and Treatment

Substance Use:

| Drug | Start Date | End Date | Frequency | Age of First Use |
|---|---|---|---|---|
| | | | | |

The defendant denies any history of illegal drug use or alcohol use. The defendant reported he voluntarily attended substance abuse treatment while incarcerated. The defendant tested negative for all substance abuse tests during parole supervision.

Substance Abuse Treatment:

| Treatment Type | Provider | Start Date | End Date | Completed |
|---|---|---|---|---|
| None | | | | |

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284
Rev. 10/03

## Health

**Physical Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
|---|---|---|---|
| Back Interfering with Strenuous Activity | | Asprin daily for arthritis | |

The defendant reported he suffers from arthritis and back problems and suffers from inflammation in his right knee and left toe. The defendant reported he was seeking social security disability as a result of physical health problems and received one payment of $340.00 verified by Ms. Allford of Social Security Disability (313) 456-1709.

**Mental Health:**

| Health Problem | Medication | Treatment | Treatment Begin Date |
|---|---|---|---|
| | | | |

The defendant denies any history of mental health problems. He was referred by the Court for a Competency Evaluation and found competent to stand trial.

Parole records indicate the defendant was attending out-patient Sex Offender treatment at Care First, 8097 Decatur, Detroit, MI. (313) 846-5020  Writer faxed an authorization to Mr. Martin to obtain the defendant's adjustment to treatment and is awaiting a return response at the time of this writing.

Writer reviewed the defendant's outpatient sex offender treatment which indicated he was referred for outpatient treatment on 10/11/07 and terminated from the program on 1/24/08 based on having two unexcused missed group sessions and return to closed custody.

Upon review of his discharge the defendant's counselor Theodore Martin indicated "Mr. Smith is not able to control his impulsive self-defeating behaviors nor have the ability to sexual delay gratification... Mr. Smith will always remain a very high risk to the pubic safety due to his alienated sociopath personality traits."

## Finances

**Income:**

| Type | Amount | Description |
|---|---|---|
| | | |

The defendant has no current source of income.

**Assets:**

| Type | Estimated Value | Description |
|---|---|---|
| | | |

The defendant denies any assets of $1,500 or more.

## Michigan Department of Corrections
## Presentence Investigation

CFJ-284

Rev. 10/03

Liabilities:

| Type | Amount | Description |
|------|--------|-------------|
|      |        |             |

The defendant denies any outstanding debts.

ja

**OFFER OF PROOF #1**
**AFFIDAVIT OF DETROIT POLICE OFFICER TERESA BAKER**
**CONFIRMING SHE ACCEPTED MONEY FROM SEAN COMBS**
**TO FRAME CARDELLO-SMITH WHILE WORKING WITH THE**
**CHIEF WAYNE COUNTY PROSECUTOR KYM L. WORTHY**

State of Michigan)

)ss

County of Wayne)

## AFFIDAVIT OF TERESA BAKER
### (Former Detroit Police Officer)

The above hereby having been duly sworn deposed and hereby states that. Teresa Baker, swears to the following:

1. That I am a former Detroit Police Officer for the City of Detroit, Michigan.

2. That I was employed in the City of Detroit from 1992 through 2016.

3. That I worked for Sean Combs, also known as Puff Daddy, P. Diddy.

4. That I accepted money from Mr. Sean Combs to falsely imprison Cardello-Smith..

5. The Amount of Money I accepted was $75,000.00.

6. That I accepted this money pertaining to Mr. Derrick Lee Cardello-Smith, MDOC #267009, Date of Birth, November 1, 1972, Detroit, Michigan.

7. That Derrick Lee Cardello-Smith was an investor into Bad Boy Entertainment.

8. That this money was accepted by Sean Combs in 1997 from Cardello-Smith.

9. That the Amount of money was for $150,000.00.0.

10. That Wayne County Detective Patricia Penman Framed Cardello-Smith.

11. That Wayne County Prosecutor Kym L. Worthy Authorized the Framing and Cover-up of Derrick Lee Cardello-Smith MDOC #267009 for Multiple Counts of Criminal Sexual Conduct and Kidnapping that he is and was truly innocent of.

12. That Assistant Wayne County Prosecutor Suzette Samuels accepted false police reports of Nicole Sanistaj.(Rabior) investigator on the 2008-008639-01-FC criminal Case against Cardello-Smith.

13. That Tina Bommarito's Rape Claim against Cardello-Smith is false and ordered by Sean Combs, also known as Puff Daddy, P. Diddy.

14. That Andrea Walker's (Bommarito) Rape Claim against Cardello-Smith is false and ordered by Sean Combs, also known as, Puff Daddy, and P. Diddy.

1.

15. That Carli Carpenter's (Boike) Rape Claim against Cardello-Smith is false.

16. That Patricia Penman, hired Contract Killer Vincent Smothers to Kill Cardello-Smith, as the last private investor into Bad boy Entertainment in 1997.

17. That Sean Combs, Kym Worthy, Patricia Penman, Suzette Samuels and I all conspired to frame Cardello-Smith in 1997 to cover up a self-defense Homicide that happened in 1997 when Cardello-Smith defended himself against 3 assailants hired by Mr. Sean Combs.

18. That I conspired with these people to frame an innocent man and Wayne County Prosecutor Kym L. Worthy provided the deal and cover for these crimes funded by Sean Combs to Frame and Kill the investors (Cardello-Smith) who is owed 49% of Bad boy Entertainment.

19. That the Wayne County Prosecutors Office Chief Prosecutor Kym L. Worthy was a judge in 1997 and that she was paid to Frame Cardello-Smith and did so with the 1997 Prosecutor Mr. Duggan, Current Mayor of Detroit, to Hide the Homicide committed by Cardello-Smith because it would be linked to the Combs and Worthy team, and then he (Cardello-Smith) was framed for Sex Crimes that he is innocent of and that it was done to keep him from collecting on his rightfully entitled 49% he is entitled to of Bad Boy Entertainment from his investment into Bad Boy Entertainment in 1997.

20. That Mr. Cardello-Smith is serving on crimes that he is truly innocent of and that I played a role in it and I now seek to do the correct, rightful and just thing and if he is given a court hearing, I will appear and attest to these facts because they are true and real and did happen.

21. Mr. Cardello-Smith is an innocent man who was Robbed of his Rightful claim of 49% of Bad Boy Entertainment and he was Sexually Assaulted by Mr. Sean Combs in 1997, and he was framed by Mr. Combs in 1997 and is still being denied every appeal by the criminal enterprise I have been a part of for decades and if I am allowed, I will present Proof and other evidence of these events detailed by me.

22. Patricia Penman, is the Investigator and Detective in the case of People of the State of Michigan v. Derrick Lee Cardello-Smith, Case No 2019-000756-01-FC and she is an employee of Sean Combs and an ex-girlfriend of Cardello-Smith who wanted Vincent Smothers (Contract Hitman) to kill him (Cardello-Smith) because Cardello-Smith broke up with her (Penman) in the early 1990's and when he refused a contract killing of David Cobb's Wife, Rose Cobb who was killed by Vincent Smothers and then he was given a deal of 10 murders for 50 years by Kym L. Worthy.

23. I am the one who was ordered to threaten Mr. Cardello-Smith's witness in his 2019-000756-01-FC criminal case and ordered his witness George Preston to not come to trial and then, Patricia Penman also Threatened George Preston less then 2 weeks before Cardello-Smith's April 2019 trial was to take place, and Cardello-Smith entered a No-Contest plea on the court record in order to Save his Witnesses life. This is all corroborated by Trial Court Appearance Transcripts on the proceedings in the Wayne County Circuit Court in April and May 2019, People of Michigan v. Derrick Lee Cardello-Smith_2019-000756-01-FC, Third Circuit Court for Wayne County, Judge Bridget Mary Hathaway Presiding. Mr. Preston was to appear for an evidentiary

2

hearing in April 2019 and that hearing turned into a No-Contest Cobbs Plea between Cardello-Smith and Judge Bridget Hathaway, who was sympathetic to the prosecutions false side of rape victims. I was present and Sean Combs was present during the meetings about this matter.

25. Kym L. Worthy, Chief Wayne County Prosecutor provided Mr. Vincent Smothers a Deal of 50 years, because he had killed 10 people and 4 of those people, were also investors into Bad boy Entertainment, just like Cardello-Smith was in 1997 and Cardello-Smith was the only one who lived and he was actually on Vincent Smothers hit list, as ordered by Sean Combs, who employs many staff, including members of the Wayne County Prosecutors Office, Detroit Police Department and other agencies in the state of Michigan, all working to frame Cardello-Smith on the orders of Sean Combs.

## DECLARATION UNDER PERJURY PENALTY

I will attest to these events, and facts because they are true to my ability, knowledge information, experience and belief.

April 20, 2025

Signature of Notary Public

My commission expires on 6-13-2029

Teresa Baker
19182 Wisconsin Street
Detroit, MI 48221-3224

MICHAEL JONES
Notary Public, State of Michiigan
County of Wayne
My commission Expires June 13, 2029
Acting in the County of Wayne

3.

OFFER OF PROOF #2
AFFIDAVIT OF DETROIT POLICE OFFICER
BARBARA SIMON ADMITTING TO GIVING THE 1997
RAPE KIT IDENTIFYING SEAN COMBS AS THE SUSPECT
TO THEN DETROIT RECORDERS COURT JUDGE KYM L. WORTHY
IN 1997 TO COVER-UP THE RAPE AND FRAME CARDELLO-SMITH
FOR CRIMES THAT HE DID NOT COMMIT IN 1997

State of Michigan)

County of Wayne )


### Affidavit of Barbara Simon


The herein statements are those of the witness, named as Barbara Simon, former Detroit Police Officer who worked in the official capacity as an active Homicide Investigator for the City of Detroit Policing Services between 1994 and 2022.

1. My name is Barbara Simon.

2. I was employed as an Officer and Detective with the Detroit Police Department's Homicide Division and the Vice Crimes Tash Force between 1994 and 2022.

3. I was terminated due to unlawful and illegal activities as a Detroit Police Officer.

4. During my employment, I was assigned as one of five Officers to investigate the murder victim of "Carl Bishop" and the alleged suspect, Derrick Cardello Smith.

5. Carl Bishop was one of three men who attacked Cardello- Smith and his female companion on Detroit's east side on July 8, 1997.(See Police Report no. 08113061)

6. Cardello-Smith has been the target of an execution on orders of Sean Combs, and other Police Officers, specifically, Officer Patricia Penman of the Dearborn Police Department.

7. Cardello-Smith was ordered to be executed because of his having been sexually assaulted by the suspect known as Sean Combs, alias, P. Diddy.

8. Cardello-Smith defended himself on the night of July 8, 1997 when Carl Bishop, Robert Gunter, and David Brock attacked him and his female companion. Cardello-Smith was taken into custody by David Cobb, Patricia Penman, Jose Ortiz, and several weeks later was charged with homicide.

9. I was given $8,000.00 to give the entire homicide case and records to then, Judge Kym Worthy, currently a Wayne County Prosecutor, along with a sexual assault kit that contained a police report from Patrick Jackman of the DPD identifying a potential suspect of Sean Combs as the man who sexually assaulted Cardello-Smith earlier that year at a hotel.

10. Cardello-Smith was then framed for the sexual assaults of multiple women that were actually victims of Sean Combs, and other members of the Wayne County Policing and Administrative Services Division, to put Cardello-Smith into prison so that he could not report the rape on his person by Sean Combs, and to not acquire his 49% of the Bad Boy Entertainment Division, Cardello-Smith helped build.

11. Cardello-Smith was one of ten investors in Detroit who gave Mr. Combs $150,000.00 into Bad Boy, and Cardello-Smith is the only one who remains alive.

12. Vincent Smothers executed four of them in 2007.

I will attest to these events upon the Courts Calling for my testimony.

Barbara Simon
8450 Westwood Street
Detroit, Michigan 48228

Date: 5/14/25

ERIC MILLER
Notary Public-State of Michigan
County of Wayne
My commission expires January 15, 2029
Acting in the County Wayne

☆☆☆☆☆   Signature of Notary Public   ☆☆☆☆☆   May 15, 2025

OFFER OF PROOF #3
COMPLAINT-FELONY CONFIRMING THE
PLAINTIFF SOUGHT THE PROSECUTION OF
SEANC OMBS FOR RAPE IN 1997 AND IT BEING
REQUESTED BY OFFICER PATRICK JACKMAN IN 1997
AND CONFIRMING A RAPE KIT EXISTED IN 1997

**STATE OF MICHIGAN**

1997722163

**COMPLAINT**
FELONY

**36TH DISTRICT COURT DETROIT**
**3rd Judicial Circuit**

Case No 1997722163

---

The People of the State of Michigan

-vs-

SEAN J. COMBS, A/K/A. PUFFY, Musician,
Artis, Talent Booker, Founder of Bad Boy Inc.

Offense Information
Police Agency/Report No
19997722163.

---

**Date of Offense(s)**
06/15/97
**Place of Offense(s)**

**First Location**-Hotel, Adrian, Michigan (Rape/Assault/Weapon/Sexual Assault/Unlawful imprisonment/Possession of a Weapon/AWDW
**Secondary Location**-Detroit Police Department-Crime Lab-Warehouse, Back Parking Lot Sector- Detroit, Michigan, Wayne County

**Complainant or Victim**
DERRICK LEE CARDELLO-SMITH
**Complaining Witness**
SERGEANT PATRICK JACKMAN

---

STATE OF MICHIGAN, COUNTY OF WAYNE
The Complaining witness says that on the date and location stated above, the defendant, contrary to law,
**COUNT 1: CRIMINAL SEXUAL CONDUCT-FIRST DEGREE (Multiple Variables)**
did engage in sexual penetration, to-wit; penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following
circumstances(s), during the commission of the felony of kidnapping and/or defendant was armed with a weapon or any article used or
fashioned in a manner to lead the victim to reasonably believe it to be a weapon, and /or defendant effected sexual penetration through
force or coercion and the victim personally sustained personal injury, contrary to MCL 750.520b [750.520B]
FELONY: life or any number of years upon conviction.
**COUNT 2: CONSPIRACY TO CONCEAL EVIDENCE OF CRIME, OBSTRUCTION OF JUSTICE THROUGH INTIMIDATION,**
**PAYMENT, EXTORTION TO FALSIFY REPORTS OF CRIME, TRANSPORTATION OF EVIDENCE FROM ONE LOCATION TO A**
**SECONDARY LOCATION, CONSPIRACY TO AID WITH THE CONCEALMENT OF CRIME WITH OTHER LAW ENFORCEMENT**
**OFFICIALS IN THE CITY OF DETROIT, MICHIGAN, COUNTY OF WAYNE, CONTRARY TO MICHIGAN COMPILED LAWS**
did engage in the acts of concealing the evidence of a crime from one location, Adrian, Michigan, by taking evidence o said crime from
the primary location of the hotel in Adrian, Michigan to the Aiders and Abettors in the City of Detroit, Michigan ,County of Wayne, by
providing the parties, persons of Patricia Penman, Dearborn Police Department, Kym L. Worthy, Detroit Recorder's Court Judge, Harvey
F. Tennen, Detroit Recorder's Court Judge, Adrian Police Department Evidence Technicians, Detroit Crime Laboratory Sexual Assault
Kit Technicians, A. Mcniel (Mcneal) Detroit Police Officer, Sean Comb, (Artist), Security Detailed Staff of Sean Combs, Also known as
Puff Daddy of New York. Purpose, to violate Compiled Law and to conceal Sexual Assault of Victim Derrick Lee Cardello-Smith of
Detroit, Michigan, County of Wayne, Date of Birth, 11-01-1972 and to ensure report is conducted to conceal the assault of victim and to
conceal evidence of criminal activity involving the criminal report that Defendant Sean J. Combs did engage in sexual penetration, to-wit;
penis to rectum (sodomize), with Derrick Lee Cardello-Smith, under the following circumstances(s), during the commission of the felony
of kidnapping and/or defendant was armed with a weapon or any article used or fashioned in a manner to lead the victim to reasonably
believe it to be a weapon, and /or defendant effected sexual penetration through force or coercion and the victim personally sustained
personal injury, contrary to MCL 750.520b [750.520B]
FELONY: Life, or any number or years upon conviction.
HABITUAL OFFENDER-NOTICE- Lein reveals no prior felony convictions for supplemental increase.
the complaining witness asks that defendant be apprehended and dealt with according to law.

---

Warrant authorized on  07/01/97  by:
Patrick L Jackman B5489
Patrick Jackman reporting Officer, DPD

Derrick Lee Cardello-Smith  6-25-97
Complaining witness signature

Judge/Magistrate/Clerk          Bar no

**OFFER OF PROOF #4**
**FINANCIAL INVOIC CONFIRMING PLAINTIFFS**
**PERSONAL INVESTMENT OF $150,000.00 INTO**
**BAD BOY ENTERTAINMEN IN 1997**

# Bad Boy Entertainment, Epic, Inc.

1710 Broadway, F12
New York, New York 10019-US

## INVOICE

**TO:** Derrick Lee Cardello-Smith (Hospitality)
19246 Hoyt
Detroit, Michigan 48205

*January 3, 1997  Transaction No. 97-1090108  Investment Business Service  Detroit, Michigan*

| Purpose | Description     #5 of 10    Private Investors | Investment | Total Amount |
|---|---|---|---|
| **TERMS** Offset losses of Bad Boy Ent. due to the success of **DEATH ROW RECORDS** | Private Investment of Monetary Funds from party above for as Investor #5 of 10 Private Investors named as the Holder DERRICK LEE CARDELLO-SMITH. Sean Combs, Owner and CO-founder of BAD BOY ENTERTAINMENT, privately and apart from the Entity of EPIC RECORDS and SONY RECORDS. The following terms are agreed: SEAN COMBS-Accepts Cardello-Smith's Investment of cash INTO BAD BOY ENTERTAINMENT in the amount of: **$150,000.00** (One-Hundred Fifty Thousand Dollars) As 5 of 10 Private Investors of the 10 individuals Cash investments of $150,000.00 each for the full amount of **1,500,000.00** (1.5million dollars) for The rights to **49%** of all future holdings, sales, recordings, contracts, properties, homes, titles, the Future recording artists, prospective artists, all of the FILM, MUSIC, APPAREL, BEVERAGES, & ALL BUSINESS AGREEMENTS, LABELS, LLC, And shares of BAD BOY ENTERTAINMENT, to be recouped and recovered by Investors or the #5 Investor, DERRICK LEE CARDELLO-SMITH. Cardello-Smith's 1 provision is SEAN COMBS must refrain from any STATE or FEDERAL CHARGES and will not Pursue any Illegal Actions against Cardello-Smith-a violation of this Provision allows Cardello-Smith the 49% as a minority Shareholder and investor of BAD BOY ENTERTAINMENT in 2007, 2017, 2027 & RELEASE FROM BAD BOY ENTERTAINMENT AND TO recover funds used to save Bad Boy Entertainment | **$150,000.00** | **$150,000.00** |

Terms:

Sub Total **$150,000.00**
Tax    **Unreported as loan**
Grand Total: **$150,000.00**

[-------------------------------------------------------------------------]

Subscribed and Sworn before me on this
7th day of January 1997 in the City of
Detroit, Michigan, County of Wayne.

_____  01-03-97
        SEAN COMBS
      a/k/a/ Puff Daddy
Bad boy Entertainment and
      Co-Founder

_____
Derrick Lee Cardello-Smith
        Investor
      19246 Hoyt
Detroit, Michigan 48205

_____
Notary Public

My commission expires on 1-15-2000

[-----------------------------------------------------]

```
MARCUS ASHFORD
Notary Public, State of Michiigan
      County of Wayne
My commission Expires Janurt 15,2000
   Acting in the County of Wayne
```