OFFER OF PROOF #5
JUDGMENT OF SENTENCE CONFIRMING
PLAINTIFF WAS ORIGINALLY SENT TO PRISON IN 1998
FOR 2n2ND DEGREE MURDER-IN A SEALED
COURT HEARING WITH JUDGE KYM L. WORTHY PRESENT
BEORE JUDGE HARVEY F. TENNEN

Blue - Corrections Green - Corrections (for return) Pink - Defendant Goldenrod - Prosecutor

| STATE OF MICHIGAN THIRD JUDICIAL COURT CRIMINAL DIVISION | JUDGMENT OF SENTENCE COMMITMENT TO CORRECTIONS DEPARTMENT | CASE NO. 98-004133-01 | 9267009 |
|---|---|---|---|

ORI MI- Police Report No. **1441 ST. ANTOINE STREET 48226**

Court address

Court telephone no.

313 224-2421

**THE PEOPLE OF THE STATE OF MICHIGAN** v

Defendant's name, address, and telephone no.

Derrick Lee Cardello-Smith

| CTN 82-98-8066974-01 | SID 1504755E | DOB 11/1/72 |
|---|---|---|

Prosecuting attorney name
JOHN D. O'HAIR    Bar no. P-18432

Defendant attorney name
PRO PER    Bar no.

**THE COURT FINDS:**

1. The defendant, represented by counsel, was found guilty on _____ 5/1/98 _____ of the crimes stated below:

Date

*Plea: use "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill.

| Count | CONVICTED BY Plea* | Court | Jury | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|
| 1 | NC | | | SECOND DEGREE MURDER-Self-Defense Variables CLOSED SENTENCE HEARING FOR PLEA-SEALED | 750.316 |
| | | | | | |
| | | | | | |

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.732 or MCL 281.1040.
The defendant's driver license number is: _____

☐ 3. HIV testing was ordered on _____ . Confidential test results are on file.

Date

**IT IS ORDERED:**

4. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/26/98 | 25 | --- | --- | 35 | --- | 5/26/98 | | 43 | |
| | CONCURRENT WITH 97-10147, 971046 DISMISSED-NO-CONTEST PLEA RESTITUTION DEFERRED PER JUDGES KYM WORTHY & HARVEY TENNEN | | | | | | | | | |
| | | | | | | | | | | |

☐ Defendant shall pay restitution of $ _____ . If a cash bond/bail was personally paid by the defendant,
Payment toward restitution is to first be collected out of that bond/bail and allocated as specified under MCL 775.22.

☐ 5. Sentence(s) to be served consecutively/concurrently to: ☐ Case Numbers: _____
☐ each other.

6. Defendant shall pay a $60.00 assessment for the Crime Victim Rights Fund.

7. Defendant shall pay a $150.00 assessment for forensic lab test.

☐ 8. Court recommendation: 97-10146 DISMISSED, COUNSELING

5/26/98

Date

Judge **HON. HARVEY F. TENNEN**    Bar no.

Under MCL 769.16a the clerk of the court shall send a copy of this order to the Michigan State Police Central Records Division to create a criminal history record.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

Deputy court clerk

MCL 765.15(2); MSA 28.902(2), MCL 769.16a; MSA 28.1086(1), MCL 775.22; MSA 28.1259, MCL 769.766; MSA 28.1287 MCR 6.425

219b (1/98) **JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT**

OFFER OF PROOF #6
AFFIDAVIT OF VINCENT SMOTHERS DETROIT
CONTRACT KILLER ADMITTING TO BEING HIRED BY
WAYNE COUNTY LEAD INVESTIGATOR PATRICIA PENMAN
TO KILL THE PLAINTIFF IN 2007 AND FAILING

State of Michigan)
                 )ss
County of Muskegon)

## AFFIDAVIT OF VINCENT SMOTHERS

My name is Vincent Smothers, In 2007, I met with David Cobb, of the Detroit Police Department about the Potential Contract to kill his wife. During subsequent meetings with Cobb, he was accompanied by Paticia Penman, Tina Bommarito and Carli Boike.

During one of the Subsequent meetings Patricia Penman was present, she informed me she was out of the Dearborn Police Department and was with Cobb. I was then informed that Smith, MDOC # 267009 was approached in October 2007 about the contract to kill Cobb's wife as well, He refused. Cobb and Penman requested that Smith be added to the contract. Cobb and Penman then gave me the addresses for Derrick Smith with a photo and his criminal record, the addresses were on Myrtle St. and Hoyt St. both in Detroit. Penman then handed over $2,000.00 for a down payment towards my $10,000.00 Fee.

Cobb and Penman explained that Derrick Smith had become a Liability when he refused the contract and later got into a physical altercation with Cobb. Penman explained that she knew him to be shady and her reasons were more personal then Cobb's.

Penman further explained that Smith had previously been set up for rape that was on the paper work I was provided on Smith. She explained that the reasons Bommarito and Boike were present at the previous meetings was an insurance policy so I would not Double Cross them. If I thought about it, then I would be looking at a potential Rape case as well.

(1)

I believed these threats were credible because all of the people seemed to work for one police agency or another and it occurred as I participated in This Conspiracy against Smith. Cobb's Wife was killed by me on December 26, 2007, and before I could get to Derrick Smith, I saw he was on the News in January 2008 for Kidnapping and Rape.

## DECLARATION

I swear and declare that the events, words, and statements made in this affidavit are real, true and accurate to the best of my knowledge, information and belief. I will testify to these events if called under the Penalty of Perjury.

_____     _4-18_, 2024

Mr. Vincent Smothers #295527
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

_C. Hoffman_____
Notary Public Signature

My Commission Expires on __10-22-2025__.

C HOFFMAN
Notary Public, State of Michigan
County of Muskegon
My Commission Expires _10-22-2025_
Acting in the County of _Muskegon_

(2)

OFFER OF PROOF #7
WILLIM PROCTOR'S FINAL INVESTIGATIVE REPORT
CONFIRMING WAYNE COUNTY PROSECUTORSOFFICE
LEAD DETECTIVE PATRICIA PENMAN HIRED CONTRACT
KILLER VINCENT SMOTHERS TO KILL PLAINTIFF WHEN
PLAINTIFF ENDED A RELATIONSHIP WITH HER AND SHE
ACCUSED PLAINTIFF OF A FALSE RAPE CHARGE AS REVENGE



**OFFER OF PROOF #2**

*"Experienced investigators for your needs"*

Investigators report: Derrick Lee Cardello-Smith # 267009—New Client visit

Muskegon Michigan, Tuesday 7-30-2024 @ 8:00 am, I arrived at the Earnest C. Brooks Correctional facility for scheduled visits with Smith, 51, and Vincent (Vito) Smothers # 295527. I was placed in a room where thick glass or clear plastic separated me from the prisoner I would speak to via phone. I met Mr. Smith around 8:30 am. Our meeting ended at 10:16 am. Smith was first sent to prison after the 1997 street fight that ended with one of three male assailants dead. The three had assaulted Smith and a date outside of a movie theater in Detroit. Smith killed the man with a knife that Smith took from the deceased. Smith is also held on multiple 1st degree sex assault convictions with sentences from 22 to 75 years. Smith claims that living witnesses, one of them an alleged victim, are alive and willing to support his innocence claim, and prove that the charges resulted in a conspiracy driven by his former girlfriend, a police officer who worked on the Wayne County Rape Kit Task Force.

I am meeting Mr. Smith for the first time since he retained me as a private investigator. He is pleasant, well spoken, respectful but intense concerning his claim that two police officers had conspired to have him (Mr. Smith) killed in 2007 in a murder-for-hire scheme. Mrs. Rose Cobb was the second person to be murdered by the same contract killer, Mr. Vincent Smothers. Smothers was sentenced to 50-to-100 years in July of 2010 in a structured plea deal conviction for the contract killing of eight people in Detroit, including Rose Cobb. Her husband, Detroit Police Sergeant David Cobb committed suicide just as investigators were closing in on charging him with paying Smothers to kill his wife. From that recorded history in the Wayne County justice system, the Smith story becomes more shocking.

Smith articulated the specific details of the sordid plot of another police officer from Dearborn, Patricia Penman, now 58. Smith provided me a paper-trail narrative, supported by court filings, pleadings to judges and prosecutors about his personal experiences with Cobb and Penman, how they, together, sought the services of Smith to kill Rose Cobb.

When Smith refused to accept Sgt. Cobbs demand that Smith kill his wife, Smith himself became the murder for hire target, but did not discover that fact until he met the contract killer hired to do the job, Vincent Smothers, now a fellow prisoner at Brooks Correctional.

2050 South Blvd. Unit 412 • Bloomfield Hills, Michigan 48303
Phone: 248-421-5900 • FAX: 248.792.6818 • Bill.proctor@Billproctorandassociates.com

The details, as explained to me by Smith in our meeting, span many years, beginning how he and Penman met at the Gibraltar Trade center in Mt. Clemens when he was 20. The following items are facts he presented in our meeting as my notes and memory support:

1. Smith and officer Patricia Penman dated, even lived together for a few years. Smith says when she became possessive, smothering, demanding of his time, he broke off the relationship. He says she vowed to "get him" and prevent him from dating any woman, ever.

2. While free on an appeal, Sgt. Cobb proposed to Smith a contract to kill his wife for a fee. When Smith refused, there was a physical confrontation where Smith took Cobbs side arm and fired it into Cobbs vest.

3. Cobb then approached Vincent Smothers in the fall of 2007, but the hit list is expanded when Cobb introduced Patrica Penman to Smothers. Penman wants Smith killed as well.

4. In a meeting, Smothers says, Penman gave him a $2,000 deposit toward his $10,000 fee to kill Smith. When weeks and months pass and Smith is still alive, she confronts Smothers for answers, demands that the murder be done sooner, not later. Smothers response: "it will be done when the time is right." Smith is arrested on kidnap and rape charges in January before Smothers can kill him.

5. Rose Cobb is killed by Smothers on December 26, 2007.

6. In one of many hearings in Detroit court where Smith represented himself, David Cobb was in the gallery. Smith, he says, as detailed in transcripts, called out Cobb saying " ...I refused to kill your wife Officer Cobb, so you and her (Penman) framed me for rape".
Cobb left the courtroom and committed suicide days later.
Derrick Smith was arrested for kidnapping and rape in January of 2008.

7. In 2019, with Smith serving time in prison, he's presented with rape charges from an alleged assault from 2008.

8. the charges stem from a rape kit collected from an exotic dancer, employed then by the Players Club on 8 Mile Road in Detroit. Smith and a friend of his where in the club and paid for lap dances with the woman who met them outside as she drove her car. Samples match Smith, but the incident, Smith says was not only consensual, the woman/victim solicited "a party" with Smith and his male friend, and, Smith says, she was paid for her services, then she left the scene ( in the vehicle, her vehicle, where sex, the "party" took place )

9. Smith says after he was convicted based on her testimony, he sued the woman in McComb County court where she agreed to tell the truth, that she was not raped.

10. Smith has court documents indicating officer Patricia Penman paid the woman $4,000 to lie, and claim she was raped.

Smith provided me a copy of a notarized affidavit by Vincent Smothers. In it he provides details of his meetings and money given to him by Officer Penman for the contract killing of Smith.

Smith says he is proceeding in court, and soon, in the media to expose the misconduct that has sent him to prison.

Vincent Smothers interview

———————————————

At 11 am, I met with Vincent Smothers in the same room for about 45 minutes. It was our first, ever, conversation. His history as a confessed contract killer has been chronicled in dozens of publications, but we have personal history that he isn't aware of until this meeting. I explained that as a television reporter for a Detroit news station, I was in the Wayne County courtroom when Smothers received the sentence of 50-100 years for eight murders. His plea deal did not include the four people that he and an accomplice had gunned down on Runyon Street on Detroit's Eastside, September 17th, 2007. In the months before his court appearance, I did reports on the demonstrations outside of the Frank Murphy Hall of Justice where Devontae Sanfords mother demanded the release of her son. Sanford, at age 14, had allegedly confessed to a role in the Runyon Street killings. Smothers had told police investigators that he and Ernest "Nemo" Davis were the only contract killers involved and that he didn't know Sanford.

In this meeting, our primary discussion covered Smothers' notarized affidavit dated April 18th, 2024. In it, Smothers swears that in 2007 he met with Detroit Police Sgt. David Cobb and Patricia Penman. In our interview he provided details not included in the affidavit:

1. that the meetings took place in vehicles parked in the customer lot of a coney island restaurant on Gratiot Avenue near Gunston in Detroit.
2. that he met several times with them: the first meeting he was alone with Cobb where he heard Cobbs request that Smothers kill his wife because Cobb didn't want to leave her alone after Cobb divorced her.
3. that Penman was the third party in meeting number three. That Penman showed Smothers her badge to prove she was a police officer. Cobb and Penman together spoke of a hit on Smith.

4. that it was Penman who gave Smothers $2,000 in cash, $100's, $50's and $20's toward his $10,000 fee to kill Derrick Lee Smith. She showed Smothers documents indicating Smith's criminal history, that he was a bad guy. Smothers' impression: "it was personal".

5. that in the following meeting, two woman were sitting in a car while Penman and Cobb met with Smothers in a separate vehicle. Penman pointed them out as being the woman who would claim Smothers raped her. The other woman would be a witness to create a rape charge against Smothers if he refused to kill Smith.

6. that Penman provided Smothers with photos of Smith and addresses where he could be found and killed.

Smothers said that, with the knowledge that his solicitors were both police, he was constantly fearful that in one of the meetings police cars would "swoop in" and arrest him for other crimes, that this could be a plan to locate him at a time and place for easy arrest. Not until Cobb told him where he would set up Rose at the CVS store did he realize the requests were legitimate.

Smothers said that after the initial meetings in the fall of 2007, Penman grew impatient. She met Smothers to ask why Smith was still alive. Smothers says his answer was " these things happen when the time is right." Smothers said he killed Rose Cobb in December of 2007. Before he could kill him, Smith was arrested on kidnapping and rape charges.

William N. Proctor, interviewer

CEO. lead investigator  Mich # 3701-206540

Bill Proctor and Associates LLC

2050 South Blvd., suite 412

Bloomfield Hills, Michigan 48303

248-421-5900

**VONTYSHA PITTMAN**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires January 20, 2031
Acting in the County of Oakland

OFFER OF PROOF #8
AFFIDAVIT OF FINANCIAL TRANSACTION SERVICES PROVIDER
MARIO GOODWIN CONFIRMING PAYMENTS TO KYM WORTHY
POLICE AND OTHERS ON SEAN COMBS ORDERS TO FRAME
THIS PLAINTIFF FOR CRIMES HE DID NOT COMMIT

State of Michigan)
            )ss
 County of Ionia)

## AFFIDAVIT OF MARIO GOODWIN

The undersigned person, <u>MARIO GOODWIN</u>, having been sworn and duly deposed, says the following attestation,

    1. I am a Financial Transaction Services Provider for the County of Wayne, Macomb, Ionia, Genesee, Kent and Kalamazoo.

    2. On April 3, 2025, I made personal contact for the Transfer of Funds to Mr. Sean Flemings, Certified Notary Public, in the amount of $71,000.00.

    3. On April 4, 2025, I made personal contact for the Transfer of Funds to Suzette Samuels, Assistant Wayne County Prosecutor in the amount of $16,000.00.

    4. On April 4, 2025, I made personal contact for the Transfer of Funds to Mrs. Nicole Sanistaj in the amount of $41,000.00.

    5. On April 13, 2025, I made personal contact for the Transfer of Funds to Kym L. Worthy in the amount of $14,000.00.

    6. On April 8, 2025, I made personal contact for the Transfer of Funds to Andrea Walker in the amount of $29,000.00.

    7. On April 14, 2025, I made personal contact for the Transfer of Funds to Mrs. Carli Carpenter the amount of $20,000.00.

    8. On April 2, 2025, I made personal contact for the Transfer of Funds to Bridget Hathaway, Detroit, Michigan in the amount of $11,000.00.

    9. I met with Officers at the Muskegon Correctional Facility, Ernest C. Brooks Correctional Facility and Several Ionia County Prisons named John Fager, Juan Fiero, Mr. Kludy, Mr. Miller, Mr. Jason Brock, Mr. Kluty, and 14 other Employees of the MDOC for the confirmation of their Transactions of $1,000.00 each in compliance with their actions as to Mr. Cardello-Smith #267009.

    10. These transactions were done on the Instructions of my Main Contractor, Mr. Sean John Combs, of bad Boy records, holdings LLC.

    12. These transactions were completed and made upon the Ongoing Financial Agreements I was retained for in April 2018 and will expire in August 2026.

    13. I have been in contact with many Wayne County Officials that are now the Subject of Mr. Cardello-Smith's quest for his freedom and I will attest to these events upon the request being made by any Official, Court, Person or other.

ATTESTATION

    I swear the above events are true, real accurate and based on my own personal knowledge, information, belief and experience and swear this under the penalty of perjury.

Subscribed and sworn before me on April 15, 2025, County of Ionia.

E SIMON
NOTARY PUBLIC, STATE OF MI
COUNTY OF IONIA
MY COMMISSION EXPIRES Mar 18, 2029
ACTING IN COUNTY OF _Ionia_

Mr. Mario Goodwin
FTSP
135 Main Street
Ionia, MI 48846

OFFER OF PROOF #9
AFFIDAVIT OF GEORGE PRESTON CONFIRMING
WITNESS CARLI CARPNTER LIED ON PLAINTIFF
ON ORDERS OF KYM L. WORTHY FOR THE FALSE RAPE CHARGE
IN PEOPLE V. DERRICK LEE CARDELLO-SMITH, 2019-000756-01-FC

State of Michigan)
          )ss
County of St. Clair)

### AFFIDAVIT OF GEORGE PRESTON

       Please be advised, that I swear and declare that the Person of CARLI CARPENTER did in fact reside in my home and at my property on and off between the times of 2021 through 2023 where Carli Carpenter stayed here periodically and resided here and received mail here at my residence stating because she was CLEANING HERSELF UP and getting Sober and staying away from her Husband because he did not help her get off drugs and alcohol and she drove out to my place for quite awhile and she needed a place to crash and so, she stayed with me here andMaintain 2 residences—1 was her regular home with her family at 5615 Fairgrove Road-Fairgrove,MIchigan 48733 and the other place was here with me at 7541 Yale Road, AVoca, MI 48006. This was done for on and off times and she received mail here at this address and she received documents here and they were kept in my place until she left...She has a key to my home and it was done for her getting cleaned up and resolving what she did in the past.

       I will attest to these events if the Court requires it as that they are true, real and accurate and they happened.

       Thank you for your time.

George Preston

Dated: 10/4/23

10/13/23

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of St Clair

OFFER OF PROOF #10
JOINT AFFIDAVIT OF 36TH DISTRICT COURT EMPLOYEE
DENISE JACKSON CONFIRMING THAT THE WARRANT USED
FOR PLAINTIFFS ARREST WAS FALSE AND PAID FOR BY
LEAD DETECTIVE PATRICIA PENMAN FOR WAYNE COUNTY
PROSECUTOR KYM L. WORTHY TO FOLLOW ORDERS OF
SEAN COMBS FOR RAPING THE PLAINTIFF IN 1997

State of Michigan)
              )ss
  County of Ionia)


JOINT AFFIDAVIT OF 36TH DISTRICT COURT EMPLOYEE DENISE JACKSON
AND WRONGFULLY CONVICTED PRISONER DERRICK LEE CARDELLO-SMITH #267009
AS TO 36TH DISTRICT COURT MAGISTRATE JUDGE LAURA ECHARTEA
ACCEPTING $32,000.00 TO ARRAIGN DERRICK LEE CARDELLO-SMITH #267009
ON THE FALSE RAPE CHARGE FILED BY CARLI CARPENTER
ON ORDERS OF SEAN JOHN COMBS a/k/a/ P.DIDDY


Present are the Parties of Denise Jackson, 36th District Court Criminal Division Employee and Prisoner Derrick Lee Cardello-Smith, #267009 do swear to the following facts herein detailed in this Joint Affidavit:

STATEMENT OF DENISE JACKSON AS TO THE CASE OF PEOPLE OF THE STATE OF MICHIGAN vs DERRICK LEE CARDELLO-SMITH Case No 2019-000756-01-FC Wayne County Circuit Court:


1. I, Denise Jackson, worked for the 36th District Court, Criminal Division, 421 Madison, Detroit, MI 48226.

2. That I directly conducted Case Proceedings and documents for 36th District Court.

3. That On January 9, 2019, I directly Observed Patricia Penman, Detective for Wayne County Sexual Assault Kit Task Force Provide a Cash Payment of $2,500.00 (Twenty-Five Hundred Dollars) to 36Th District District Court Judge Laura Echartea.

4. That I directly Attended the meeting on the Morning of Januar 9, 2019 with Patricia Penman, Detective, Deyana Unis, assistant Wayne County Prosecuting Attorney, Kym L. Worthy, Kym L. Worthy, Chief Wayne County Prosecutor, Mark Agifilo, Attorney for Sean John Combs, also known as P. Diddy, Puffy, Puff Daddy, Carli Carpenter, Trial court Complainant, Tina Bommarito, Trial Court Complainant Andrea Bommarito, Trial Court Complainant, Mr. Harrington, MDOC Officer St. Louis Correctional Facility Employee, John Fager, MDOC Employee and Jose Ortiz, Detective for Detroit Police Department.

5. That Mark Agifilo Gave a total of $5,000.00 (Five-thousand Doallars) to each named person, for their past and current roles in the Criminal Prosecutions Of Derrick lee Cardello-Smith #267009.

6. The meetings I attended consisted of the following subjects--(1) To ensure that Mr. Sean Combs Orders were executed precisely; (b) To ensure that Derrick Lee Cardello-Smith #267009 is Incarcerated on false rape and Kidnapping Charges; (c) to ensure that Cardello-Smith 3267009 remains incarcerated on Charges that he did not commit so that He cannot collect on his Rightfully entitled 49% (Forty-Nine Percent) of Bad Boy Records, All Holdings of Sean

John Combs and Bad Boy LLC, because Sean Combs did in fact take Money from Cardello-Smith in the Form of a Cash payment of $150,000.00 (One-Hundred Fifty Thousand Dollars) while acting as a Bartender for Mr. Combs.

7. I accepted Money to Process the Warrant, The Complaint, the Rape Test Kit Results, and I was ordered to do these acts in my official capacity as case Manager for the Criminal Division of the 36th District Court in the Criminal Case of <u>People of the State of Michigan v. Derrick Lee CArdello-Smith MDOc #267009</u>.

8. I knowingly processed and participated in the false Criminal Charges against Mr. Cardello-Smith and I knew that these charges were false and I had no choice except to act on these proceedings because if I did not, Sean Combs, Kym Worthy and the Detroit Police Department would act on their previous threats and beatings I took and I did it out of fear for my families safety and my own.

9. Derrick Lee Cardello-Smith has been wrongfully charges, wrongfully convicted and has been maliciously prosecuted by these members of the same organization and I played a role in this Mans Innocence being taken and and his continued incarcerated is all because of my own acts in office.

10. I will attest to these events if and when called about the Bribes, and False Prosecutions that have taken place in this Court as well as the claims detailed in <u>Woods v. 36Th District Court</u>.

11. Derrick Lee Cardello-Smith is in prison because of my own acceptance of money that I was paid to process false charges, and documents against him and I ask that this Affidavit is accepted as real and true and in the presence of Derrick Lee Cardello-Smith #267009.

<u>STATEMENT OF DERRICK LEE CARDELLO-SMITH #267009 AS TO MY WRONGFUL INCARCERATION AND CONVICTION ON THE ORDERS OF SEAN COMBS (DIDDY) AND OTHER NAMED PERSONS</u>:

1. my name is Derrick Lee Cardello-Smith #267009.

2. I am in Prison on Orders of Sean Comb, and wrongfully convicted.

3. I have been Placed in Prison by and on the Orders of Sean Combs "Diddy" and Kym L. Worthy, Wayne County Prosecutor.

4. I did not Rape Anyone.

5. I was raped by Sean Combs.

6. I had money taken from me by Sean Combs.

7. I had my freedom taken by Sean Combs.

8. I should be allowed to withdraw my No-Contest Plea.

9. I only plead No Contest after my Witnesses Life was Threatened by Detective Patricia Penman and Sean Combs less than 2 weeks before it was scheduled to go to trial.

10. Detective Penman, Worthy and Sean Combs threatened my witness to not come forward.

11.  I NEVER PLEAD GUILTY, I WAS NEVER FOUND GUILTY BY A JUDGE, I WAS NEVER FOUND GUILTY BY A JURY TRIAL.

12. I should be allowed to withdraw the Plea.

13. Sean Combs framed me and did so for the purpose of ensuring that I could not go through with collecting my investment and the returns of my investment into Bad Boy Records in January 1997.

14. I should not be held in prison and I should be allowed to withdraw the No Contest Plea and Proceed to a Jury Trial and these people should be allowed to come to court and offer REAL TESTIMONY TO THE TRUTH, and that is that I did not commit any crimes against anyone.

15. Judge Echartea was paid to Falsely Arraign me on Charges that she accepted money for and it was all done on the named parties behalf, to silence me and convict me and to keep me out of the way.

16. I will proceed to a Jury Trial if I am allowed to do so.

17. What does the Wayne County Prosecutors Office, Sean John Combs and everyone else have to worry about in court by allowing me to go to a Jury Trial? If they are so confident that I did this crime, then simply allow the No-Contest Plea to be withdrawn and allow me to Proceed to a jury Trial.

18. I am willing to do it, but they are scared of the fact that they know that they have conspired to frame me and convict me and keep me silenced for so many years and they know I know All the Dirt they have done over the years and they do not want it to get out, otherwise, why have they worded so hard to deny me my freedom and it has been wrong for so many decades to have me incarcerated for crimes I did not do and that were actually committed by Defendant Sean John Combs.


The events are true and accurate and real and are signed by both persons in attendance for Statement and Signing and will swear to these events under the Penalty of Perjury.

## DECLARATIONS

The persons and parties do swear and declare that the above events are true, accurate and real and are based on personal experience, knowledge and belief and will be attested to under the penalty of perjury in a Court of Law.

The above person(s) did appear before me on the date of April 3, 2025 for the above affidavits detailed herein and sayeth nothing more.

_Denise Jackson_

Denise Jackson
36th District Court
Criminal Division employee
421 Madison Street
Detroit, MI 48226

Dated: APRIL 3, 2025

My Commission does not expire.

_Derrick Lee Cardello-Smith_

Derrick Lee Cardello-Smith
#267009
Ionia Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, Michigan 48846

_Mera_ 4/3/25
Notary Public Signature

Exp 1/16/30

4.

State of Michigan)
             )ss
  County of Ionia)

### AFFIDAVIT OF BRIAN WIREMAN

The Undersigned, BRIAN WIREMAN, having appeared before me, and being duly sworn, and hereby states that the following are true and factually based events that will be attested to in a Court of Law, State or Federal, civil or Criminal as to:

1. That in November 2007, and in January 2008, I met directly with the persons of
(1) Patricia Penman, Detective of the Dearborn Police Department, (2007),
(2) Suzette Samuels, Assistant Wayne County Prosecutor (January 2008),
(3) Tina Bommarito, (January 2008),
(4) Nichole Rabior, Detroit Police Officer (January 2008),
(5) David Cobb, Detroit Police Officer, (August, 2007),
(6) Kym L. Worthy, Judge in 1997 and Wayne County Prosecutor January 2008),
(7) Vincent Smothers (October 2007).

2. During these meetings that were were at, I directly participated in and I observed visually and verbally heard the following conversations take place: "Mr. Cobb ordered Vincent Smothers to Eliminate Cardello-Smith #267009. "Patricia Penman, The Detective and apparent Ex-Girlfriend of Cardello-Smith paid Mr. Smothers Alot of Money to "Add Cardello-Smith #267009 to a Hit List for Execution and Shooting,", "That Cardello-Smith would be framed for a Series of Kidnappings and Rapes that he is in fact not guilty of", " To Have Tina Bommarito, Carli Carpenter both File False Police Reports of Sexual Assault on Cardello-Smith",.

3. I was then approached Directly by Ky. L. Worthy, a Sitting active Chief Prosecuting Attorney for Wayne County, to ensure that "Cardello-Smith #267009 was in fact Placed in Prison for False Rapes, and that they had Plenty of Rape Kits dating back to the 1980's and that Kym L. Worthy was doing this "ON THE ORDERS OF SEAN "PUFFY" COMBS,".

4. Kym worthy looked directly at me and states that "I had better keep my mouth shut and keep on doing what I have been doing by acting as Security for her and being her Montcalm Connections, and conducting business as usuals."

5. Suzette Samuels is the Assistant Prosecutor who instructed me that Since Cardello-Smith did not want to Kill David Cobb's Wife of the Detroit Police Department, that I am to make sure that "I do not every discuss their her role in the Hiring of Vincent Smothers and his accepting the Contract to Kill Rose Cobb and Kill Derrick Lee Cardello-Smith #267009.

6. I was instructed by Patricia Penman, Wayne County Detective to "1. Arrange for the Sisters Tina Bommarito and Adnrea Bommarito, to Make contact with Cardello-Smith in November 2007 for the purpose of FRAMING CARDELLO-SMITH FOR KIDNAPPING AND RAPE CHARGES. This would be done by my providing the Contact information of Where Cardello-Smith was staying when out on Bond Pending Appeal for 90 days and then giving that information to Patricia Penman.

I obtained the Information from a Detroit Police Officer named Nicole

rabior, out of The 9th Precinct, N Eastern Division.

7. I was told directly by Patricia Penman that I would then give her 9Penman) the File containing all the location information on Cardello-Smith to her so that she can attend a meeting with Cobb, bommarito, Smothers and Boike, and some other people, but most importantly, Kym Worthy was the person who stood out, because she is the Wayne County Prosecutor and She has threatened me and has placed so many people in Prison illegally for False Rape and False kidnapping charges.

8. I was directed by Suzette Samuels, kkym U. Worthy, Patricia Penman, to 'Follow their orders, because "PUFF DADDY DEMANDS IT." I had to follow their orders and I promise you, I did to the letter with no problems whatsoever and It is because I feared for my life.

9. Patricia Penman, is the lead detective in this Cardello-Smith's Criminal Case and She dated this man, and she told me many times that she 'Hated the fact that he (Cardello-Smith Dumped her) in the early 1990's. and that she would "Make sure that he never gets out of prison and never gets to be with another woman again, if she cannot have him.

10. Patricia Penman, Kym Worthy, Suzette Samuels and I worked for Sean John combs, also known as P. Diddy. I have extensive knowledge of the events and people that are involved in this matter and I will ensure that the truth is heard in these cases because Cardello-Smith has been framed by these named people and is in prison on cases he never should have been place din prison for all because he did not want to cooperate with Sean Combs and Other law enforcement in Wayne COunty.

11. I observed on TV Cardello-Smith having sued Mr. Combs and I have come forward with my insight into this matter, because The Named individuals and I will in fact present my key Insights into this matter if called upon to the Courts for these matters.

12. I have not been paid anything by anyone to offer this testimony, I have not been threatened by anyone to offer this affidavit and facts and I stand by these facts and events and I state that I worked for Sean Combs, Kym Worthy, Suzette Samuels and I am very familier with Patricia Penman and her roles in this matter of Framing Cardello-Smith #267009.

13. I will speak truth to Mr. Cardello-Smith's Claims and I submit to this Court that Mr. Cardello-Smith is innocent and that he has been framed by Sean Combs, Kym Worthy, Suzette Samuels, Tina Bommarito, and others to HIDE SEAN COMBS SEXUAL ASSAULT OF MR. CARDELLO-SMITH BY MR. COMBS and BY HIS EX-GIRLFRIEND, PATRICIA PENMAN, and others in the Criminal Enterprise of Sean combs and Wayne County Officials that I was a Part of and Will attest to truthfully.

13. I was following orders of Sean Combs, Kym U. Worthy, Patricia Penman, Suzette Samuels and David Cobb to assist in a Conspiracy to Frame Cardello-Smith #267009 for a False Rape and Kidnapping Charges in Wayne County, and I was payed to play a role in these actions by these named officials, because they each had a personal, Financial intereet in ensuring that Cardello-Smith would never be able to get Justice for his being Sexually Asseulted by Sean Combs and to collect on his investment of money he gave to Mr. Combs and the Money that Kym Worthy has given to Mr. Combs and other officials in Wayne County since 1997.

I make these statements under all truth and I state that I aided in Framing Cardello-Smith for False rape and Kidnapping Charges in 2008, and that The named people did this to False Convict Cardello-Smith #267009.

DECLARATION

I swear and declare that the events described herein are true, real and accurate and occurred base don my own knowledge, Information and belief and I will attest to these facts within an opsn court of law under the penalty of perjury.

April 18, 2025

Mr. Brian Wireman
#729116
2500 S. Sheridan Drive
Muskegon, MI 48846

_____
Signature of Notary Public

Subscribed and sworn before me on April 18, 2025.

my Commission expires on; _____1/16/30_____

3.

OFFER OF PROOF #11
AFFIDAVIT OF BRIAN WIREMAN CONFIRMING THAT
DEFENDANTS SOURCE HAD RAPE KITS IN PLACE
TO FRAME PLAINTIFF BACK IN 1997 AND THAT CARDELLO-SMITH
WAS FRAMED DIRECTLY BY KYM WORTHY TO HIDE SEAN COMBS
RAPE OF PLAINTIFF IN 1997.

OFFER OF PROOF #11
DETROIT POLICE REPORT CONFIRMING INCIDENT WITH
PLAINTIFF, KYM WORTHY ADMITTING TO THE
EXITENSE AND KNOWLEDGE OF THE WAREHOUSE FILLED
WITH UNTESTED RAPE KITS IN 1997 CONTRARY TO HER
PUBLIC STATEMENTS OF NO KNOWLEDGE THEY EXISTED

 **detroit**

**police**

06/15/97
03:30am

Writer Responded to Incident at Detroit Crime Lab where officers were stopping and incident involving several Persons identified As - Sean Combs - (artist) KLm Worthy - official A. rogers (17year old male) Derrick Smith (24 year old black male) 2 fights had happend with Smith and Combs - worthy had uttered to Smith "you mess up my investment and I'll put multiple rapes on you like i did other men - we have a warehouse filled with kits from rapes"! Smith said you just want to keep men locked up for things we did not do - she said sob try me's writer spoke with officers from Adrian, Lenawee P.D. & determined further investication Warranted. Will do follow up's

Patrick Jackman 8548
Sgt. Silent Run
Officer lesponse

**OFFER OF PROOF #13**
**POLICE REPORT CONFIRMING DETROIT POLICE**
**PLAYED SERIOUS ROLES IN EXECUTING TUPACK SHAKUR**
**AND ATTEMPTED MURDER OF MARION "SUGE" KNIGHT**



**police**

On 9-13-96 myself - 2 fellow officers and 2 LAPD officers Participated in the Exection of Lesane Parish Crook (AKA) Tupac Imari Shakur

We targeted Marion Suge Knight and his Passenger LeSane Parish Crooks - this was to conceal and Assure our cooperation for Sean Combs, KLM Worthy (Judge) and other investors in Bad Boy record label - to conceal the sexual assult of Derrick Lee Cardello Smith (11-01-72) mdoc # 267009 ~~By Sean Combs & Mr. Smith having Just being convicted~~ Earlier for rapes He did not do - By women who are assicned to Sean Combs and other officials Here in Detroit - My full report is that Mr. Crooks Was executed on orders of Sean Combs who wanted Mr. Crooks Dead and KLM Worthe Instructed myself and others to cooperate with Mr. Combs and conduct our orders to show - loyalty to Sean Herself - and the organization in our city - I aided with the Conspiracy to execute tupac Shakur over 2 years ago - I make this report freely Because Smith has been framed By my department and Judge Worthy

Patrick Jackman D.P.D
9-19-98
September 19-98

OFFER OF PROOF #14
AFFIDAVIT OF WITNESS AaRON ROGERS CONFIRMING
SIGNING OF AGREEMENT WITH KYM WORTHY, SEAN COMBS
AND PLAINTIFF IN 1997 FOR DIDDY'S RAPE OF PLAINTIFF

STATE OF MICHIGAN
IN THE 39TH CIRCUIT COURT FOR LENAWEE COUNTY

DERRICK LEE CARDELLO-SMITh #267009,
   Plaintiff,

Vs

SEAN COMBS,
   Defendant,
_____/

Case No 24-7362-NO

Honorable Anna Marie Anzalone

AFFIDAVIT OF WITNESS AARON ROGERS
SEEING, HEARING, VIEWING THE EVENTS OF AND AS
TO SEAN COMBS SEXUAL ASSAULT OF PLAINTIFF IN 1997 AND
SIGNING OF AGREEMENT BETWEEN WAYNE COUNTY PROSECUTOR KYM WORTHY,
SEAN COMBS OF BAD BOY RECORDS, DETROIT POLICE OFFICER PATRICK JACKMAN,
ROBERT FICANO, WARREN EVANS, WAYNE COUNTY OFFICIALS,
GEORGE PRESTON, DOROTHY DUNN, BUSINESS OWNERS AND NOTARIZED AND VERIFIED
AFFIDAVIT OF MR. ARRON ROGERS TO MULTIPLE FELONIES AND COVER-UP

    My name is Aaron Rogers and I am making this statement with the events described herein as that they are true, real, accurate, happened and occurred and this Affidavit is made Freely, voluntarily, and is not done with any other purpose accept to have the truth heard and known.

    1. That in June, 1997, while In the company of Sean Combs, also known as Bad Boys Record Owner, and his crew, I attended a Sex Party and Get Together.

    2. Mr. Combs, and Mr. Cardello-Smith and 20 other people had invited me to join them for said party and get together, by starting in the Bus.

    3. This Bus had so many different wonderful things on it, TVS, VCR, GUNS, DRUGS, EVERYTHING A MAN OR WOMAN WOULD NEED.

    4. Derrick was serving drinks to everyone...I had met him and Diddy at the Fishbones Rythym kitchen and Cafe Place in Detroit on Monroe....

    5. We parked at a Hotel in Adrian, Michigan where there was a sign that said, "HOLI-DAYS INN, COMING SOON." "NEW OWNERSHIP", We all went into room 21 as that Mr. Combs had rented and taken over 6 rooms for the whole crew. Derrick has started performing oral sex on a woman and she wanted her pussy eaten and he was eating it, I was still young so I did not know what it was, but I know she liked it and she said that "he knew what he was doing! She started Cumming and He Seemed to care about her getting pleasure because he was happy to be there...Mr. Combs was wondering why all the women were starting to go over to Derrick....They had an argument, and Derrick Hit Mr. Combs in his throat and Combs fell down....Derrick was then restrained by his Guards....Sean said, it's okay, let him go...

    6. I observed Mr. Combs Offer Mr. Smith a Drink, it was Jim Beam I believe, and then Smith Passed out.

7. I then saw Mr. Combs-Slide Mr. smiths Pants off, after taking his Boots off, and I thought that that was kind of strange......Then, i saw Mr. Combs, slide Oil out of a bag that he had onto Mr. smiths Butt Cheeks and all the while, he was stroking his own Dick and then he took his dick and Placed it at the Top of Mr. Smiths Cheeks.  At which time, Mr. Smith started to awaken and then Mr. Combs grabbed a Needle and Injected Something directly into Mr. Smiths arm and and punch Mr. Smith and knocking him out even further....He then took a Gun, it was a 38 silver and hit Mr. Smith in the head with it, and then, Mr. Combs took His Seriously Erect Dick out and He then Plunged it deep into Mr. Smiths Butt.....I could hear Mr. Smith Moan horribly and Combs Put the Gun to his neck and then was holding it telling Derrick... "If you move, or scream, I will pull the trigger".... I was frozen in fear and shock at what I was seeing... The Clock said 8:40 and it went on for 2 hours... I had never seen anything like this... Derrick then came too and was bleeding from his Anus and I was going to call the Police, but there was already an officer present with 2 women....It said Adrian in it!

8. Derrick then got up scared and looking around and Combs the4n said, "I got that anyway and take that take that! Derrick was just shocked and got up and ran, he fell because he could not even walk, there was so much Blood coming out of his Ass, and then, he grabbed his Boots and Pants and Ran out of the Room.

9. Then, Derrick was out of my sight for a little while...Mr. combs then stayed there and asked the women if they wanted him to eat them out and they said, no, and they were just as shocked by Mr. Combs, because he had Just Raped a Man and it was nothing to him, but, he had apparently done it before to them and other men as well, so What was the difference?

10. We left and then we went to a Place in Detroit because Mr. Combs said that he has to "Meet with some Law Enforcement and Government Folks in Detroit, at the Police Crime Lab....I stayed with them because I was still thinking about him just having raped a man and it was something I had never seen in my 17 years on earth...ever, it was pretty bad...

11. Then, there was a Terrible Woman who showed up when we got there and it was someone I remember from just a few years earlier on TV that had Charged 2 Police Officers with Killing Malice Green with their flashlights and I knew it was Kym Worthy, she was the Wayne County Prosecutor, everyone Knows Ms. Worthy, she is a dangerous tough woman.... She was talking to Mr. Combs and There was some other people their named Evans, Ficano and Jackson too, a whole lot of people....

12. Then, out of nowhere, comes a Z-28 Speeding and it damn near hit me and It stopped...a Man got out and it was Derrick, he was scared and yelling and bleeding all down his legs and he has some metal in his hands and he hit 2 of the crew body guards in their knees and then grabbed Mr. Combs, and threw the pipe down and hit him so fast in his Throat that Combs fell too the ground and Then The woman Worthy came up to Derrick and she said something like..."He you, whoever you are, you had better not mess up my investment and if you do, I will take one of these rape kits and put you in prison for rape!" Derrick then looked at her and said, this Mother

could not do anything until I saw that they arrested Mr. Combs and I will testify to it Completely in your court if you want too!

I can tell you this much, I am not a Liar and Derrick Lee Cardello-Smith was Framed for Multiple Rapes by Kym Worthy, the Wayne County Prosecutor and He was Raped, and Assaulted by Sean Combs, and I will testify to it because it happened, it is true and it is real and that is a fact, no matter what the other people say, I was 17 and I saw this happen, and I have nothing to gain by coming out and saying these things, I truly do not and it is because they are true that I am saying it.

### VERIFICATION AND DECLARATION OF AFFIDAVIT AND CONTENTS

I swear and declare to this Court that the Details of this Affidavit are in fact True, Real and Factual and that they happened and they are completely True and real and that I know it because I witnessed it, I saw it, I observed it and I know that it happened and that I have personal knowledge, experience with these events because I was there and they happened and are real and true and I will speak to these events as that they happened and are real and true and I swear to it before a Notary Public in the State of Michigan in the County of Muskegon, and will do it in any court or area or press as that it is real, just call upon me and I will attest to them, and I ask for no deal and have been offered nothing, I was only scared because of Sean Combs and his reach...he is locked up now, so I am not scared anymore..

_____ 360900                              September 23, 2024

Mr. Aaron Rogers
#360900
E.C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

                    B Jones            9-23-24
                    Notary Pulic-Muskegon County

I am a Notary Public in Muskegon, Michigan and Mr. Aaron Roger appeared before me voluntarily and swears to the events described within this document that they are his own words and his own statements and that they are true and i notarize his presence and Signature to these events described herein on this 23rd Day of September, 2024.

                    B JONES
                Notary Public, State of Michigan
                    County of Muskegon
                My Commission Expires 2-14-2026
                Acting in the County of Muskegon

**OFFER OF PROOF #15**
**CONTRACTUAL AGREEMENT BETWEEN**
**COMBS, WORTHY AND PLANTIFF IN 1997**

# CONTRACTUAL AGREEMENT BETWEEN KYM L. WORTHY (JUDGE PROOF #3) SEAN JOHN COMBS (ARTIST) & DERRICK LEE CARDELLO-SMITH WAITER-BARTENDER-HOSPITALITY)

## CORE AGREEMENT FACTORS

1. Sean Combs, Music Producer and Business Person and owner of BAD BOY RECORDS INCORPORATED AND CORPORATION will refrain from any State or Federal Criminal Activities from 1997 through 2027, as agreed in the 11 page, multiple persons agreement to confidentiality with all persons present.

2. Derrick Lee Cardello-Smith, Waiter-Bartender-Hospitality Employee of Fishbones Kitchen in the Greektown Section of Detroit, does hereby agree to not follow through on the Physical or Sexual Assault committed upon His person in June 1997 at the Hotel in Adrian, Michigan and agrees to allow the Full Investment of his $150,000.00 to remain in Bad Boy Records Corporation for the 10 to 30 years as he agreed to with Mr. Combs in the Early Part of January 1997.

Cardello-Smith agrees to have the Murder Case of self-defense in which The Unnamed Assailant will in fact be vacated and removed from the court records by My Office and Staff, and Cardello-Smith will instead be placed in prison for multiple Criminal Sexual Assault Charges by our female staff and Cardello-Smith will not Speak about the events of June 15, 1997 or June 16, 1997. Upon full compliance all Charges that will be removed and vacated upon the end of term agreement with all persons.

Cardello-Smith's Entire Family will continue to be protected and safe and will not be harmed by Sean Combs, the Detroit Police Department nor any member of our organization and he will remain in prison under Judgments Of Sentence from Harvey F. Tennen until the Agreements are fulfilled.

3. I, Kym L. Worthy, Judge of the Detroit Recorders Court and Former Assistant Prosecutor hereby agree to, MAINTAIN THE RAPE KIT FROM CARDELLO-SMITH AND SEAN COMBS CLOTHING, ALL MATERIAL WITNESS STATEMENTS AND OTHER MATTERS During the period of incarceration of Derrick Lee Cardello-Smith, his Rape Kit will remain within my control apart from the other rape Kits that are in our Warehouse, just to ensure that the Persons involved all hold our tongues and do our parts to remain cooperative with Mr. Combs and in the interest of our Organization and interest of other Wayne County Officials and Law Enforcement partners who have invested into Bad Boy Records.

As Judge, I will oversee the Continued rescheduling of the Homicide involving Cardello-Smith and Three Men at the Movie Theater where they attacked him and he was stabbed and he killed one, the goal is to ensure that no one does work or research for locating the actual Homicide File that Exonerates Cardello-Smith and Video of the three men attacking Cardello-Smith and his Female Companion in 1997 and will ensure that the Michigan Prison System has him listed for Multiple Sex Crimes that he did not do and then, I will "Correct" the Judgment of Sentence so that it will reflect Homicide and get him released upon completion of the agreement for all persons involved.

I agree to allow my $150,000.00 (One Hundred fifty Thousand Dollars) remain within the control of Sean Combs-Bad Boy Records Owner and Founder for interest and silence on our Michigan Properties and LA Properties.

I Agree to Keep the Homicide file closed and not prosecute but to place Cardello-Smith in State Prison to protect his entire family and his money and he agrees to not speak about the

1



rape and beating upon him by Sean Louis Combs and others and Assaulting Young or Federal Charges and agrees to Stop Sexually Abusing and Sexually Assaulting Teenage Girls and Women and Boy and Men, and no long participate in Sexual Slavery.

All persons agree and swear to this on the date of September AUGUST 18, 1997 to uphold the full terms of this agreement that is Public and the 11 page agreement not made public.

Notary Public

Rebecca Rutherford
Notary Public -State of Michigan
County of Wayne
My Commission Expires 5-23-1998
Acting in the County of Wayne

2

OFFER OF PROOF #16
AFFIDAVIT OF WITNESS CONFIRMING
THE BRUTAL RAPE OF THIS PLAINTIFF
BY SEAN COMBS IN 1997

State of Michigan
County of St. C...

# Affadavit of George Preston

I George Preston was present during the following events in June 1997.

(1.) The sexualt assault of Derrick Lee Cardello Smith by musical, recording artist, business man, and investment seeker Sean Combs aka P. diddy

(2.) This was a brutal sexual assault by mr. Combs upon a knocked out Derrick Lee Cardello Smith.

(3.) Mr. Combs used a syringe and injected a knock-out symptom into the back/neck area of Cardello Smith and pistol whipped him while annally raping him with his penis.

(4.) This took place at a hotel in Adrian Michigan. There was a sign that said either a Holiday Inn or Days Inn coming soon

con't

(4.) to the hotel where this happened.

(5.) I had given Mr. Combs money into Bad Boy Records. I have reciepts and contracts signed and notarized by Mr. Combs, Judge Kym Worthy of Detroit, she is now a Prosecutor of Wayne County, and Cordello Smith

(6.) I was scared and shocked because I had never seen a man or anyone raped before, but I knew enough to keep my mouth shut.

(7.) Later on that evening morning after that event I went to a scheduled meeting with Combs, Worthy, Warren Evans, a police officer with named Patrick Jackman, and other local government officials from Detroit that were investors into Bad Boy Records.

(8.) A car came screeching up to us into the Detroit Police Crime Lab and a man came out like a raging animal and had a tire iron in his hand. He smashed the knees of 2 of Mr. Combs body guards, punched Mr. Combs in the face 4 times, knocked him to the ground and then was going to bring the tire iron into Mr. Combs face but Kym Worthy yelled to him, "You better not mess up my investment."

(9.) I was moved away 20 minutes later, we all signed a hand written agreement where Cardello Smith's investment of $150,000.00 would stay with Bad Boy Records and Combs would stop any orders to kill Smith's family, Cardello Smith would face rape charges instead of Combs going down for multiple rapes.

(10.) Cardello Smith then went to the hospital, I went my way.

## Verification

These events happened, I will testify in court, they are true, under the penalty of perjury.

George Preston
7541 Yale Rd
Avoca Mi. 48006
(810) 689-3285

11/8/24

**INDIVIDUAL ACKNOWLEDGMENT**

State/Commonwealth of _Michigan_

County of _Saint Clair_           } ss.

On this the _8th_ day of _November_, _2024_, before me,
         Day          Month              Year

_Sarah L. Armstrong_, the undersigned Notary Public,
         Name of Notary Public

personally appeared _George Preston_

         Name(s) of Signer(s)

☐ personally known to me – **OR** –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed
to the within instrument, and acknowledged to me
that he/she/they executed the same for the purposes
therein stated.

WITNESS my hand and official seal.

SARAH L ARMSTRONG
Notary Public - State of Michigan
County of St Clair
My Commission Expires Mar 3, 2029
Acting in the County of _Saint Clair_

_____
Signature of Notary Public

_EXP 03/03/2029_
_____
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

*Place Notary Seal/Stamp Above*

──────── **OPTIONAL** ────────

*This section is required for notarizations performed in Arizona but is optional in other states.*
*Completing this information can deter alteration of the document or fraudulent reattachment*
*of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Character Statement Derrick LeCardello Smith_

Document Date: _NONE_                    Number of Pages: _4_

Signer(s) Other Than Named Above: _NONE_

©2023 National Notary Association

M1304-07 (09/23)
Used for states (AL, AZ, CO, CT, DE, GA, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN,
MS, MT, NC, ND, NE, NH, NJ, NM, OK, OR, RI, SC, SD, TN, VA, VT, WV, WI, WY)