UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUL 29 2025
CLERK'S OFFICE
DETROIT

DERRICK SMITH
    Plaintiff,

Vs

USA Today et al,
    Defendants,
_____/

Case No 2:25-cv-11737
Honorable Stephen Murphy

### MOTION TO LIFT ORDER OF DISMISSAL WITHOUT PREJUDICE BASED ON THE FILING FEE BEING PAID IN FULL

    Plaintiff, Cardello-Smith, hereby moves this Court to Life the Order of Dismissal without prejudice, and to order the clerk to issue the Summons and Complaint, so that the Plaintiff can effect service upon the defendants, and to Grant the relief sought based on the following:

    1. This Court Entered a Dismissal without Prejudice Order requiring this Plaintiff pay the filing fee before any other action is taken by the court.
    2, Plaintiff had already sent the payment in and it crossed with this courts order.
    3. Plaintiff was only informed of this by someone viewing Pacer Monitor and only accessing the comments Section of the docket Entries not the full order.
    4. Plaintiff has never received the full order related to this matter.
    5. Plaintiff only knows that it was dismissed without prejudice for failure to pay the fee.
    6. The Fee is actually paid in full and was paid prior to this order, and now Plaintiff asks this Court to Grant the relief of reinstating the case and then allowing the Clerk to Issue the Summons and Complaint so the defendants can be served.

### RELIEF SOUGHT

    Wherefore, Plaintiff prays this Court will grant the Relief of Lifting the Order of Dismissal Without Prejudice, Granting the Issuance of the Summons and Complaint to be served by the Plaintiff, holding of on any review of the merits until the original motions are reviewed and the case is served upon the defendants, and grant any further relief this court deems necessary and appropriate.

Respectfully Yours

Derrick Lee Cardello-Smith
#267009
IMAX-1576 W. Bluewater Highway
Ionia, MI 48846

July 22, 2025

**NAME:** Mr. Derrick Lee Cardello-Smith
**Number:** #267009
**Address:** IMAX-1576 W. Bluewater Highway
**Address:** Ionia, MI 48846

Mailed on 7-22-25
Case no25-11737

RECEIVED
JUL 29 2025
CLERK'S OFFICE
DETROIT

GRAND RAPIDS MI 493
24 JUL 2025 PM 5 L

Clerk of the Court
US District Court-Eastern
Theodore Levin US Courthouse
231 W. Lafayette Blvd-Room 564
Detroit, MI 48226

USA ★ FOREVER

48226-271839