UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

        Plaintiff,

v.

USA TODAY, et al.,

        Defendants.
_____/

Case No. 2:25-cv-11737

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING AS MOOT THE MOTION TO LIFT THE ORDER OF DISMISSAL BASED ON THE FILING FEE BEING PAID IN FULL**

On July 29, 2025, the Court received the Plaintiff's motion to lift the order of dismissal based on the filing fee being paid. ECF No. 25. However, on July 25, 2025, the Court had already issued an order reopening the case due to the filing fee being paid. ECF No. 22.

Accordingly, the motion to lift the order of dismissal is **DENIED AS MOOT.**

**SO ORDERED.**

                      s/ Stephen J. Murphy, III
                      STEPHEN J. MURPHY, III
                      United States District Judge

Dated: July 29, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2025, by electronic and/or ordinary mail.

                      s/ R. Loury
                      Case Manager