UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

    Plaintiff,

vs.

USA TODAY, ET AL.,

    Defendants.

Case No. 25-cv-11737-SJM-APP

Hon. Stephen J. Murphy, III

/

### INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

| | |
|---|---|
| Exhibit 1 | September 10, 2024 USA Today Article |
| Exhibit 2 | September 12, 2024 USA Today Article |
| Exhibit 3 | May 21, 2025 USA Today Article |
| Exhibit 4 | Declaration of Edwin Larkin |
| Exhibit 5 | Declaration of Gina Barton |
| Exhibit 6 | Declaration of Kristin Roberts |
| Exhibit 7 | Declaration of Caren Bohan |
| Exhibit 8 | Gannett Co. Inc., LARA Report |
| Exhibit 9 | Google Map Results for 601 W. Rogell Dr., Detroit, MI 48242 |