# EXHIBIT 2

# Sean 'Diddy' Combs seeks to dismiss $100M judgment in sexual assault case



**Edward Segarra**
USA TODAY
Sept. 12, 2024 Updated Sept. 13, 2024, 2:26 a.m. ET

Sean "Diddy" Combs is fighting back in court after the embattled rap mogul was ordered to pay $100 million to an alleged victim of sexual assault.

Combs, who is the subject of numerous sexual assault and related lawsuits, filed two emergency motions relating to the multimillion-dollar judgment in Derrick Lee Cardello-Smith's case against him Thursday, according to court documents obtained by USA TODAY.

Cardello-Smith, a convict serving up to 75 years for 2008 and 2019 first-degree criminal sexual conduct and kidnapping charges, filed the civil suit against Diddy in June. He was granted the award, a default civil suit judgment, at a hearing on Monday in a Lenawee County Circuit Court in Michigan.

A default judgment is made when either party in a case fails to take action, either by not responding to a summons or failure to appear in court.

However, in Combs' filing to dismiss the judgment, attorneys for the Grammy-winning rapper claim he was never informed of Cardello-

Smith's complaint. They also refute the Michigan inmate's allegations of sexual assault by Combs.

"This is a frivolous lawsuit against a prominent businessman, based on obvious fabrications, filed by a convicted rapist and serial litigant with an overactive imagination and a thirst for fame," the motion reads.

"(Combs), who was never served with this lawsuit, learned about (Cardello-Smith) and this action for the first time three days ago, when media outlets reported that this court had entered a $100 million default judgment against him."

## Inmate's assault allegations are 'objectively unbelievable,' Diddy's lawyers say

Cardello-Smith previously claimed Combs assaulted him following a hotel after-party in Detroit in June 1997.

While hanging out with Combs and two other women in a private hotel room, Cardello-Smith alleged Combs offered him a drink, which purportedly caused him to lose consciousness. Cardello-Smith said he later awoke to find himself bleeding and in pain.

Combs' attorneys have slammed Cardello-Smith's allegations as "objectively unbelievable."

"(Cardello-Smith) alleges that he was assaulted in 1997, but he cannot keep his story straight as to where this supposedly occurred," Combs' filing reads. "In his complaint, (Cardello-Smith) alleges that the assault occurred after he met Mr. Combs at a restaurant in Detroit. In

his pretrial statement, however, (Cardello-Smith) alleges that the assault occurred in Adrian, Michigan."

Cardello-Smith claimed he filed a police report after the alleged assault and accused Combs of paying "Detroit and Monroe police officers to keep it hidden." He also provided a copy of a 1997 "agreement of silence and confidentiality" allegedly signed by Combs, himself and others, including Michigan officials and police officers.

Attorneys for Combs called Cardello-Smith's allegation of a confidentiality agreement a "fantastical conspiracy."

## Sean 'Diddy' Combs files to dismiss inmate's restraining order

In a separate motion, Combs is seeking to remove the temporary restraining order Cardello-Smith was granted in Monday's default judgment.

Combs' lawyers claim the ruling on injunctive relief that authorized the restraining order was improper, citing numerous legal failings, including an alleged violation of Combs' constitutional rights.

"Because (Cardello-Smith) was not served with the summons, complaint and the injunction motion before the injunction order was entered, the injunction order acts as an ex parte pre-judgment attachment of (Combs') real property," the motion reads.

A legal proceeding performed "ex parte" is conducted only in the presence of one party.

"An ex parte pre-judgment attachment of real property to secure the payment of a potential judgment is unconstitutional," Combs' attorneys claim, "as it violates the due process rights of the party subject to attachment."

*Contributing: Taijuan Moorman, USA TODAY*