# EXHIBIT 5


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

    Plaintiff,

vs.

USA TODAY, ET AL.,

    Defendants.

    Case No. 25-cv-11737-SJM-APP

    Hon. Stephen J. Murphy, III

_____/

## DECLARATION OF GINA BARTON

I, Gina Barton, being duly sworn, hereby deposes and says as follows:

1. I am an investigative reporter for USA Today.

2. I have knowledge of the facts stated herein based upon my personal knowledge and am competent to testify to these facts and will so testify if called and sworn as a witness.

3. I was not personally aware of the above-captioned case (the "Case") until September 9, 2025, when a copy of the Complaint and a Summons addressed to Kristin Roberts was delivered to Gannett's corporate offices via U.S. Mail.

4. After learning about this lawsuit, I was informed that Plaintiff Derrick Lee Cardello-Smith filed a Proof of Service purporting that he personally served me on August 15, 2025 at 3015 Aspen Terrace, Danbury, Wisconsin 54830.

5. I have never lived at this address and have never otherwise been associated with this address.

1

6. I was never personally served with the Summons and Complaint.

7. I was also informed that on the docket, there is a copy of a return of service for the certified mail through which the Summons and Complaint was purportedly mailed ("Return of Service"). A copy of that document pulled from this Court's docket is attached as Exhibit 1.

8. I never received the Summons and Complaint in this Case by certified mail.

9. The signature on the Return of Service is not my signature. I never signed a document acknowledging receipt of the Summons and complaint in this Case. I never received the Summons and Complaint in this Case by certified mail.

10. I never authorized anyone to sign a document acknowledging receipt of the Summons and Complaint in this Case.

11. I never authorized anyone to accept service of the Summons and Complaint in this Case on my behalf.

12. Since learning of this lawsuit on September 9, 2025, I have since reviewed the allegations in the Complaint in this case.

13. I deny all of the allegations set forth in the Complaint in this case insofar as they pertain to me.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further declarant sayeth naught.

*Gina Barton*

Gina Barton