# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

          Plaintiff,                   Case No. 25-cv-11737-SJM-APP

vs.                                Hon. Stephen J. Murphy, III

USA TODAY, ET AL.,

          Defendants.
_____/

### DECLARATION OF KRISTIN ROBERTS

I, Kristin Roberts, being duly sworn, hereby deposes and says as follows:

1.    I am the President, Media, for USA Today.

2.    I have knowledge of the facts stated herein based upon my personal knowledge and am competent to testify to these facts and will so testify if called and sworn as a witness.

3.    I was not personally aware of the above-captioned case (the "Case") until September 9, 2025, when a copy of the Complaint and a Summons addressed to me was delivered to Gannett Co. Inc.'s corporate offices via U.S. Mail.

4.    I never received the Summons and Complaint in this Case by certified mail.

5.    After learning about this lawsuit, I was informed that Plaintiff Derrick Lee Cardello-Smith filed a Proof of Service purporting that he personally served me on August 11, 2025 at 1675 Broadway New York, New York 10019.

1

6.      I was not in New York on August 11, 2025, the date Plaintiff purportedly served me.

7.      I was never personally served with the Summons and Complaint.

8.      I was also informed that Plaintiff filed a motion for default judgment and attached a brief representing that I signed for service of the Summons and Complaint.

9.      I never signed a document acknowledging receipt of the Summons and Complaint in this Case.   I never authorized anyone to sign a document acknowledging receipt of the Summons and Complaint in this Case.

10.     I never authorized anyone to accept service of the Summons and Complaint in this Case on my behalf.

11.     Since learning of this lawsuit on September 9, 2025, I have since reviewed the allegations in the Complaint in this case.

12.     I deny all of the allegations set forth in the Complaint in this case insofar as they pertain to me.

13.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further declarant sayeth naught.


_____
Kristin Roberts

2