# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH,

    Plaintiff,

vs.

USA TODAY, ET AL.,

    Defendants.

Case No. 25-cv-11737-SJM-APP

Hon. Stephen J. Murphy, III

## DECLARATION OF CAREN BOHAN

I, Caren Bohan, being duly sworn, hereby deposes and says as follows:

1. I am the Editor-in-Chief of USA Today.

2. I have knowledge of the facts stated herein based upon my personal knowledge and am competent to testify to these facts and will so testify if called and sworn as a witness.

3. I was not personally aware of the above-captioned case (the "Case") until September 9, 2025, when a copy of the Complaint and a Summons addressed to Kristin Roberts was delivered to Gannett's corporate offices via U.S. Mail.

4. After learning about this lawsuit, I was informed that Plaintiff Derrick Lee Cardello-Smith filed a Proof of Service purporting that he personally served me on August 11, 2025 at 1675 Broadway, New York, New York 10019.

5. I was not in New York on August 11, 2025, the date Plaintiff purportedly served me. In fact, I was working out of my Washington, D.C. office.

1

6. I was never personally served with the Summons and Complaint.

7. I never received the Summons and Complaint in this Case by certified mail.

8. I never signed a document acknowledging receipt of the Summons and complaint in this Case. I never authorized anyone to sign a document acknowledging receipt of the Summons and Complaint in this Case.

9. I never authorized anyone to accept service of the Summons and Complaint in this Case on my behalf.

10. Since learning of this lawsuit on September 9, 2025, I have since reviewed the allegations in the Complaint in this case.

11. I deny all of the allegations set forth in the Complaint in this case insofar as they pertain to me.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Further declarant sayeth naught.

_____
Caren Bohan