# EXHIBIT 8





Business Search | MI Business Registry Portal

Home
Search
Forms

Business    Trademark

| GANNETT CO., INC. | 10/07/2015 | Active | Good | Foreign Profit Corporation |

## GANNETT CO., INC.

| | |
|---|---|
| Entity Name | GANNETT CO., INC. |
| Identification # | 801064874 |
| Jurisdiction | Delaware |
| Entity Type | Foreign Profit Corporation |
| Entity Status | Active |
| AR Standing | Good |
| Common Shares | 505000000 |
| AR Due Date | 05/15/2026 |
| Initial Filing Date | 10/07/2015 |
| Last Report with Officers and Directors | 2025 |
| Total Authorized Shares | 505000000 |
| Shares Attributable to Michigan | 10801950 |
| Current Period Apportionment % | 1.9093 |
| Current Period % Year End | 2023 |
| Resident Agent Name | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| Registered Office Street Address | 3410 BELLE CHASE WAY STE 600, LANSING, MI 48911 |
| President Name & Address | MICHAEL E. REED   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| Secretary Name & Address | POLLY GRUNFELD SACK 175 SULLY'S TRAIL, SUITE 203, PITTSFORD, NY 14534 |
| Treasurer Name & Address | TRISHA GOSSER   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| Directors Names & Addresses | MARIA MILLER   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | LAURENCE TARICA   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | KEVIN SHEEHAN   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | JOHN JEFFRY LOUIS 1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | BARBARA WALL   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | MICHAEL E. REED   1675 BROADWAY 23RD FLOOR, NEW YORK, NY 10019 |
| | THEODORE JANULIS 1675 BROADWAY 23RD |