# EXHIBIT 9

Evans Terminal



Imagery ©2025 Airbus, CNES / Airbus, Maxar Technologies, Map data ©2025 Google   500 ft



# Evans Terminal
Building

 Directions    Save    Nearby    Send to phone    Share

601 W. G. Rogell Dr., Detroit, MI 48242

Photos