UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED
DEC 09 2025
CLERK'S OFFICE
DETROIT

DERRICK LEE CARDELLO-SMITH,
Plaintiff,

Vs

USA TODAY et al
Defendants,
_____/

Case No 2:2025-cv-11737
Honorable Stephen J. Murphy, III

## NOTICE OF APPEAL AND MOTION FOR THE APPEALS COURT TO DIRECT THE DISTRICT COURT TO IMMEDIATELY LIFT THE ENJOINING ORDER AND IMMEDIATELY ENTER THE FULL DEFAULT JUDGMENT IN FAVOR OF THE PLAINTIFF AS PLAINTIFF IS ENTITLED TO FULL DEFAULT JUDGMENT BY LAW COURT RULE AND CONSTITUTIONAL ENTITLEMENT TO FULL RELIEF WITHOUT ANY INTERFERENCE BY THE DISTRICT COURTS PREJUDICE AND JUDICIAL DECISION-MAKING PLACING IMPEDEMENTS AGAINST PLAINTIFF AND INTERFERING WITH PLAINTIFFS RIGHTS TO CIVIL JUSTICE

Now comes the Plaintiff, Derrick Lee Cardello-Smith, in the above cause and hereby places the Clerk of the Court and the District Judge on Notice of this Plaintiffs wish to appeal the Order of Enjoinment placed upon the Defendant by the Court and for the United States Court of Appeals to Order the District Court to Enter FULL DEFAULT JUDGMENT IN FAVOR OF THE PLAINTIFF for the full amount sought and states the following grounds why this is necessary and sought.

1. The District Court adopted an Order enter byJudith levy Enjoining this Plaintiff for various reasons that this Court articulated on the record.
2. The reasons used are nothing that can be used in this case or applied towards this case that is at bar--as that, PLAINTIFF HAS NOT HARASSED ANY DEFENDANTS, PLAINITFF HAS NOT USED UP THE COURTS RESOURCES, and PLAINTIFF HAS NOT FILED ANYTHING THAT IS FRIVOLOUS IN THIS CASE.
3. In fact, Plaintiff has FULLY COMPLIED and ATTEMPTED TO COMPLY WITH EVERY ORDER OF THIS DISTRICT COURT. And Plaintiff has been prevented from civil justice by this Courts Order where the order is nonsensicla and completely unnecessary and has only deprive dthis plaintiff of the civil justice to which the plaintiff has been entitled to.
4. Plaintiff effected Service upon ALL DEFENDANTS FULLY and COMPLETELY and Plaintiff EVEN SERVED BY CERTIFIED MAIL RESTRICTED DELIVERY WITH CERTIFIED MAIL RETURN RECEIPT REQUESTED UPON DEFENDANT GINA BARTON.
5. DEfendants were REQUIRED TO FILE THEIR RESPONSES BY SEPTEMBER 2, 2025, They did not, and now, almost 2 monthslater--THEY FINALLY FILE AN APPEARANCE....All because of Judge Stephen Murphy's Unnecessary, harsh, prejudicial, discrimnatory and unfair order simply because Plaintiff is a Prisoner and these are Rich Defendants,and the District Court simply does not want to give the plaintiff the Civil Justice Plaintiff is entitled to.

1.

6. This is very very clear because the fact that the District Court kept rejecting and striking plaintiffsPleadings because the Plaintiff DID NOT FILE THE NECESSARY COPIES OF PENDING CASES THAT THIS COURT ALREADY HAS ACCESS TOO and then Threatened to dismiss the case knowing that the MDOC and Other officials have been interfering with this plaintiffs rightful justice that plaintiff is entitled too, and instead, has allowed the defendants an opportunity to PREVENT THIS PLAINTIFF FROM BEING GRANTED JUSTICE--When the Court has FULL ACCESS TO THE PENDING CASES THIS PLAINTIFF HAS because the Court can simply do a CASE CHECK and has Repeatedly said this Plainiff was a VEXACIOUS LITIGANT and as such, Already knows plaintiffs active cases--Well..Plaintiff simply knows it is all being done just to help the defendants who have COMPLETELY DEFAULTED FIND A WAY TO GET THEIR FILINGS IN AND THEN THIS COURT TO DENY THE PLAINTIFF CIVIL JUSTICE,and that is completely wrong, unfair and harsh.

7. Most importantly, it is LACKING IN IMPARTIALITY, VIOLATING THE RLES OF PROFESSIONAL CONDUCT and other various methods of law written to ensure these things do not happen. Plaintiff is entitled to FULL CIVIL JUSTICE.

8. The defendants were given SUMMONS AND COMPLAINTS AND THEY FAILED TO TIMELY ANSWER--NOW THE DISTRICT COURT HAS ALLOWED THEM TIME TO ANSWER and because of that, the District Court WILL MOST CERTAINLY FIND SOME WAY TO ALLOW THEM TIME AND ALLOW THEM A WAY TO AVOID GIVING ME THE JUSTICE THAT I AM ENTITLED TOO,and that is wrong and unfair to have a District Judge put measures in place that FAVOR A PARTY WHEN THE PARTY HAS BROKEN THE LAW AND RULES--AS the defendants in this case have clearly done--

9. I therefore, DEMAND AND ASK THAT THIS COURT ALLOW A FULL APPEAL OF THE ACTIONS OF THE DEFENDANTS AND THE DISTRICT COURTS NEGATIVE RULINGS OF THE ORDERS TO ENJOIN FILER AND ORDER STRIKING THE PLEADINGS BECAUSE THEY VIOLATE THIS PLAINTIFFS DUE PROCESS RIGHTS, Plain and simple.

With that being said, I ask for the FULL CASE TO STOP AND THE COURT OF APPEALS BE GIVEN JURISDICTION TO REVIEW THE ACTIONS OF THE DISTRICT COURT AND ITS ORDERS.

Unless the District Court is going to RULE IN PLAINTIFFS FAVOR AND ENTER DEFAULT JUDGMENT AND UPHOLD THIS PLAINTIFFS RIGHTS AND ENTITLEMENT TO JUSTICE AND RELIEF, or this case must be resolved in the US Court of Appeals.

Thank you for your consideration of this matter.

*Derrick Lee Cardello-Smith #267009*
Kinross Correctional Facility
4533 West Industrial Park Drive
Kincheloe, Michigan 49788

October 30, 2025

2.

Derrick Lee Cardello-Smith
#267009
Kinross Correctional Facility
453 West Industrial Park Drive
Kincheloe, Michigan 49788

October 31, 2025

Clerk of the Court
United States District Court
Theodore Levin US Courthouse
231 West Lafayette blvd
Detroit, MI 48226

Re: Derrick Lee Cardello-Smith v. USA Today, et al
Case No 25-11737

Dear Clerk:

Enclosed for filing are:

1. NOTICE OF APPEAL AND MOTION FOR COURT OF APPEALS TO ORDER DEFAULT JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF.
2. NOTICE OF ADDRESS CHANGE

Please notify me when these documents have been processed and the appeal is taken.

Thank you for your time.

Derrick Lee Cardello-Smith

Remailed on 11-28-25

NAME: Derrick Lee Cardello-Smith
Number: #267009
Address: Kinross Correctional Facility
4533 West Industrial Park Drive
Address: Kincheloe, Michigan 49788

Case No25-11737
Mailed on 11-28-25


GRAND RAPIDS MI 493
4 DEC 2025 PM 2 L

RECEIVED
DEC 09 2025
CLERK'S OFFICE
DETROIT

Office of the Clerk
United States District Court
Civil Case Section-Room 564
231 W. Lafayette Blvd
Detroit MI 48226

48226-277758